IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**    )<br>              )<br>      Plaintiff,    )<br>              )<br>   vs.          )<br>              )<br>**CENTER FOR NONPROFIT ADVANCEMENT**   )<br>              )<br>      Defendant.    )<br>              )<br>              ) | Civil Action No. 1:06-cv-843 (RMC)<br>Judge Rosemary M. Collyer |

## PROPOSED SCHEDULING ORDER

The Parties appeared for a meet and confer status conference before the Court on August 10, 2006. Based upon the Rule 16.3 Joint Report Submitted to the Court and the representations of counsel, it is hereby ORDERED that:

1. Discovery shall be completed by January 10, 2007.

2. Discovery pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by August 31, 2006.

3. Disclosure of Plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by October 10, 2006.

4. Disclosure of Defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by November 10, 2006.

5. Depositions of each party's retained experts shall be complete by January 10, 2007.

6. Dispositive motions shall be filed on or before February 9, 2007; any oppositions thereto shall be filed by March 9, 2007; any replies shall be filed by March 23, 2007.

**SO ORDERED.**

                                                _____
                                                Rosemary M. Collyer
                                                United States District Judge