UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**           ) | |
| )  | |
| Plaintiff       ) | |
| ) | |
| v.                         ) | Case No. 1:06-CV-843 RMC |
| ) | |
| **CENTER FOR NONPROFIT ADVANCEMENT**  ) | |
| ) | |
| Defendant    ) | |

**ORDER DISMISSING COUNTS I AND II**

Before the Court is the defendant's motion to dismiss Counts I and II of the complaint, claiming employment discrimination and retaliation in violation of the District of Columbia Human Rights Act (HRA). The HRA allows a complainant to seek either administrative relief or judicial relief, but not both. Once the District of Columbia Office of Human Rights has acted on an administrative complaint, by finding probable cause or no probable cause, a complainant may no longer voluntarily withdraw her administrative complaint and sue in court.

The plaintiff in this case, having pursued administrative relief before the Office of Human Rights, is limited to seeking judicial review of that Office's unfavorable decision in the Superior Court of the District of Columbia. She can no longer bring an independent suit grounded on the HRA. *See Carter-Obayuawana v. Howard Univ.*, 764 A.2d 779, 785 n.12 (D.C. 2001).

Upon consideration of the memoranda in support of and in opposition to the motion, argument of counsel, and the entire record herein, it is by the Court, this _____ day of _____, 2006,

ORDERED, that the motion is GRANTED and Counts I and II of the complaint are hereby DISMISSED with prejudice.

_____
J U D G E

Mail copies to:

Charles H. Fleischer, Esq.
Oppenheimer, Fleischer & Quiggle, P.C.
7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814

Donald M. Temple, Esq.
Dhamian A. Blue, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, DC 20005