UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LISA RANSOM** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 1:06-CV-843 RMC |
| **CENTER FOR NONPROFIT ADVANCEMENT** | ) ) ) | |
| Defendant | ) ) | |

**DEFENDANT'S STATEMENT OF THE CASE**

Pursuant to the Court's Order for Initial Scheduling Conference, counsel for defendant Center for Nonprofit Advancement (Center) states as follows:

This is an employment discrimination suit brought by plaintiff Lisa Ransom (Ransom) against the Center, Ransom's former employer. Ransom, an African American, claims race discrimination and retaliation in violation of the District of Columbia Human Rights Act, D.C. Code § 2-1401.01, *et seq*. (Counts I and II), race discrimination and retaliation in violation of 42 U.S.C. § 1981 (Counts III and IV), and negligent supervision (Count V). Ransom bases subject matter jurisdiction on 28 U.S.C. §§ 1331 and 1367.

The Center has answered, denying discrimination or retaliation and denying negligent supervision. The Center has also raised various affirmative defenses. Among those defenses is that the District of Columbia Human Rights Act claims are barred by

Ransom's having elected an administrative remedy. That defense is the subject of the Center's motion to dismiss Counts I and II, filed on August 4, 2006.

The only other affirmative defense that is specifically based on statute is the Ninth Defense, that Count V (negligent supervision) is barred by the exclusivity provisions of the District of Columbia Workers' Compensation Act, D.C. Code § 32-1501, *et seq*.

    Respectfully submitted,

    OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

    By   /s/ Charles H. Fleischer
        Charles H. Fleischer, D.C. Bar. No. 4341

    7700 Old Georgetown Road, Suite 800
    Bethesda, MD 20814
    tel: (301) 986-4056 / fax: (301) 951-0555
    e-mail: cfleischer@ofqlaw.com

    *Attorneys for defendant*