IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**   )<br>  )<br>      Plaintiff,   )<br>  )<br>vs.   )<br>  )   Civil Action No.  1:06-cv-843 (RMC)<br>**CENTER FOR NONPROFIT ADVANCEMENT**   )   Judge Rosemary M. Collyer<br>  )<br>      Defendant.   )<br>  )<br>  )<br>_____)  | |

## NOTICE OF APEPARANCE

To the Clerk of this Court and to all parties of record, please enter the appearance of Dhamian A. Blue as co-counsel to be noticed in this case for Plaintiff Lisa Ransom.

Dated this 10th day of August, 2006

/s/
Donald M. Temple [408749]
Dhamian A. Blue [488664]
TEMPLE LAW OFFICES
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
**COUNSEL FOR PLAINTIFF**