IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**<br><br>       Plaintiff,<br><br>   vs.<br><br>**CENTER FOR NONPROFIT ADVANCEMENT**<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-CV-843 RMC<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE**

   Plaintiff Lisa Ransom, by and through undersigned counsel, respectfully gives notice to this Honorable Court that she does not oppose Defendant Center for Nonprofit Advancement's Motion to Dismiss Counts I and II of the Complaint, which Plaintiff brought under the D.C. Human Rights Act.

                                        Respectfully Submitted,
                                        _____/s/_____
                                        Donald M. Temple [408749]
                                        Dhamian A. Blue [488664]
                                            1229 15th Street, N.W.
                                        Washington, D.C. 20005
                                        202-628-1101
                                        *Attorney for Plaintiff*