## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LISA RANSOM**          ) | |
| ) | |
| Plaintiff    ) | |
| ) | |
| v.             ) | Case No. 1:06-CV-843 RMC |
| ) | |
| **CENTER FOR NONPROFIT ADVANCEMENT**   ) | |
| ) | |
| Defendant   ) | |

## ORDER GRANTING SUMMARY JUDGMENT

Upon consideration of the motion of defendant Center for Nonprofit Advancement for summary judgment, the opposition thereto, the reply to opposition, and the entire record, and it appearing to the Court that there is no genuine issue as to any material fact and the defendant is entitled to judgment as a matter of law, it is, therefore, by the Court, this _____ day of _____, 2007,

ORDERED, that the motion for summary judgment of defendant Center for Nonprofit Advancement is GRANTED and final judgment shall be entered in favor of the defendant.

_____
Rosemary M. Collyer
United States District Judge