UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LISA RANSOM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV-843 RMC |
| | ) | |
| CENTER NONPROFIT ADVANCEMENT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, Lisa Ransom, by and through undersigned counsel and respectfully files this Motion for Enlargement of Time in which to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Counsel for Defendant consents to the filing of this motion. Reasons are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Donald M. Temple #408749
1229 15th Street N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA RANSOM, | ) |
|   Plaintiff, | ) |
| v. | ) Case No. 1:06CV-843 RMC |
| CENTER NONPROFIT ADVANCEMENT | ) |
|   Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, Lisa Ransom, by and through the undersigned Counsel, and hereby submits this Memorandum of Points and Authorities in Support of its Motion for Enlargement of Time in which to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

1. Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due on or around March 7, 2007.

2. Counsel has been attempting to address a myriad of legal matters such as this requiring priority attention after an illness-related absence of six (6) weeks. Therefore, counsel requires a brief extension of time in which to prepare an appropriate Opposition to Defendant's Motion.

3. Additional demands on counsel's litigation calendar have made it necessary to request this extension of time. Counsel is preparing for a trial scheduled on March 12-13 in Arlington, Virginia and is involved in discovery and pretrial matters in several other cases. Therefore, this counsel respectfully urges this court to enlarge the time to allow Plaintiff to

respond to Defendant's Motion until Monday, March 19, 2007.

    4.    Defendant consents to this motion subject to a brief extension of time in which to file its Reply.

**WHEREFORE**, Plaintiff respectfully urges this Court to grant this motion to allow Plaintiff until March 19, 2007 to file its Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/
Donald M. Temple #408749
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101
***Attorney for Plaintiff***

UNITED STATES DISTRICT OF COLUMBIA
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA  RANSOM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV-843 RMC |
| ) | |
| CENTER NONPROFIT ADVANCEMENT ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgments, it is this _____ day of _____ 2007.

**ORDERED**, that the above-referenced motion is **GRANTED** and it is

**SO ORDERED**, that the time to file Plaintiff's Opposition is extended to March 19, 2007.

_____
Judge

Case 1:06-cv-00843-RMC    Document 11    Filed 03/07/2007    Page 5 of 5