UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA RANSOM, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CENTER FOR NONPROFIT ADVANCEMENT )<br>)<br>Defendant ) | Case No. 1:06-CV-843 RMC |

**PLAINTIFF LISA RANSOM'S MOTION FOR ENLARGEMENT OF TIME TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FIVE DAYS OUT OF TIME *NUNC PRO TUNC***

Comes now the Plaintiff, by and through undersigned Counsel, and respectfully moves the Court to enlarge the time for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgment five days out of time *nunc pro tunc* for the following reasons:

1. This Honorable Court granted the previously filed Consent Motion to enlarge the time to respond until March 19, 2007.

2. Undersigned Counsel was in trial in Arlington, Virginia during the week of March 12, 2007, immediately upon his return from a funeral in Philadelphia.

3. During the same week, undersigned Counsel was closely involved in the preparation of an appellate argument in the U.S. Court of Appeals for the D.C. Circuit, in a matter in which the undersigned was Trial Counsel.

Defendant's Counsel has declined to consent to the relief requested in this Motion.

WHEREFORE, in the interests of substantial justice for all concerned, the undersigned respectfully prays that this Court in its mercy will enlarge the time to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment four days out of time *nunc pro tunc* no later than Saturday, March 24, 2007. Plaintiff further asks that Defendant's time to file a Reply will be extended accordingly.

                                                                                                  /s/
                                              Donald M. Temple [407849]
1229 15th Street, NW.
Washington, DC  20005
Phone No. (202) 628-1101
Fax No.: (202) 628-1149
E-mail: dtemplelaw@aol.com
*Counsel for Plaintiff*