IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**  )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>**CENTER FOR NONPROFIT ADVANCEMENT** )<br>  )<br>  Defendant. )<br>  )<br>  ) | Civil Action No. 1:06-cv-843 (RMC)<br>Judge Rosemary M. Collyer |

## ERRATA SHEET

Attached is a copy of Plaintiff's exhibits in support of Plaintiff's opposition to Defendant's Motion for Summary Judgment. The opposition was filed on March 24, 2007, but the exhibits were omitted from Plaintiff's opposition and not filed due to technical scanning problems. In addition Plaintiff has attached a proposed order that was also omitted from the filing due to an oversight from support staff.

Respectfully submitted,

/s/
Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, NW,
Washington, D.C. 20005
(202) 628-1101

**Attorney for Plaintiff**