IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**,  Plaintiff,  vs.  **CENTER FOR NONPROFIT ADVANCEMENT**  Defendant. | Civil Action No. 1:06-cv-843 (RMC)  Judge Rosemary M. Collyer |

### ORDER

Upon consideration of Plaintiff's Motion For Leave to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment Five days out of time *Nunc Pro Tunc*, it is this ____ day of _____ 2007.

**ORDERED**, that the above-referenced motion is **GRANTED** and it is

**SO ORDERED**.

_____
Rosemary M. Collyer
United States District Judge

1