LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

LISA RANSOM
October 25, 2006
Page 1

### A

**aback** 144:7 152:5
**ability** 50:16 82:4
**able** 21:12 38:6,19
    80:11 83:22 115:8
    124:6 135:18,20
    137:12,14 138:3
    185:17
**abominable** 55:6
**about** 11:10 12:6
    13:11 16:4 18:12
    18:14 21:14 23:20
    29:7,13 31:8 33:7
    33:8 37:5 38:13
    39:3,15 41:5,6
    42:6,8,12,14
    45:14,22 46:12
    48:5,13,17,19,20
    48:21,21 49:1,8
    52:6 54:20 57:1
    59:15 61:1,17
    66:8 67:19 68:20
    69:2,10 71:14
    72:17 77:7 84:14
    84:18 85:1 89:18
    90:2,4 93:17
    94:21 96:12,20
    99:21 108:15,16
    108:18,22 110:1
    112:6,8 113:22
    114:17 116:21
    117:10 118:4,11
    118:13,17,19
    119:1,5,17 121:16
    122:3,8,14 125:7
    125:10,12,13
    131:6 133:3,12,22
    134:9 135:12
    136:2,4,9 141:8
    141:15 142:2
    143:5 146:18
    148:11 149:9

152:8,11 156:5,17
    156:22 160:4
    163:2 164:3 166:3
    166:7,15,20,22
    167:18,22 168:10
    169:3,9,17 170:15
    175:15 178:7,8
    182:2 184:3,8,11
    185:5,15,17 186:3
    189:1,15 190:20
**above** 166:3 187:6
    187:12
**above-entitled** 1:15
    92:17
**Abrahamsen** 14:20
    131:16,17
**absolutely** 7:18
    57:12
**accept** 25:15
    110:12,14
**accepted** 110:13
**access** 87:15 125:21
**accommodate**
    38:20
**accompany** 114:21
    116:4
**according** 26:20
    99:19 135:19
**accountant** 16:19
    87:16 88:4,6
**accounting** 16:18
**accurate** 28:3
    61:19 90:11
    106:15 108:1,13
    109:2 163:5 185:8
**acknowledge**
    154:21 194:4
**acknowledgment**
    4:13 194:3 195:6
**act** 31:20 127:3
    158:15
**action** 8:19 196:16
    196:20

**actions** 57:10 137:8
    138:13,22
**active** 40:14 70:18
    80:2,16
**actively** 82:15 94:4
**activities** 24:9,14
    24:19 25:8 133:8
    133:11 145:10
**activity** 165:9
**actually** 43:20 62:7
    72:6 87:16 95:4
    103:20 106:16
    107:2 108:2,11
    159:5 163:5
    191:16 193:14
**add** 26:4 121:20
**additional** 183:8
**address** 7:20 8:1,9
    39:22 72:22
    127:22 139:4
    161:3 163:16
    171:20 189:15
**addressed** 192:21
**adequately** 120:20
    122:11
**adjusted** 38:20
**administrative**
    16:18
**admittance** 43:13
**Advancement** 1:7
    10:10 194:1 195:3
**Advil** 72:17,19,20
**advisory** 187:14
**advocacy** 52:13
    106:6 175:20
    176:3
**affairs** 67:1 120:15
    125:14
**afraid** 112:18,20,22
    113:1,3,5,8
    114:21 116:4,9
    144:16
**African-American**

16:22 41:3 46:17
    47:5 48:14 57:14
    65:18 113:2,7
    115:21 116:6,10
    169:13
**African-America...**
    112:6 115:4
    116:16 117:11,17
    118:4 119:2,17
    122:1 125:9
    130:12
**after** 21:9 30:15,15
    30:15 31:11 37:4
    37:15 46:13 58:22
    76:2,21 81:3 98:2
    103:7 105:13
    110:7,11 123:6
    128:16 141:11
    150:19 158:16
    172:4 174:19
    186:7,8
**afternoon** 64:14
    134:18
**again** 26:7 37:6
    69:13 82:2 83:7,8
    127:20 138:9
    144:17
**against** 48:13
    154:15 155:17
**Agencies** 10:5,9,13
    11:3 20:21 22:22
    28:6 31:6 45:22
    46:14 57:19 63:9
    79:20 88:17 89:5
    90:9 93:10 105:19
    112:2 115:7 136:2
    146:8
**agenda** 40:7 175:20
    176:3
**agendas** 38:21 39:9
**ago** 44:14 64:7 69:5
    69:14 81:8 132:16
    145:3

**agree** 34:7,8 55:4
    152:20 153:14
    154:9,17 181:12
**agreed** 42:22 46:12
    52:14 126:1
    153:16,17 154:12
    155:8
**agreement** 1:17
    95:19 139:7
**ahead** 26:3,6 45:15
    53:14 56:2 109:19
    113:16
**Albert** 66:2
**Alena** 1:21 196:2
    196:21
**Alexandria** 102:2
**allegation** 18:20
**allegedly** 33:16
**Alliance** 78:6
**allow** 97:12 148:6
**allowed** 36:2,6 39:8
**almost** 40:21
**alone** 47:5
**aloud** 13:20 47:21
    140:13
**already** 33:17 48:5
    48:8,17 89:8
    108:15 123:15
    125:9 153:5,10,16
    155:7,13 187:22
    188:4,7,16,16,19
**Alternatives** 8:8
    10:1,16 11:6
**although** 135:19
    144:22
**altogether** 16:13
**always** 33:1 34:16
    129:20,20 168:21
    169:1
**amendment** 132:4
**among** 26:10 180:5
    187:12
**amount** 21:7 40:11

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

40:22 50:1 69:9
69:16 83:9 85:20
86:12 88:19 89:10
126:10 145:11
171:10
**and/or** 71:16 195:7
**Angela** 109:10
**angry** 50:22
**annual** 17:21 42:16
**another** 29:1 37:18
54:3 63:19 78:22
86:2 92:13 99:1,2
116:13 124:5
145:14 171:20
175:22 193:5
**answer** 12:14 19:9
26:4 32:18 47:8
47:10 56:3 60:22
66:9 104:16,17
108:6 109:19
135:3 145:2,22
157:20 179:20
183:4 189:18
**answered** 71:15
95:1
**answers** 3:17
124:19 194:10,13
**anybody** 41:8,10
49:4 146:21
**anyone** 18:2 36:7
39:10 40:2 45:21
117:2,6,9,15
118:7,22 119:13
119:16 136:19
139:18
**anything** 36:18
48:4,16 50:15,19
50:21 51:3 59:6
59:19 83:20 85:12
90:2,3 101:16
102:12,15,16
108:14 113:10
115:3 128:7

129:12 133:17
142:22 144:6
148:12 164:3
169:5 192:9
**anyway** 188:13
**apologetic** 127:17
127:17
**apologize** 76:17
**apologized** 54:10
54:11 160:17
167:10
**appearance** 85:19
**APPEARANCES**
2:3
**appears** 110:20
163:6,7 196:5
**applications** 76:1
**apply** 11:5 157:4
**Appointed** 94:11
**appointment** 61:5
63:15,16 64:18,19
65:12
**appointments** 61:9
63:2,3,6,8,11 64:8
64:10
**appreciate** 168:20
**approach** 181:3,10
181:15
**approached** 43:15
54:20 89:21
143:16 148:7
**appropriate** 55:1
155:22 194:8
**appropriately** 41:4
141:16
**appropriations**
91:17,18,19
**approved** 18:20
21:10,18,19 22:4
**approximately**
19:22 69:7,19
74:18 80:6,8 85:9
103:13 104:8

**April** 65:3 136:7
**area** 112:11 113:8
**areas** 102:1
**Arlington** 102:1
**Arminda** 15:16,19
21:10 40:22 42:16
52:17,17,21 54:10
118:14,19 125:18
126:9 127:16,21
128:3 147:19,21
148:17 149:6
161:2 167:6,17
171:14 173:16
**Arminda's** 21:16
54:19 126:20
128:11
**around** 8:22 17:10
17:20 52:12 62:15
68:15 101:4 107:6
165:16 180:8
183:16
**arranged** 23:21
**arrangements**
73:15
**arrived** 58:10
150:19 161:10
174:19
**article** 143:12
185:10
**aside** 113:1
**asked** 15:12 21:18
24:2 25:8 27:18
27:21 28:9,18
29:9 32:3 33:9,14
33:16 36:4,21
42:20 48:15 52:9
52:16 71:21 75:18
87:3,10 89:21
108:10 114:5
116:7 122:22
123:4,9 124:16
125:9,16 133:10
137:13,16,20

138:2,4,5,13
142:5 151:14
158:10 174:2
176:15 185:6
188:9
**asking** 31:22 32:2
34:11 37:5 39:14
53:7 94:21 104:10
125:7 131:9
135:16 165:21
178:7,8 189:22
**aspect** 181:14
**assignments** 48:2
**assistance** 106:20
**assistant** 35:21
36:6,15 102:4,6
**associate** 106:21
107:19
**associated** 83:12
84:1 85:16 86:6
86:21
**Associates** 125:15
**assume** 12:13
120:16 143:1,2,3
143:4 154:17
**Assuming** 129:15
162:3,5
**assumption** 162:4
**attached** 5:3
106:14,15 107:10
107:15 194:12
**attachment** 3:12
5:13,20 6:9
107:11,15 159:12
165:11
**attachments** 165:6
**attempted** 146:3
**attempting** 172:3
**attend** 24:2 25:1,6
25:8,11 28:9,19
29:9 33:9 46:11
112:9 145:9
**attendance** 36:20

**attended** 180:4
181:20 183:14
**attention** 114:15
**attorney** 61:14
103:3 196:15,18
**attorneys** 51:16
59:4
**attorney's** 75:16
**audience** 188:5
**aunt** 131:19
**Auntie** 163:14
164:6
**authentic** 162:3,5
168:6
**automatically**
62:20
**AV** 167:4,6
**available** 87:14
98:13 103:9 144:2
**Avenue** 8:10
**averaged** 133:3
**avoiding** 115:5
**awardees** 43:7
**awards** 43:6
**aware** 18:8,19 43:1
47:2 55:15 56:8
56:13 75:21 76:3
99:7,12,15 101:13
104:7 136:16,18
136:20 137:1
150:3 153:19
180:22 181:4,7
**away** 52:21 110:15
113:12 151:11
**a.m** 1:21

_____
**B**
_____
**B** 3:6 4:1 5:1 6:1
**Bachelor** 97:8
**back** 21:13,21 23:2
46:10 53:5 54:14
56:6,17 66:7 72:3
75:3 80:12 81:13

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

81:22 83:7,8,22
122:9,15,16 125:4
126:14 130:3,8
142:15 144:13,14
148:9 151:16
156:7 173:12
174:11 175:13
182:7 191:20
193:4
**background**
159:16
**backwards** 91:7
**Bailey** 16:18,21
**Baird** 53:10,14
55:9 57:1,21 58:5
**Baird's** 57:9
**ballroom** 43:7
**Baltimore** 85:9
**Bank** 77:19,22
**Barbara** 15:5 16:16
43:9 126:15
**base** 81:20 180:16
180:19 181:18
**based** 25:21 143:14
**basically** 100:2
157:7
**basis** 45:2 47:3
136:8 156:1
**became** 69:22
**become** 82:3 99:15
**bed** 81:18
**before** 1:21 11:17
12:3,20 13:3
31:13 48:16 51:14
51:20,22 55:19
57:19,22 58:3,10
60:14 62:6,15
72:10 95:2 96:5
103:7 107:4
123:16 132:4
144:6 151:3 159:2
161:21 173:19
182:11 183:12

194:18 196:3
**beg** 49:14 67:10
147:7
**begin** 27:21 76:21
77:4
**beginning** 31:2,3
33:9 62:5 75:14
153:1
**begins** 140:12
185:15 186:15
**begun** 76:19
**behalf** 2:1,7,11
13:15 40:16 60:12
158:13
**behaved** 38:18
129:15
**behavior** 32:1 46:1
113:19,21 121:22
122:4 125:8 127:5
130:11,15,17
**being** 19:5 33:9,20
36:21 38:14 52:3
72:2 80:3 93:9
99:11 139:10
154:10,14 167:19
168:20 183:6
187:8 192:10
**belief** 46:16 57:9
**believe** 11:7,20
16:16 19:10 31:7
54:19 55:15,16
56:8,13 58:1,4
59:4,22 62:8
66:19 78:22 87:12
90:1 91:5 107:6
110:13 127:22
129:16 135:22
167:21 168:4
173:15 176:15,22
180:7 187:21
**believed** 134:2
**below** 195:7
**benefit** 39:7 158:14

**benefits** 10:20,22
11:2 50:13,14
79:21
**berated** 156:18,20
**best** 34:5,6 38:5
71:2
**Bethesda** 1:12,20
2:10
**Bethesda-Chevy**
96:15
**Betsy** 14:7,9,10
19:1 21:14,14
23:11,22 29:9
30:1,19 32:11
34:17,20 46:4
52:22 53:1 54:20
99:18 100:10,12
100:13,16 102:3
109:10 117:19
120:16 124:11
133:1 134:16,20
135:15 138:8
139:9,18 141:7,20
142:1 143:22
144:1,4,7 146:2,5
147:20 148:5
153:3,7 157:11,16
162:13,13 167:9
167:12 170:19
172:22 173:16,16
174:19 177:1
178:3,7,8,13
179:1,13 183:13
183:18,19 184:7
190:16 192:8
**Betsy's** 23:15 38:8
53:3 56:16,17
122:20 149:4,19
190:18 192:11
**between** 28:19
30:21 59:6,19
60:2 62:18 66:12
67:17 69:17 80:2

80:14 93:7 150:17
158:4 160:3,21
161:7,8 181:8
185:10,12 187:21
**bias** 48:13 134:4
**big** 56:10,11
**bill** 176:19
**bills** 50:16 87:3
104:13
**Billy** 41:7 113:20
113:22 122:5,8
125:12,13,14
127:17
**birth** 11:13
**bit** 69:21 114:18
**BJ** 172:20
**black** 44:15,18
45:12 131:13
134:6
**Blue** 2:4 125:2
135:2 145:21
147:1,6,9,11
157:19 168:12
189:6,17 193:6
**board** 64:3 109:11
135:18 138:6
165:9,15,18
169:14 171:3
178:4 191:7,8,9
191:13,15
**boards** 164:21
165:16,20
**body** 72:2 164:14
165:1 166:3
**bono** 52:14 126:1
**book** 61:5
**boss** 189:4
**bosses** 124:11
**both** 21:14 34:20
40:9,9 63:11
135:15 171:3
186:20
**bottom** 120:11

146:15 147:4,10
163:6,13 166:20
166:21 184:4
191:21 192:1
**Bowie** 7:21 85:9
**box** 194:8
**break** 51:7 92:14
**breaks** 193:11
**briefing** 158:12
**briefly** 53:4 190:11
**bring** 38:5 44:21
55:3 111:17
114:12,15
**bringing** 43:6
127:6
**broader** 180:16,19
181:18 188:5
**broken** 19:21 105:9
**brought** 57:8
146:17
**Brown** 5:18 7:13
7:14
**brunch** 25:2 112:10
**buck** 138:7
**budget** 18:22 19:5
19:14,19,20 20:1
20:4 21:9,15,19
22:4 91:19,22,22
143:14
**budgetary** 36:5
**budgeted** 22:22
**budgets** 21:17
**business** 8:1 66:18
68:10 69:3,20
70:21 82:16
140:16 191:4
**buying** 14:21 16:19
130:18 131:12,13
**b-i-t-t** 88:9

---
**C**
---

**C** 3:1 7:1
**calculations** 193:16

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

**calendar** 3:22
   61:15,18,21 63:2
   63:4,6,7,15,16,19
   64:7,16,21 65:1,8
   68:8 89:16
**California** 95:17
   164:11,13
**call** 7:16 10:12
   64:13 71:20
   129:11
**called** 1:16 7:7
   23:21,22 73:22
   81:4 151:11
   162:12,13 164:15
**calling** 77:11
**calls** 162:6,9
   176:20
**calm** 54:17 80:10
**calmed** 160:9
**came** 21:13 43:11
   53:4,17 56:17
   62:16 63:19 89:18
   107:16 112:17
   126:1,15,16
   127:12 128:1,9,16
   129:3,7,13 148:5
   182:11 183:12
   190:20
**Campbell** 62:12
**canceled** 87:3
**Capitol** 65:22
   164:1
**capture** 37:16
**card** 166:12,13
   177:1,3
**care** 108:8
**Carlottia** 41:6 52:9
   53:1,5 54:12
   113:17 114:3,11
   114:20 131:19
   159:7 161:18
   162:14 169:14
   170:22

**carried** 131:9,10
**carry** 131:3
**case** 1:6 11:21
   12:18,21 13:3
   40:15 51:18
   119:11 177:2
   194:1 195:3 196:8
**cases** 12:21 123:14
**cash** 69:9
**casual** 89:19,20
**category** 41:11
   64:18 75:21
**cause** 1:15
**caveat** 101:20
**CC** 170:19
**cell** 129:2,6 176:21
**center** 1:7 8:7 10:1
   10:10,11,16 11:5
   73:17,19,21 74:4
   89:1 180:5 194:1
   195:3
**Central** 94:3
**Century** 169:8,11
   170:8
**certain** 24:6 101:11
   137:8 138:12
   142:2
**certainly** 86:16
   193:3
**CERTIFICATE**
   196:1
**certificates** 75:18
**certify** 196:4,9,14
**cetera** 52:13
**chain** 57:7
**challenging** 70:1
**chance** 190:9
**change** 91:15
   106:12 172:6
   195:9
**changed** 10:9 91:21
   172:7
**changes** 194:12

   195:7
**channels** 77:9
**charge** 4:17 12:22
   120:5 121:18
**charged** 44:2,6
   45:11
**CHARLES** 2:8
**chart** 153:18
**Chase** 96:15
**check** 20:10 43:12
   43:14 64:5 129:9
   129:10 194:8
**checking** 129:8
**checks** 43:10 87:4
**chief** 9:20,21
**child** 11:20
**chilly** 78:10
**choice** 116:14
**choose** 38:21
**chose** 116:13,18
   154:3
**Christmas** 62:15
**circumstance** 65:21
**circumstances**
   140:20 144:9
   163:21 182:2
**claim** 50:7 58:18
   89:3 135:20
   138:11
**claiming** 88:14
   89:10
**claims** 59:16,17
**clarification** 92:10
   124:18
**clarify** 12:10 15:8
   135:7
**cleaning** 85:18 86:1
   86:4
**clear** 28:21,21
   137:20 143:8
   182:8
**clearer** 138:10
**client** 70:8 71:5

   80:17,19,21,22
   81:20 82:12
**clients** 67:4,17,19
   69:22 70:6 80:12
   81:2,6,16,16 82:2
   83:6
**close** 97:13 184:15
**closed** 17:8 48:3
   111:18 127:2
   133:8 140:21
   147:15 149:4
   166:6 175:21
**closed-door** 147:22
**closely** 95:21
**closing** 173:19
**clue** 141:15 165:6
**CNA** 10:4,11
   191:21
**coincident** 110:22
**cold** 72:8 78:9
**colleague** 53:9
   118:12 125:16,18
   126:9 144:19
   161:2 172:4,9
**colleagues** 26:12,13
   26:22 27:2,18
   28:16 29:8,17
   30:8 31:10 33:2,4
   33:7,12 35:9,14
   35:17 37:1,13
   38:17,19 39:19
   77:11 115:14
   116:18 127:14
**collection** 103:2
**college** 97:4 109:4
**colloquial** 75:7
**color** 15:21 149:6
**Columbia** 1:2
   102:1,9 192:15
**come** 23:20 33:14
   37:15,20,21 44:2
   52:16 54:4,14
   62:6 98:20 100:14

   112:12 125:17
   126:8 128:5,8,17
   133:14 135:14
   143:18 156:7
   157:11 159:6
   161:15 183:9,9
   193:4
**comes** 24:21 173:11
**comfortable** 67:14
   67:15,21 82:3
   144:18,21 153:11
   182:1 186:11
**coming** 69:9 73:1
   126:18 130:6
   143:12 161:17
   175:21 176:4
**commencing** 1:20
**comment** 45:9
   114:4 119:9
   122:20 192:11
**comments** 118:10
   119:5
**Commission**
   135:21,22
**commit** 22:2
**committed** 22:1
**committee** 91:16,17
   94:4 95:21 96:1
   135:17
**communicating**
   187:7
**communications**
   15:1 143:7,9
   144:20
**community** 90:14
   93:8 106:5 175:20
   176:3 180:5
**company** 81:18
**Comparable** 11:4
**compare** 40:11
**compelled** 188:11
**compensated** 94:12
**compensatory**

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

49:22 59:16,18
**complain** 45:21
46:3
**Complaint** 3:8 4:19
13:15 23:3 24:4
24:14,19 26:16
41:17 51:15 59:7
59:14 132:4 136:2
**complaints** 137:4
139:11,15,20
**complete** 194:10,13
195:6
**completed** 138:4
**completely** 101:17
**completing** 96:22
**complies** 18:18
20:13 22:13 23:5
47:20 48:11 49:10
51:13 58:13 60:21
71:13 90:6 105:16
110:17 119:22
132:2 140:2,10
146:14 152:15
156:16 158:22
166:18 170:13
171:12 174:15
175:10 177:22
178:11 180:1
184:1 185:2 190:5
**complimentary**
52:14
**component** 52:18
54:18
**composition** 16:14
44:8,12,13
**computer** 62:2,3,8
62:9 104:19,22
105:4,6,8,9,11,12
**computers** 61:6
**concern** 26:10,18
135:12 162:17,19
168:8
**concerned** 127:11

182:2 192:14
**concerning** 22:18
185:10 196:7
**concerns** 24:8
26:18,20 40:1
48:12 118:13
132:12,19 133:6
135:1
**concluded** 193:20
**conclusion** 168:15
**condescending**
131:12
**conduct** 140:16
**conference** 18:21
19:15 20:1 22:18
56:15 115:8 116:2
126:7,8 160:9
161:8,9 169:21
**confidential** 67:16
**conflict** 63:21
158:3
**confront** 113:13
**confronted** 53:8,16
53:21 58:6
**confusing** 35:6
**Congress** 90:14
93:8 164:10,12
**Congressional**
156:19,21 157:3
**congressman** 44:17
91:8,14,16 94:22
95:2,9,14,21 96:3
96:6
**Congresswoman**
95:18
**connected** 164:8,19
179:14
**Connecticut** 8:10
**connection** 98:7
**consider** 54:8
165:15
**considerably** 90:20
**consideration** 39:6

162:17,19 168:8
**considering** 170:7
**consistent** 113:21
**consistently** 24:8
133:7
**consists** 50:2,7
**constantly** 35:1
36:3 38:7,8
**constitute** 27:9
**consulting** 67:1,2
82:4 172:12
**contact** 161:7
**contacted** 42:15,20
**context** 181:22
**continue** 53:15
65:11 193:2
**continued** 4:1 5:1
6:1 158:16
**continues** 184:4
**continuing** 182:9
**contradicts** 168:15
**contribute** 20:22
**contributed** 21:7
**contributing**
114:13
**contribution** 21:4
**convenience** 15:20
**conversation** 32:12
54:6 118:18,20,21
151:15 160:4,6,16
176:6 187:21
**conversations**
142:12 152:8
160:15,18 181:8
**convey** 142:14,18
142:19
**conveyed** 181:20
**convincing** 171:10
**copied** 159:7
161:14
**copies** 20:17 87:3
103:12 104:3,4,5
105:3,7 121:9

**copy** 19:4,10 65:2
90:7 110:18,21
111:5
**corner** 168:21
169:16,17,19
**correct** 9:19,22
15:22 16:2 22:16
22:21 23:1 63:10
64:9 70:7 74:17
83:2 90:17 91:13
95:4,11 96:7,9
102:11 173:21
180:11,17 194:10
194:12
**correction** 95:8
195:9
**corrections** 195:7
**correctly** 24:5
90:13 177:5
180:16
**cosmetic** 86:9
**cost** 88:19,21
**costs** 84:1 86:15
**council** 10:5,9,12
11:2 20:21 22:21
28:6 31:5 45:22
46:14 57:19 63:9
79:20 88:16 89:4
90:9 93:10 105:18
112:2,14 113:7
115:7 136:1 146:8
183:11,13
**counsel** 1:16,17 7:8
7:10 12:5 100:11
109:17 147:1
168:12 196:15,18
**counter** 141:20
156:8
**Counties** 102:10
**country** 9:1 127:8
165:17
**county** 20:1 25:2,3
25:5 88:11 96:17

101:22,22 112:10
112:10,14,14
113:3,4,5,6,7
114:22 116:5,6,10
123:20 133:15
143:15 180:6,9
183:11,13 185:7
188:3,7 192:15,16
**County's** 143:14
**couple** 9:8 71:5
84:15 95:10
**course** 98:21 191:3
**court** 1:1 7:21 8:3
11:16 12:19 13:6
51:17
**courteous** 140:17
184:19
**courtesy** 25:13
184:20
**cover** 4:7 101:21
103:16
**covered** 48:8
130:13,14
**credibility** 51:1
**credit** 50:16 177:1
**criteria** 48:2 63:14
154:8
**criticism** 38:13,18
**criticize** 39:2
**criticized** 121:6
**cultural** 118:10,15
**culture** 45:6
**cure** 75:3
**curious** 98:11
**current** 8:1 98:6,14
103:8 140:19
**currently** 61:7
71:17 87:6
**custody** 11:21
**cut** 91:22 150:14

---
**D**
---
**D** 7:1

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

damaged 50:18
  51:2 173:4
damages 49:22
  58:15 59:9,17,18
date 8:14 11:13
  17:6,9 22:5 31:1
  66:12 78:10
  132:17 150:21,22
  160:1 194:1,15
  195:20
dated 159:20
dates 59:12 60:2
  71:18 72:9 95:4
  116:3
Dawn 14:20 131:16
day 23:16 30:12
  32:14 37:11,16,17
  39:3 72:16 92:19
  110:14 134:17
  143:10 159:5
  161:12 166:12,13
  187:13 193:5
  194:19
days 9:4,8,10
  174:20 175:6
  195:7
deal 36:1 37:9
  56:10,11 102:4,5
  104:13 183:1
dealing 43:5
dealt 16:17
December 17:12,15
  17:22 89:14
  190:15
decided 98:21
  172:4 182:5
deciding 63:14
declined 25:9 26:1
  133:16
declining 25:18
defend 142:11
Defendant 1:8,16
  2:11 7:8,10 47:22

49:15
Defendant's 3:18
  52:5 61:6
define 16:9 86:10
  101:14 122:22
degree 96:18 97:5,7
  109:4
degrees 75:18
delay 143:21
delegation 164:12
  164:13
demeanor 29:18,20
  29:21,22,22 30:1
  30:2,4,7,20,21,22
  31:18 32:4,5,6
  33:7 36:19
Democratic 94:1,3
  94:5
denied 135:16
dental 10:21
deny 139:4
department 36:13
  54:19,22 114:13
  130:21 145:13,14
  175:15 191:12
depends 39:12
depleted 50:12
DEPONENT 194:3
deposition 1:13
  12:3 92:17 125:2
  193:15,20 194:6
  195:4,5 196:3,5
  196:12,17
deputy 14:13,16
  28:13 120:15
  121:14 125:7
  130:10 133:6
  140:16 141:4,9
derogatory 112:6
  115:3 116:21
  117:3,10,16 118:4
  119:1,17
describe 29:20

31:22 108:10
  132:12 176:1
  185:9
described 55:14
  56:7 113:11
  123:22 132:19
  171:7
describing 22:17
  24:5,6 53:15
  180:11
description 3:7 4:2
  5:2 6:2 32:16
  35:19 39:15 53:19
  102:3 106:1,2,3
  106:14,16,18,19
  107:1,9,17,20
  108:1
desirable 95:15
desk 43:8
desperately 187:13
details 161:11,13
determine 141:22
determined 123:7
development 90:15
  93:9 115:6
devote 69:3,20
  70:21
devoted 71:3
DHAMIAN 2:4
die 62:13
differed 32:6
difference 30:6,21
  31:9 33:2 44:20
differences 36:9
different 11:1
  16:13 26:11,21
  27:12 33:6 36:11
  37:5 48:4,16,18
  86:8,16 156:8
  174:8
differential 31:18
differently 29:8,16
  30:5 31:20 32:3,4

33:11 35:8 36:22
  38:13 39:18 45:2
  47:22 101:15
diplomas 75:19
directed 103:3
  179:4
direction 196:12
directly 118:6
  161:4
director 8:19 9:16
  9:18 14:1,11,13
  14:17,21 15:1,3
  15:16,18 16:11,12
  27:19 28:12,13
  37:16 40:9 46:20
  106:5 117:20
  120:14,15 121:14
  130:10 131:14,15
  133:7 140:16
  141:4,9 143:7
  144:20 145:12,14
  148:3 149:11
directors 15:10
  109:11 147:21
  149:5,7,13 178:4
director's 125:8
disagree 146:10
disagreement
  181:2,10,14 189:1
disappointed
  185:16
disappointment
  185:19 186:8
Disclosures 3:15
discourage 192:9
discovery 60:11
discrimination
  4:17 12:22 48:13
  52:4 88:16 89:4
  120:6
discuss 55:8,11
  100:9 135:14
  175:19 176:3

discussed 110:5
  122:5
discussion 60:8
  94:19 95:6 107:7
  111:21 120:1
  156:22 158:18
  167:18 180:8
  193:9
discussions 38:3
  99:20,21 124:8
  141:14 142:9
  149:8 176:6
dispersed 91:19
disposed 105:8
dissatisfaction
  26:11 99:12,16
  181:1,9,13
dissatisfied 100:22
distinguish 28:15
distribute 195:6
District 1:1,2 85:8
  102:1,9 123:20
  136:18 192:15
disturbing 166:5
divided 149:15,15
divorced 179:21
doctor 179:4
document 35:5
  136:22 137:12,15
  139:13 154:14
  155:10 191:10,17
documentation
  35:4 89:9 107:3
documenting 35:3
documents 3:20
  18:8,13,19 61:7
  61:10 75:15 76:8
  87:4,6,8 89:7
doing 12:3 33:15
  33:18 35:2,2,2,3
  39:1,4,6,7 43:20
  53:22 54:9 66:18
  89:15 97:2 100:3

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

100:17,18 137:22
142:10,10,12
153:5,10 154:13
155:7,9 185:20
188:12
dollar 69:9 85:20
86:12 88:19 89:10
dollars 84:15
125:20
DONALD 2:4
done 25:6 33:17
86:15 97:16
112:12 115:3
143:15 155:7,13
170:17 174:20
190:17
door 21:18 22:4
44:3,21 112:16
127:2 149:4,19
double-standard
145:17 149:13
down 19:14,21 36:4
49:21 54:17 61:2
80:10 81:12
140:11 144:4
151:13 156:17
157:12 160:9
166:3 172:16
185:15
downsized 90:19
downstairs 43:11
131:4,10
Dr 41:21 42:4,8,14
42:15,20 43:10
44:10,22 45:2,11
48:20 73:6,7
146:19
drawn 168:15
dreadlocks 57:15
driving 85:11
dry 85:18 86:1,4
due 179:8
duly 7:8 196:5

during 13:21 28:10
65:12 69:3,20
70:17,20 71:8
74:14 79:17 80:7
83:11 93:20 98:20
100:21 112:1
115:7 116:1 119:4
140:14 145:2
157:9
duties 98:7 107:9
dynamic 16:13
D.C 2:6 8:11 12:20
120:6 135:21

_____
E
_____

E 3:1,6 4:1 5:1 6:1
7:1,1 93:1,1
each 19:22 67:12
68:7,17 85:9
103:17
ear 142:5
Earl 41:21 42:4
earlier 22:1 27:7
40:19 98:16 99:17
99:17 101:3,7,10
107:3 114:4
124:19 128:5
133:9 135:1,11
138:12 171:7
181:4,7 182:14,18
184:3 191:15,15
191:17
early 17:22 79:14
126:12 128:13
earmarks 125:21
earned 71:8
easier 98:15 172:6
eating 72:17
Economic 90:14
93:8
Ed 74:2
education 15:17
75:19 95:22 96:13

96:21 97:1 110:5
effectively 37:10
39:5
effort 145:19 146:9
efforts 145:18
eight 13:20 14:4
15:13 16:3 40:18
either 110:4 142:13
142:18 152:1
elected 25:6 63:20
94:3,10 115:13
123:19 141:12
electronic 61:5
Elizabeth 14:6
else's 39:10
embarrassed 55:2
embarrassing
127:6,19
emerge 33:21
emotional 142:1
emotionally 80:11
employed 8:4 72:12
196:15,19
employee 70:12
76:19 196:18
employees 13:22
30:22 48:1 155:20
employer 79:3,5
80:4 83:1 103:8
121:3 153:14
155:19
employers 103:4,7
103:20 104:1
employment 13:22
31:5 74:15 76:1,5
76:7,10 85:14
87:5 98:21,22
111:15 134:13,14
empower 187:17
Empowerment
115:8 116:1
Enclosed 195:5
encounter 89:19,20

encountered 175:4
encouraged 148:4
150:12 183:9
end 52:19,20 98:22
99:1 100:9 176:12
ends 65:3
energies 70:9
energy 34:14
161:12 173:11,13
enforce 49:15
engage 24:9 133:8
133:11 145:9
engaged 170:22
engaging 82:15
enough 13:7 42:21
50:20 51:4 54:6
80:11 144:18
enraged 53:6,7
entrance 54:3
entries 62:5,6,17,19
envelopes 131:2,4
environment
117:14 140:20
epithet 112:3
116:21 117:3,7
118:1,8 119:1,14
errata 194:12
195:6
escort 43:11
ESQUIRE 2:4,4,8
establish 144:18
145:20
established 101:3
establishing 8:21
144:22
estimate 30:14,18
68:21 69:1 71:2
84:4 149:22
et 52:13
evaluate 154:4
155:20 156:1
evaluated 36:21
154:2,5

evaluating 34:10
evaluation 33:13
33:15 46:21 48:2
89:22 153:8,10
154:7 155:17,18
156:2
evaluations 34:11
36:21 45:15 46:11
even 127:5,9
129:14 170:10
181:2
evening 133:15
183:11
event 60:1 72:14
193:5
events 24:6 59:9
ever 11:16 12:2,22
13:2 36:3 45:8,11
57:18,22 58:2
65:19 112:2,5
116:20 117:2,6,9
117:15,22 118:3,7
118:22 119:13,16
136:19 139:9,13
139:19 152:20
154:17 161:21
192:9
every 33:22 100:8
123:12 124:2,7
143:9
everyone 43:3,22
44:1 149:5 150:12
everyone's 150:13
everything 75:20
75:22 76:3 125:10
134:8 135:9
evidence 145:6
evidencing 87:4
evolved 30:17
Ewell 44:15
exact 8:14 31:16
52:11 56:10 72:6
78:5

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

**exactly** 30:11 147:2
153:4 161:4
**examination** 1:16
3:2 7:7,10
**examined** 7:9 194:5
**example** 24:7 32:5
67:3
**examples** 27:16
31:17 34:22 35:16
130:19 133:10,12
133:13
**except** 117:13
131:13 147:21
194:12
**exception** 16:12
**excess** 50:4 58:15
58:19,19 59:17,18
**exchange** 113:11
160:20 185:9
**exchanges** 118:13
**exclude** 149:12
**excluded** 147:19
148:16,17
**excuse** 20:3 55:7
129:14
**executive** 9:16,17
14:1,11 16:11
27:19 28:12 37:15
113:6 117:19
120:14
**Executive's** 143:16
**exhausted** 79:21
**exhibit** 7:2 13:8,14
13:19 17:2 20:12
22:11 23:2 26:17
41:2,15 47:19
49:8 51:12 58:11
58:19,20 59:8,14
59:15,16,17 60:5
60:10,20 61:14,17
62:17 65:2 66:7
71:12 75:14 87:2
90:5 92:6 93:4

97:17,20 101:13
101:16 102:21
105:14 106:15
107:9 108:1
110:16,18 111:2,9
111:11 119:21
120:3 130:4,9
132:1,3,10 133:5
140:1,3,9 146:12
147:4,7,8 152:14
156:15 158:21
161:19 168:6,14
168:19 170:11
171:11 174:10,14
174:16 177:13,16
177:21 178:1,10
179:22 180:12
183:7 184:7 185:1
185:3,9 186:16
190:3,10 191:19
**exhibited** 121:22
130:11 134:2
**exhibits** 6:11,13
13:6
**exist** 76:8
**expect** 44:1,2 97:11
**expecting** 77:3
143:3
**expense** 5:17 176:1
177:8,12,18
**expenses** 69:10
83:12,15 85:16
86:6,20 87:5 89:3
175:15 176:17,19
177:15
**experience** 46:22
81:19 143:9
156:19,21 157:3,5
157:6
**experienced** 46:20
**experiences** 140:12
**explained** 153:7
181:22

**expressed** 24:8
26:10,17 118:13
132:11,13,19
133:6 135:1
157:22 162:19
186:8
**expresses** 181:9,13
**expressing** 48:12
135:12 180:22
**extent** 168:13
**external** 14:13
120:15
**extraordinary**
146:9
**extremely** 128:13
**E-a-r-l** 42:1
**e-mail** 3:10,12 4:15
5:3,9,11,13,15,20
6:9 20:16 22:7,17
37:17 111:13,16
159:10,11,12
160:15 161:10,14
161:21 162:5,16
163:1,6,8 164:14
166:2,21,22
170:18 171:13,17
171:20 172:14
174:18 178:2,13
178:18 180:3,12
181:13 182:12
184:3,5,6,7,15
185:5,15 186:5,8
186:10,12,13,15
187:6,11,22
**e-mailed** 159:18
**e-mails** 5:5,7,22 6:3
6:5,7 121:4,6,10
160:21 163:6,10
166:19 181:4
185:9

_____
**F**
_____
**F** 93:1 96:16

**facility** 52:5
**fact** 40:15 47:12
59:21 72:21
155:18 156:7
164:11 173:5
179:7 183:13
**facts** 101:17
**failed** 49:15
**fair** 12:16,17 38:15
40:17,20,21 61:12
189:2
**Fairfax** 102:2
**fairs** 85:12
**fall** 78:13,14 80:20
82:13
**falls** 54:21
**family** 11:22 96:4
164:9
**far** 127:11 129:4
**fashion** 55:6
**favor** 43:20
**February** 82:21
90:15 93:17
159:20,21 160:3,3
185:12,12
**FEC's** 187:14
**federal** 12:19 77:18
77:22 87:10
125:20
**fee** 55:5
**feedback** 141:12,16
174:22 178:3,5,6
**feel** 26:5 139:2
**feeling** 152:4
**fell** 54:18 161:2,4
**felt** 142:4 152:5
154:10
**few** 31:15 68:15
80:10 104:15
131:4 147:21
186:16
**Fewer** 150:6
**field** 35:22 37:11

39:11 40:20
**fifteen** 54:16
**figure** 67:20 72:22
104:12
**file** 135:16 136:6
**filed** 12:22 13:15
59:7,8,14,15
120:6 140:6
**files** 180:20
**filing** 51:16 135:20
**filings** 59:20
**filled** 13:22
**finally** 123:7 172:7
**finance** 16:12,15
**financial** 176:11
**financially** 92:1
196:19
**find** 21:6 39:17
185:17
**fine** 7:18 15:11
17:8 18:12 33:21
38:21 89:15 90:3
104:16 156:6
178:8,9 189:8
193:3
**finish** 55:18,22
148:8 189:6
**finished** 126:21
161:8
**fired** 136:10 139:10
139:19
**firing** 137:3,7
138:21 139:14
**firm** 67:1
**firms** 127:7
**first** 7:8 13:19
15:20 27:21 55:19
68:15 77:15 95:20
109:15 120:13
123:10 126:15
132:10 133:5
141:22 152:16
156:17 159:4

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

LISA RANSOM
October 25, 2006
Page 9

161:19 174:20
175:6,18 178:18
178:18 180:21
185:18 186:15
**fit** 139:16
**five** 74:20
**five-minute** 51:6
**Fleischer** 1:19 2:8,8
3:3 6:13 7:11
19:6,8,16 20:7,11
31:4 41:19,22
47:7,11 49:13
50:5,10 51:8,10
55:20 56:1,12
59:1 60:7,9 68:2,4
75:2,6,8 87:21
88:2,3 92:5,8,11
92:15 93:3 94:20
95:7 98:10 102:7
108:7 109:17,22
111:22 120:2
124:10,20 125:6
135:4 144:12,15
146:6 147:3,7,10
147:12 158:2,20
168:16,18 189:7
189:21 190:6,8
192:22 193:8,10
193:13,18
**flexible** 39:9
**floors** 131:4
**flow** 125:20
**flowers** 159:14,16
**focus** 70:9 102:8
157:16,17 158:5,5
158:6 186:20
187:2 192:12,14
**focused** 157:21
158:8
**folded** 91:6
**folks** 20:17 82:2
126:11
**follow** 57:7 153:3

**followed** 124:3
138:1
**following** 75:14
79:1 110:13
113:17,20 153:19
**follows** 7:9
**follow-up** 123:14
180:4 187:20
**forbidden** 150:15
**forced** 81:21
**foregoing** 196:3,5
**Forgive** 50:22
**form** 66:17 75:1
98:8 101:19
111:18 153:8,10
**formal** 39:15
135:16 176:7
**format** 154:3
**forms** 33:15,21,22
**forth** 67:13 68:8
83:22 89:15
190:22 193:11
**forum** 158:11
**forward** 21:13
139:6 188:22
**forwarding** 111:14
**found** 19:2 53:14
61:10,15 76:10
108:2
**foundation** 165:20
169:9,11,12 170:8
**four** 9:10 74:20
193:16
**fourth** 191:19
**Freddie** 115:9,11
**free** 26:5 55:5
**frequently** 146:3
163:16
**freshen** 174:9
**friend** 96:4
**friendly** 32:20 33:1
**friends** 77:12 164:8
**from** 11:1 21:13

22:17 25:16 28:15
29:8,16 31:10
32:6 33:6,11 35:8
37:1 39:18 47:22
48:5,16,18,19
56:17 58:19 70:13
73:1 79:19 80:3
81:3 88:22 90:15
91:12 93:16 95:5
99:18 102:15,17
105:3,18 113:2
121:8 123:18
124:3 127:7
149:12 160:14
162:7 163:2,7,8
164:14 174:8,22
178:5,6 179:17
180:12 187:7
190:15 192:9
**front** 23:3 43:8
127:4
**frustrated** 187:9
**full** 8:16 97:15
115:9,15 152:16
156:17
**funders** 112:15
115:9,15
**funding** 115:15
165:8,8 182:3
**fund-raising**
115:19
**further** 26:4,7,9
49:21 152:7,8
196:9,14
**furthermore**
196:17

— **G** —

**G** 7:1
**gag** 187:15
**gap** 93:16
**gave** 53:19 188:8
**gay** 40:9 144:21

**gearing** 188:1
**General** 84:1
**Generally** 63:17
108:12
**generate** 104:18
105:3
**generated** 18:13
67:12 68:6
**gentleman** 74:2
129:1,2 131:1
172:10
**Georgetown** 1:19
2:9
**George's** 25:2,5
88:11 101:22
102:10 112:10
113:5 114:22
116:5 123:21
192:16
**getting** 70:7 178:6
188:4
**gist** 119:8
**give** 14:10 17:9
27:15 29:19 30:14
30:18 31:1,15,17
32:5,9 34:21,21
35:16 39:14 52:22
67:3,11 68:5 71:2
72:9 84:3 85:14
86:12 100:10
126:2 130:19
141:12,16 149:22
157:13 165:6
178:3 188:19,20
191:11
**given** 107:18
133:13 194:10,13
196:13
**gives** 14:1
**giving** 38:9 174:19
**glad** 86:11
**glanced** 140:4
**gleeful** 173:2,5

**go** 21:21 23:2 26:3
26:6 27:19 33:17
45:15 46:10 53:14
54:14 56:2,15
66:7 73:14 75:9
77:7 80:12 81:13
81:22 96:14
109:19 113:3,5,16
122:9,16 124:20
130:3,8 132:12
138:5 144:4
175:22 191:20
**goal** 153:18 187:16
**goals** 25:4 35:20
155:8
**God** 173:8
**goes** 133:20 134:4
168:19 170:1
**going** 7:16 12:13
13:5,7,11,19
15:19 20:21 28:22
29:1 33:22 35:13
42:6 47:21 49:8
53:13 58:21 60:4
61:13 64:2 66:10
67:18,18 72:7
75:17 81:19 82:2
85:21,22 92:13
97:15 104:12,13
114:8 137:19
140:13 143:21,21
144:1 151:12
155:16 157:14
166:20 168:12
170:14 177:11
179:10 184:3
191:11 193:4
**gone** 127:15 158:17
**good** 7:19 37:9
40:22 92:2 136:17
139:16 143:4
182:22 193:6
**governance** 135:17

LISA RANSOM
vs. CENTER FOR NONPROFIT ADVANCEMENT

138:6
government 52:13 67:1 97:10 125:14 136:18
gracious 127:18 129:20
grants 125:21
great 35:22 112:13 115:12 193:2
greatly 75:5
greeted 43:10
grievance 135:17
grimace 31:19
gross 68:21
ground 156:11
Grounds 109:17
group 8:2 14:21 16:19 40:18 66:15 66:17,20 68:7,7 69:3 70:18,21 80:2,15 83:4,5 130:18 131:12,13
groups 182:1
guess 32:17 34:5,6 119:3 136:12 168:10
guidance 184:16
guidelines 189:13

H

H 2:8 3:6 4:1 5:1 6:1
hair 86:15
half 62:15 93:18,21 163:6,7 184:12
halfway 156:17
hall 144:4
hallway 53:9 54:1 58:7 90:1 168:1
handbook 4:11 49:18 110:19,21 111:6 135:19 138:2 155:22

156:8,9
handled 43:9 161:5
Hang 55:18
happen 59:6,19 188:2,5
happened 47:4 56:21 77:20 78:18 83:3 115:19 144:20 160:18 161:12 183:10
happening 59:21 188:6
happy 121:20 186:16
hard 137:9
having 7:8 33:19 38:3 52:3,22 99:19 108:4 135:1 137:8 138:12,21 139:15 160:16,18 179:8 180:8 191:9 193:19
Hawkins 96:6
head 46:15 47:15 120:12
headed 40:7
header 171:16 172:13
health 10:21 50:13
hear 11:10 12:7 117:15
heard 12:8,14 58:8 112:2,5 116:20 117:6,9,22 118:3 119:13,16
hearing 133:15 183:11
heavy 131:2,4
heel 127:2
hefty 55:5
held 26:11,21 27:12 33:6 94:10 183:10
help 95:19 146:9

165:21 174:2 188:21
helped 75:5
helpful 188:18
helping 173:22
Henderson 164:17 164:18
her 14:2,18 21:16 21:17 26:12 30:21 30:21 52:10,16 53:6,7,21 54:6,17 55:22 65:15,17,19 67:22 73:10,11 95:10,12,19,19 100:15 117:22 118:3,15 119:9 122:22 125:18 128:11 131:9,21 142:8,15,19,21 148:6 150:14,22 151:14 160:6,9,15 160:17,17,19,21 162:12 163:14,17 163:19,22 164:1 164:15 165:21 166:13 167:18,19 169:2 173:17 174:2 191:11,13
hereto 196:19
high 96:14,15,16,18
Hill 65:22 66:6 164:1
him 21:19 25:1,8 25:10,12 32:9,9 32:11,12 42:20 43:11,17,20 44:1 44:2,4 57:4,4,8 87:17 89:21,21 94:22 96:8,10 99:20,21 100:5,19 100:20 111:14 112:5,9,19 113:13 115:8,10,16 116:7

125:16 126:9,18 126:20 127:3,14 130:6 133:14 141:11,12,19,22 142:9,13,18 143:5 145:9,9 146:3 157:10,11 175:13 181:20 182:7,8,15 183:1,9 186:4,6 186:19 187:11,18 187:20 188:8,10 188:12,14 189:6 189:12,20
himself 45:17 127:10 131:9
hire 31:11 36:2,6,8 91:18 150:22
hired 31:12 80:3 93:9 106:4 141:21 157:6
hiring 36:15 103:8 107:21
Hispanics 116:22 117:11,17 118:5 119:2,18
history 76:13
hold 83:7,8 101:18 144:8 147:20 192:17
home 7:20 77:18,22 104:21 105:4 171:17,20 172:14
honest 140:16
honestly 69:4 169:20
Hope 166:5
Hopefully 169:15
hostile 34:15,19,20 121:4
hour 23:19 92:14 133:3 151:13
hours 39:3 69:2,19 70:5,21 71:2,5

75:12 193:17
House 91:15
HSC 21:11,21
huffed 127:1
Huh 88:5
Human 12:20 120:7 132:5 135:21,21 136:3 140:6
hundred 84:15
hurried 170:6
hurt 118:14
husband 179:18

I

idea 67:11 68:5 100:18 142:9 147:16 149:8 162:20 182:19
identification 7:4
identified 6:11 40:19 45:17
identify 13:14 14:3 15:12 52:2 60:10 97:20 103:5 105:17 110:18 111:3 163:1,10 166:21 170:18 175:11 178:1 184:6
III 58:14
imagine 77:5 179:9
immediate 9:11 90:21
immediately 77:1
impact 143:13 185:22
impacted 158:9 192:7,19
implemented 153:17
important 37:2,6 104:14 187:19