1 Membership, for example?
2    A    I don't directly supervise them
3 unless their supervisor's position is vacant.
4    Q    But you do all of the performance
5 evaluations of these individuals?
6    A    That is right.
7    Q    For people that you don't
8 immediately supervise, you rely on their supervisor to
9 give you --
10    A    Their supervisor actually does the
11 performance evaluation, but I sit in.  And they often
12 tell me, talk to me prior to their evaluation, but not
13 always.
14    Q    Going back to your performance
15 evaluations.  When you actually do your annual
16 performance evaluations, what documents do you rely upon?
17    A    We have a personnel evaluation
18 form and that's the only document that I rely on.
19    Q    Do you look at dash boards?
20    A    No.
21    Q    Do look at strategic plans?
22    A    No.
23    Q    Do you look at the work plan for

117

| | | |
|---|---|---|
| 1 | Q | Did his complaint come in 2003? |
| 2 | A | I don't know. |
| 3 | Q | Did he work on the Prince George's County conference Empowerment conference? |
| 5 | A | Not directly, no. |
| 6 | Q | Did you ask him what he was doing to interact with her in a positive way? |
| 8 | A | Yes. |
| 9 | Q | You did ask him that? |
| 10 | A | Yes, I did. |
| 11 | Q | What did he say? |
| 12 | A | I don't recall. He may have said he was trying. He may have said he talked to her about this. I don't recall. |
| 15 | Q | So were those complaints made in 2 different meetings or in the same meeting? |
| 17 | A | The 2 different complaints. |
| 18 | Q | From Jeff Kost. |
| 19 | A | Were they made in the same meeting? |
| 21 | Q | Correct. |
| 22 | A | I don't believe so. |
| 23 | Q | You don't recall whether you sat |

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland 20744
(301) 372-6922