# WCA

# PERSONNEL HANDBOOK

October, 2001

0229593.01

CNA #0218

## Table of Contents

I. Introduction

II. Purpose of This Handbook

III. Equal Employment Opportunity

IV. Terms and Conditions of Employment

    A. At-Will Status
    B. Classification of Employees
    C. Exempt/Non-exempt Employees; Overtime Pay
        1. Non-exempt employees and overtime
        2. Exempt employees and overtime
    D. Time Sheets
    E. Reporting to Work

V. Compensation and Benefits

    A. Pay
    B. Expenses
    C. Benefits
        1. Paid holidays
        2. Vacation
        3. Sick leave
        4. Family and medical leave
        5. Bereavement leave
        6. Jury duty
        7. Military leave
        8. Unpaid leave
        9. Worker's compensation
        10. Health insurance
        11. Life insurance, dental insurance and/or disability insurance
        12. Pension plan
        13. Professional development

VI. Job Performance and Conduct As Employee

VII. Corrective Action; Dismissal

## Table of Contents (cont.)

VIII. Separation from Employment
    A. Notice
    B. Lay-offs
    C. Severance Pay
    D. Use of Grievance Procedures in Cases of Termination
    E. Pay Upon Termination

IX. Grievance Procedure

X. Discriminatory Harassment

XI. Sexual Harassment

XII. Smoking Policy

XIII. Drug Free Workplace

XIV. Outside Employment

ACKNOWLEDGMENT

I.  Introduction

The Washington Council of Agencies (WCA) welcomes you as a new employee. As you may know, The Washington Council of Agencies is a nonprofit, 501(c)(3), charitable, tax-exempt organization founded in 1979 whose mission is **to strengthen, promote and represent nonprofit organizations based in metropolitan Washington in order to help them better meet the diverse needs of their communities.** It is our goal to help nonprofit organizations be better managed, to help them advocate on their own behalf, and to help them locate resources in this community.

WCA's funding sources include membership dues income, fee-for-service income from such sources as educational seminars and publications, and donations from foundations, corporations and individuals.

WCA has a Board of Directors comprised of members of the community who are elected for 3 year terms. Half of the Members of the Board of Directors must be Executive Directors of member agencies. The Board of Directors establishes WCA's mission and policies and hires the Executive Director to implement them. It is the Executive Director's responsibility to hire, supervise and make personnel decisions regarding all additional employees, although the Executive Director may choose to delegate some of these responsibilities to other managerial staff within WCA.

Because of our charitable mission and our public support, we believe that WCA's employees have a special responsibility to adhere to the highest standards of ethics and professionalism in representing WCA and carrying out our mission.

II.  Purpose of This Employee Handbook

This Employee Handbook is intended to serve as a guideline, describing the basic personnel policies and practices ordinarily applied by WCA. <u>It is not intended to create and is not a contract of employment.</u> No contractual rights are conferred on the employee by this Employee Handbook; its provisions shall not constitute contractual obligations enforceable against WCA. The employees of The Washington Council of Agencies are terminable-at-will, meaning that either the employee or WCA may terminate the employment relationship at any time, with or without cause.

The Washington Council of Agencies reserves the right to make changes, from time to time, with or without notice, in the policies and practices described in this Handbook. Moreover, because it is impossible to anticipate every situation that may arise, WCA reserves its right to address a situation in a manner different from that described herein if, in WCA's discretion, the circumstances so warrant.

If you have questions about the policies and procedures described in this Handbook, or suggestions for improvement, please see your supervisor or the Executive Director.

III.  Equal Employment Opportunity

WCA is committed to a policy of equal employment opportunity, and does not discriminate in the terms, conditions, or privileges of employment on account of race, color, creed, religion, national origin, sex, age, physical or mental disability, physical or economic condition, marital or parental status, personal appearance, family responsibilities, matriculation, political affiliation, source of income, place of business or residence, pregnancy, child birth or related conditions, or sexual orientation, or otherwise as may be prohibited by federal and state law.

5

WCA also has a policy prohibiting discriminatory harassment, including sexual harassment. This policy is described in Sections X and XI below.

## IV. Terms and Conditions of Employment

### A. At-Will Status

Employees of WCA are employed at will, which means that they are not hired for any definite period of time and either they or WCA may terminate the employment relationship at any time, with or without cause. *The only exception to this rule* would be an employee who, due to unusual circumstances, has been provided a promise of employment for a particular length of time, which is in writing and signed by the Executive Director.

*Only the Executive Director has the authority to make any promises to employees regarding the duration of employment; to be binding, such promises must be in writing and signed by the Executive Director.* If you believe that you have been made any promises to the effect that your employment will continue for some definite period of time, and that you are not an at-will employee, please consult with the Executive Director immediately.

### B. Classification of Employees

Full-time employees are those employed to work on a regular basis for at least 35 hours per week. They are eligible for all benefits described in this Handbook, so long as they meet the applicable requirements, such as length of service.

Part-time employees are those employed to work on a regular basis for fewer than 20 hours per week. They are eligible for only those benefits that they have been promised in writing (signed by the Executive Director) or that are stated in this Handbook to be available to part-time employees.

Employees working more than 20 hours a week but less than 35 will have benefits prorated.

Temporary employees are those hired with the understanding that their employment will not continue beyond a stated date or beyond completion of a specified project or projects. They are eligible for only those benefits that they have been promised in writing and signed by the Executive Director.

All employees of WCA, whether full-time, part-time or temporary, are employed at will. See previous section regarding at-will employment.

Independent contractors are those non-employees who are paid on a fee-for-service basis to perform certain specified services. Volunteers are those who provide services to WCA without financial compensation, other than reimbursement of authorized expenses.

### C. Exempt/Non-exempt Employees; Overtime Pay

When you were hired, you should have been told whether your position is "exempt" (meaning, among other things, you are exempt from the overtime pay requirements of the Fair Labor Standards Act) or "non-exempt" (meaning you are covered by the overtime requirements.) Generally speaking, exempt employees are those whose jobs are primarily executive, administrative or professional in nature, as defined by federal regulations, and who are paid on a salary basis, again as defined by federal regulations.

6

### 1. Non-exempt employees and overtime

If you are non-exempt, you will be paid overtime, at the rate of one and one half times your regular hourly rate of pay, for any hours worked beyond 40 hours in a given work week. However, non-exempt employees must obtain advance permission from the Executive Director before working more than 40 hours in a work week.

For overtime purposes, the work week begins Sunday at 12:01 a.m. and ends Saturday at midnight. Only those hours that are actually worked by the employee will be considered "hours worked" in computing whether overtime is due and, if so, how much. Scheduled and unscheduled absences and time off for holidays, vacation, sickness, jury duty, bereavement leave or military leave, or for other reasons, will not count as hours worked for this purpose.

Non-exempt employees may not take compensatory time in lieu of overtime pay, unless the compensatory time is taken within the same work week in which the extra hours were worked. For instance, if this week you work 12 hours on Monday, it is permissible (**with the assignment and advance consent of your supervisor**) to work only 4 hours on Tuesday, so that by the end of the week you will not have worked over 40 hours. In fact, your supervisor may require that you take such compensatory time. However, you may not wait until next week to take the four hours off and use that in lieu of overtime pay.

### 2. Exempt employees and overtime

Exempt employees are responsible for working as many hours as necessary to get the job done, but may check with the Executive Director during extraordinarily busy times to arrange for compensatory time, which may be granted when, in the Executive Director's discretion, it is appropriate and circumstances permit. **All compensatory leave must be granted by the Executive Director.**

### D. Time Sheets

All employees including exempt, non-exempt, full-time, part-time and temporary are responsible for completing and submitting time sheets; if you are unaware of the procedures for doing so, please ask your supervisor or the Office Manager.

### E. Reporting to Work

The regular, full-time work day is from 9:00 a.m. to 5:00 p.m., with a one hour lunch period not to be taken as the first or last hour of the day. If you are out of work or late for any reason and have not received advance permission for the absence, please call your supervisor and the main office number before 9:00 a.m. to report your absence or lateness. Absence without notice for three days may be considered a voluntary quit.

### F. Intellectual Property

Work products created by any person employed by WCA are a "works made for hire" under the copyright and trademark laws and are owned by the WCA. Work products include written memorandum, letters, contributions to publications and the website of the WCA, speeches, electronic files, designs, trademarks and service marks. If all or a portion of work product is not deemed owned by WCA, then the employee agrees to sign any documents necessary to assign all right, title and interest in the work product to WCA.

CNA #0223

V.  **Compensation and Benefits**

A.  **Pay**

Employees are paid twice a month on the 15th and the last day of the month. WCA offers direct deposit. Paper checks are issued on the morning of the payday.

B.  **Expenses**

Employees must obtain the advance consent of the **Executive Director** before incurring expenses for which they will seek reimbursement. Approved expenses must be documented, with receipts attached, and submitted within 30 days of the date on which they were incurred.

C.  **Benefits**

This section describes the fringe benefits currently offered to employees of The Washington Council of Agencies. Except where indicated, these benefits are available only to full-time employees. This section does not apply to temporary employees, whose benefits, if any, will be limited to those stated in writing by the Executive Director.

Some of these benefits are described in more detail in Summary Plan Descriptions and in official plan documents, such as the certificates of coverage prepared by insurance companies. The Summary Plan Descriptions and official plan documents contain information about eligibility, coverage, deductibles, and premiums. Please read these documents carefully; if there is a discrepancy between this Handbook or the Summary Plan Descriptions and the official plan documents, the official plan documents will supersede.

WCA reserves the right, in its discretion, to change the nature of the benefits offered to employees, or to change insurance carriers, deductibles, premiums, or other features of any benefit. In addition, WCA may decide to discontinue one or more benefits. Covered employees will be notified of such changes or discontinuations as soon as practicable.

1.  **Paid holidays.**

The Washington Council of Agencies observes the following as paid holidays:
**New Years Day**
**Martin Luther King, Jr. Birthday Holiday**
**President's Day**
**Memorial Day**
**4th of July**
**Labor Day**
**Columbus Day**
**Veteran's Day**
**Thanksgiving**
**Day After Thanksgiving**
**Christmas Eve**
**Christmas Day**

In addition to the holidays designated by WCA, full-time employees are entitled to **two religious days** each calendar year and, except with regard to the first calendar year in which they are employed, will receive **two personal days** each calendar year. With regard to the first calendar year of employment with WCA, employees who start working for WCA between January and June will receive two personal days and those who start working between July and November 1 will receive one personal day. Employees who begin work after November 1 will not receive personal days for that year. Religious and personal days do not accrue from year to year.

2. **Vacation.** Full-time employees earn vacation or annual leave time according to the following schedule:

| | |
|---|---|
| 1st Year of Employment | 10 Days |
| 2nd and 3rd Years of Employment | 15 Days |
| 4 or more Years of Employment | 20 Days |

Time is accrued per pay period, so employees do not start out with 10 days but achieve it pro rata by year's end. Annual leave should be requested from the employee's supervisor and granted by the supervisor in advance of taking the leave. Leave slips must be filled out, approved by the supervisor and submitted to the WCA Office Manager for filing. Supervisors have the right to deny leave time if they deem the workload to be too heavy.

Ten days of annual or vacation leave may be carried over into the next year.

Employees will be paid for accrued, unused annual leave upon termination. Employees may not, and will not be required by WCA to, use vacation leave as their last weeks of employment. Holidays that fall within an employee's vacation will count as holidays and not as vacation leave.

3. **Sick leave.** Sick leave will be granted to full-time employees at the rate of 10 days per year. Sick leave is accrued per pay period pro rata, and so the first 10 days are not fully achieved until the end of the first year of employment.

Employees should notify their supervisor when they take sick leave. Where sick leave is taken for known doctor's visits, leave slips should be filled out in advance and signed by the supervisor and filed with Barbara. In other cases, leave slips should be filled out upon the employee's return to work.

If an employee takes more than a week of sick leave at a time, the Executive Director **may** require a Doctor's note.

Sick leave will not be advanced to any employee.

Sick leave accrual is limited to 60 days and any amount accrued in one year may be may be carried into the next year if the employees still has less than 60 days accrued.

At termination, sick leave will be converted to annual leave at the rate of five days of sick leave equals one day of annual leave. The days of annual leave thus achieved will be paid at the employee's regular rate.

4.    **Family and Medical Leave.** Although WCA by its size is not subject to either the federal or the District of Columbia Family and Medical Leave Act, it has voluntarily adopted the following policy. Full-time employees may take up to 16 weeks per year of Family and Medical Leave for the birth or adoption of a child or children. Employees may use any accrued leave or take the time unpaid after consultation with their supervisor or the Executive Director. Employees will continue to accrue leave and enjoy other benefits (uninterrupted health coverage and payments to the employee's retirement plan if applicable) for the 16 weeks.

For leave greater than 16 weeks, benefits are discontinued and the specific job of the employee may not be guaranteed upon the employee's return.

5.    **Bereavement leave.** Full-time employees who have completed at least three months of continuous employment and who experience the death of a parent, parent-in-law, parent of one's partner, spouse or partner, sibling, child, or grandchild, or a step-parent, step-sibling, step-child, or step-grandchild, may take up to 3 days of paid bereavement leave.

6.    **Jury duty.** Necessary time off without loss of pay shall be granted to employees called for typical jury duty. No refund to WCA of per diem fees and other allowances will be required. Employees should notify their supervisor when they receive notice to serve and shall provide the notice or other receipt for personnel records. Leave for long term jury duty must be worked out with the employee's supervisor AND the executive Director. You may be required to take leave without pay or reduce your salary by the amount of the per diem.

7.    **Military leave.** If you must be absent from work due to serve in the uniformed services, please notify your supervisor as much in advance as possible, so that we may make plans for your absence. WCA complies with federal law regarding re-employment of persons who leave work to serve in the uniformed services.

8.    **Unpaid leave.** Full-time and part-time employees may request unpaid leave, not covered by any of the other policies included herein, by filing a written request with the Executive Director. The Executive Director may grant or deny the request, in his/her discretion, depending on the circumstances of the request and/or the needs of WCA. An employee does not accrue vacation leave or sick leave while on unpaid leave (except in the case of the first 12 weeks of Family/Medical Leave). If a request for unpaid leave is granted, WCA will, in its discretion, determine whether any benefits will continue through the leave, and at what cost, if any, to the employee. This will depend upon a number of factors, including the nature and extent of the leave.

9.    **Worker's compensation.** All employees of WCA are covered by worker's compensation insurance, as required by law. Employees must report any work-related injury or illness immediately to the Executive Director.

10.   **Health insurance.** WCA provides individual health insurance (including $5,000 of life insurance and dental insurance) coverage to all full-time employees. Employees who desire family or dependent coverage may purchase it through WCA's policies.

The benefits provided, as well as the exclusions, deductible amounts, requirements for eligibility and other terms and conditions of coverage, are summarized in the Summary Plan Description, and are more fully described in the certificate of coverage, which you should receive from the insurer when you enroll. If, for any reason, you do not have a copy of these, please see your supervisor.

You and/or any members of your family who are covered under your group health insurance plan will have the right to continue coverage under the group plan for 18 months, at your or your family member's expense, even after eligibility would otherwise terminate due to your death, termination of employment, divorce or various other qualifying events. For further information about the right to continued coverage, and any requirements you must fulfill to be eligible, please see the Manager of Health Program Administration.

**11. Pension plan.** WCA currently participates in a 403(b) tax sheltered annuity plan. Any full-time employee may contribute to his/her own account from date of hire. WCA will contribute 5% of employee's salary after completion of two years of service. After 10 years of service, WCA will contribute 9% of the employee's salary to his/her retirement plan. See office manager for enrollment information.

## VI. Job Performance and Conduct As Employee

Generally, performance reviews of employees will be conducted on an annual basis, although usually a new employee will be reviewed at the end of the first three months, as well. Performance reviews are intended to identify both those aspects of the job which are being performed well and those aspects that need attention. They are also a formal opportunity for you to express any concerns you might have about the job or about your employment with WCA. However, if you do have concerns, there is no need to wait until your next review to express them; your supervisor and/or the Executive Director is available throughout the year to meet with you about issues, problems or questions related to your employment.

In addition to expecting employees to perform their jobs competently and reliably, WCA expects employees to conduct themselves in a professional, ethical and responsible manner that reflects well upon WCA, that promotes a spirit of cooperation and teamwork among employees, and that is respectful of the members, volunteers, and other members of the public with whom we interact. Failure to do so may lead to corrective action, including dismissal.

Although it is impossible to anticipate in advance every possible kind of misconduct that would be of concern to WCA and that could lead to corrective action, including dismissal, the following conduct is prohibited and will not be tolerated by WCA. This list of prohibited conduct is illustrative only and is not intended to be exhaustive:

1. Violation of any of the policies described in this Handbook or otherwise communicated to employees.

2. Conduct, including speech, that physically harms or threatens others or that is abusive to or disrespectful of WCA's directors, employees, contractors, members, volunteers or other persons involved with WCA.

3. Failure to adhere to the work schedule that has been established for you. This includes absence without notice to WCA, except where an emergency prohibited the giving of notice and notice was given as soon as reasonably possible.

4. Failure to be honest in your communications with WCA and/or falsifying records or other documents.

5. Theft or misappropriation of property owned by WCA, a co-worker, a member, or anyone else who has property that you may come into contact with through your employment.

6. Unlawful conduct during non-work hours that might lead our members or the public to lose confidence in you or in WCA.

7. Insubordination.

8. Failure to conduct yourself in a professional and cooperative manner while carrying out your duties.

9. Neglect of duty; failure to perform your responsibilities in a manner acceptable to WCA.

## VII. Corrective Action; Dismissal

When performance issues are identified with respect to an employee, when instances of unacceptable conduct occur, or when for any reason the employment relationship has become problematic from the point of view of WCA, any of a variety of steps might be taken, up to and including termination. In some cases, the employee might be given an oral or written warning. In other cases, immediate probation, suspension (with or without pay), demotion, termination or other corrective action might take place. WCA reserves its right to determine what it believes is an appropriate response, and to implement it.

## VIII. Separation from Employment

As stated above, all employees of the Washington Council of Agencies are employed at will, meaning that they or the employer may terminate the employment relationship at any time, with or without cause. The following policies apply to those who are separating from WCA's employment.

### A. Notice

Employees are asked to give at least two weeks notice of resignation. Some employees, upon hiring, will be asked to give more notice than this, because of the nature of their employment. WCA reserves the right to pay a resigning employee for the notice period, but to prohibit the employee from working for WCA during that time.

### B. Lay-offs

There may be times when WCA determines that it is necessary to make cutbacks or reductions in staff, leading to the lay-off of one or more employees. In determining which employee(s) shall be laid off, WCA may consider any and all factors that it deems relevant, including, without limitation: the needs of WCA as a whole; the skills, qualifications and performance histories of individual employees; anticipated changes in funding received or services to be provided by WCA; seniority; budgetary constraints; and any restrictions or guidelines imposed by law or by funding sources.

### C. Severance Pay

Severance pay is not available to employees who are dismissed or who resign for reasons related to misconduct as an employee, including violations of WCA's policies.

Full-time employees who have completed at least one year of full-time employment with WCA and who are laid off because of cutbacks or reductions in staff, or terminated involuntarily for reasons not connected with misconduct, are entitled to severance pay calculated at the rate of one week's pay for each full year of WCA employment up to a maximum of two weeks of severance pay, so long as they:

(1) continue to work until the last day scheduled for their employment, unless this requirement is expressly waived by the Executive Director or, in the case of the Executive Director, by the President of the Board of Directors;

(2) turn in all reports and paperwork required to be completed by them when due and no later than the last day of work;

(3) return any files, documents, equipment, keys, software or other property belonging to WCA, and pay any money they owe to WCA;

(4) participate in an exit interview, upon the request of their supervisor; and

(5) agree to sign a release of employment-related claims against WCA, upon the Executive Director's request or, in the case of the Executive Director, upon the request of the President of the Board of Directors.

Notwithstanding the above, employees who violate WCA's policies or who demonstrate unacceptable conduct (including insufficient effort on the job) during the remainder of their employment following notice of the termination or lay-off may be denied severance pay and/or may be dismissed prior to the agreed-upon termination date, in the discretion of the Executive Director or, in the case of termination of the Executive Director, in the discretion of the President of the Board of Directors.

D. Use of Grievance Procedures in Cases of Termination

Employees (other than temporary employees) who have been employed for at least six consecutive months and who are dismissed from employment may use the Grievance Procedures described in Section IX below to challenge the dismissal. However, WCA is not required to keep such employees on the payroll or enrolled in any benefits pending completion of the grievance process.

E. Pay Upon Termination

Upon voluntary or involuntary termination of the employment relationship, regardless of the reason, the employee will be paid any wages earned but not yet paid, and any accrued but unused vacation pay and converted sick leave. The employee will not be paid for accrued but unused personal days or religious leave. Severance pay will be paid only as authorized in Section VIII.C, above.

IX. Grievance Procedure

If an employee feels that inappropriate corrective action or any improper action has been taken against him/her, and the employee has been unable to resolve the matter informally by speaking with the supervisor, the employee has ten business days from the taking of the action to pursue the matter by filing a written grievance with the Executive Director. The Executive Director will conduct an investigation of the incident, where

appropriate, and will generally provide a written response to the employee within 20 business days. If more time is needed to respond to the complaint, the person filing the complaint will be so notified. The decision of the Executive Director is final.

If an employee has a complaint about the Executive Director, the employee shall take up that complaint directly with the Executive Director. If that does not resolve the matter, the employee has ten days to choose to pursue the matter by making a written complaint about the matter to the Board President. The Board President is required to consult with the Executive Director about the matter in pursuit of resolution of the complaint.

The filing of a grievance does not operate to suspend the action being complained of. For instance, if the employee is complaining that s/he was unfairly suspended without pay, s/he will remain suspended without pay for the period initially determined, unless and until the Executive Director reverses the decision leading to the suspension. Similarly, WCA has no obligation to keep a terminated employee on the payroll or enrolled in any benefits not ordinarily available to terminated employees, pending completion of the grievance process. However, if the action is reversed, the Executive Director may determine, in his/her discretion, that the employee should be reimbursed for some or all of the pay and/or benefits lost during the interim.

Temporary employees and employees who have not completed at least nine months of continuous employment with WCA are not entitled to use the formal Grievance Procedure outlined above, but are encouraged to discuss any concerns they may have with their supervisor.

## X.   Discriminatory Harassment

It is a violation of federal and/or state law to harass anyone at work because of their race, color, age, religion, sex, disability, national origin, marital status, personal appearance, sexual orientation, family responsibilities, matriculation, political affiliation, source of income, place of business or residence, pregnancy, child birth, or related conditions.

If you believe that you have been subject to discriminatory harassment by a co-worker, supervisor, volunteer, client or vendor, or by anyone else during the course of your employment, please report your concerns immediately to the Executive Director (first) or the Board President (in the case of a complaint against the Executive Director). Retaliation against an employee by any person under WCA's control for opposing such harassment, for filing a bona fide complaint of discriminatory harassment or for providing information in good faith regarding another employee's complaint will not be tolerated.

Once a complaint of discriminatory harassment has been filed, an investigation will be conducted. The nature and extent of the investigation will depend upon the complaint. The intent is to obtain further information about the events/conduct complained of, to enable the person(s) named in the complaint to tell his/her side of the story, to determine whether discriminatory harassment has in fact occurred, and to develop an appropriate resolution. You may be asked to put your complaint in writing, or the person with whom you discuss your complaint might take notes and ask you to sign them. All employees are expected to cooperate with any WCA-sponsored investigation of a complaint of discriminatory harassment, upon the request of the Executive Director or the Board President.

Any employee who is determined to have committed discriminatory harassment or retaliation or who fails to cooperate with a WCA-sponsored investigation of discriminatory harassment or retaliation will be subject to disciplinary action, up to and including termination.