**Close this window**

**29-Jun-2004  11:08 pm**

**Survey #:**  14741  -  Active
**Survey Title:**  The Empowerment Conference

Survey Statistics

| | Total | Limit | % of Limit |
|---|---|---|---|
| **Surveys** | <u>36</u> | | |

Custom Questions

| Field Name | Total | % of Total | Limit | % of Limit |
|---|---|---|---|---|
| **OVERALL** | <u>34</u> | 94% | | |
| 1_Poor | 0 | 0% | | |
| 2_Satisfactory | 0 | 0% | | |
| 3_Good | 3 | 9% | | |
| 4_Very Good | <u>13</u> 52 | 38% | 4.44 | |
| 5_Excellent | <u>18</u> | 53% | | |
| **Content -- Level** | 34 | 94% | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | <u>4</u> | 12% | | |
| 4 _Very Good | <u>16</u> 64 | 47% | 4.29 | |
| 5_Excellent | <u>14</u> 70 | 41% | | |
| **Content- -Relevance** | 34 | 94% | | |
| 1_Not At All Relevant | 0 | 0% | | |
| 2_Somewhat Relevant | <u>1</u> | 3% | 3.97 | |
| 3_Relevant | <u>5</u> | 15% | | |
| 4_Very Relevant | <u>22</u> | 65% | | |
| 5_Extremely Relevant | <u>6</u> | 18% | | |
| **Handouts -- Quality** | 34 | 94% | | |
| 1 Poor | 0 | 0% | | |
| 2 Fair | <u>1</u> | 3% | 3.70 | |
| 3 Good | <u>14</u> 42 | 41% | | |
| 4 Very Good | <u>13</u> 52 | 38% | | |
| 5 Excellent | <u>6</u> 30 | 18% | | |
| **Conference Admin** | 33 | 92% | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | <u>4</u> | 12% | 4.42 | |
| 4_Very Good | <u>11</u> 44 | 33% | | |
| 5_Excellent | <u>18</u> 90 | 55% | | |
| **Facilities** | 34 | 94% | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | <u>2</u> | 6% | 4.7 | |
| 4_Very Good | <u>6</u> | 18% | | |
| 5_Excellent | <u>26</u> | 76% | | |
| **Most Important** | <u>26</u> | 72% | | |
| **Strenthening Connections** | <u>24</u> | 67% | | |
| **Return** | <u>32</u> | 89% | | |
| **Maryland State Budget** | <u>11</u> | 31% | | |
| 1_Poor | 0 | 0% | 4.09 | |
| 2_Fair | 0 | 0% | | |
| 3_Good | 4 | 36% | | |

000256

| | | |
|---|---|---|
| 4 _Very Good | 2 | 18% |
| 5_Excellent | 5 | 45% |
| **Building Prod. Relations** | **10** | **28%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 5 | 50% |
| 4 _Very Good | 2 | 20% |
| 5_Excellent | 3 | 30% |

3.8

| | | |
|---|---|---|
| **Project Readiness** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 2 | 50% |
| 4 _Very Good | 1 | 25% |
| 5_Excellent | 1 | 25% |

3.75

| | | |
|---|---|---|
| **Raising Financial IQ, I** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 2 | 50% |
| 4 _Very Good | 2 | 50% |
| 5_Excellent | 0 | 0% |

3.5

| | | |
|---|---|---|
| **Raising Financial IQ, II** | **2** | **6%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 50% |
| 4 _Very Good | 1 | 50% |
| 5_Excellent | 0 | 0% |

3.5

| | | |
|---|---|---|
| **Inside PG County Gov.** | **9** | **25%** |
| 1_Poor | 1 | 11% |
| 2_Fair | 3 | 33% |
| 3_Good | 1 | 11% |
| 4 _Very Good | 3 | 33% |
| 5_Excellent | 1 | 11% |

3.0

| | | |
|---|---|---|
| **Community Based Research** | **12** | **33%** |
| 1_Poor | 1 | 8% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 8% |
| 4 _Very Good | 3 | 25% |
| 5_Excellent | 7 | 58% |

4.25

| | | |
|---|---|---|
| **Cultivating Partnerships** | **7** | **19%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 14% |
| 4 _Very Good | 3 | 43% |
| 5_Excellent | 3 | 43% |

4.28

| | | |
|---|---|---|
| **Internet Marketing** | **5** | **14%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 1 | 20% |
| 3_Good | 3 | 60% |
| 4 _Very Good | 0 | 0% |
| 5_Excellent | 1 | 20% |

3.2

| | | |
|---|---|---|
| **Fundraising Strategies** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 25% |
| 4 _Very Good | 2 | 50% |
| 5_Excellent | 1 | 25% |

4.0

000257

| | | | |
|---|---|---|---|
| **Strategic Planning** | 8 | 22% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 0 | 0% | |
| 3_Good | 3 | 38% | 4.0 |
| 4 _Very Good | 2 | 25% | |
| 5_Excellent | 3 | 38% | |
| **Flow of Govnt Funds** | 3 | 8% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 1 | 33% | |
| 3_Good | 2 | 67% | 2.66 |
| 4 _Very Good | 0 | 0% | |
| 5_Excellent | 0 | 0% | |
| **Program Evaluation** | 5 | 14% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 0 | 0% | |
| 3_Good | 1 | 20% | 4.4 |
| 4 _Very Good | 1 | 20% | |
| 5_Excellent | 3 | 60% | |
| **Winning Proposals** | 10 | 28% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 1 | 10% | |
| 3_Good | 3 | 30% | 4.0 |
| 4 _Very Good | 1 | 10% | |
| 5_Excellent | 5 | 50% | |
| **Telling Your Story** | 5 | 14% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 1 | 20% | |
| 3_Good | 2 | 40% | 3.4 |
| 4 _Very Good | 1 | 20% | |
| 5_Excellent | 1 | 20% | |
| **True Cost of Projects** | 4 | 11% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 1 | 25% | |
| 3_Good | 2 | 50% | 3.25 |
| 4 _Very Good | 0 | 0% | |
| 5_Excellent | 1 | 25% | |
| **Public Private Partners** | 6 | 17% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 0 | 0% | |
| 3_Good | 2 | 33% | 4.16 |
| 4 _Very Good | 1 | 17% | |
| 5_Excellent | 3 | 50% | |
| **Funders Roundtable** | 23 | 64% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 0 | 0% | |
| 3_Good | 7 | 30% | 4.26 |
| 4 _Very Good | 3 | 13% | |
| 5_Excellent | 13 | 57% | |
| **Town Hall Meeting** | 25 | 69% | |
| 1_Poor | 0 | 0% | |
| 2_Fair | 0 | 0% | |
| 3_Good | 2 | 8% | 4.4 |
| 4 _Very Good | 11 | 44% | |
| 5_Excellent | 12 | 48% | |
| **Suggestions** | 11 | 31% | |
| **Additional Comments** | 19 | 53% | |

000258

# Participant Information

**Tuesday, June 29, 2004**

**The Empowerment Conference**
**(Survey Id:** 14741 )

 **Delete Registration**     **Resend Confirmation**

**Personal Information**                                                                 **Edit**

**Id:** 1414912                    **Membership Number:** 2502113
**Status:** Confirmed                 **Customer Number:**
**Participant:** Jeff Kost               **Social Security**
**Company:** Washington Council of          **Number:**
Agencies
**City/State/Zip:** ,                  **Emergency Contact**
**Country:**                         **Name:**
**Emergency Contact**
**Work Phone:**                      **Phone:**
**Extension:**
**Home Phone:**                    **Other Contact Info**
**Fax:**                             **Name:**
**Cell Phone:**                        **Phone:**
**Email:** jeffk@wcanonprofits.org           **Email:**
**Secondary Email Address (cc Email):**

                                  :
**Password:**
**Registered:** 23-Jun-2004  12:36pm

**Custom Questions**                                                                    **Edit**

OVERALL Conf Rating  **4_Very Good**

CONTENT -- Appropriate Content Level

**5_Excellent**

Was this conference relevant?

**3_Relevant**

Handouts -- Quality

**4 Very Good**

Administrative Experience

**5_Excellent**

Facilities

**3_Good**

**Yes** Attending Next Year's Conference

Community Based Research

**5_Excellent**

Cultivating Effective Business Partnerships for Your Organization

**4 _Very Good**                                                       000259

## Telling Your Story
**5_Excellent**

## Funders Roundtable
**3_Good**

## Town Hall Meeting
**4 _Very Good**

**Email History**

| Email Type | Subject | Status | Date |
|---|---|---|---|
| Confirmation | | Sent | 6/23/2004 10:39:11 AM |

**Close this window**

000260

**Close this window**

**29-Jun-2004  11:08 pm**

**Survey #:**  14741  -  Active
**Survey Title:**  The Empowerment Conference

Survey Statistics

| Surveys | Total | Limit | % of Limit |
|---|---|---|---|
| | 36 | | |

Custom Questions

| Field Name | Total | % of Total | Limit | % of Limit |
|---|---|---|---|---|
| **OVERALL** | **34** | **94%** | | |
| 1_Poor | 0 | 0% | | |
| 2_Satisfactory | 0 | 0% | | |
| 3_Good | 3 | 9% | | |
| 4_Very Good | 13 | 38% | | |
| 5_Excellent | 18 | 53% | | |
| **Content -- Level** | **34** | **94%** | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | 4 | 12% | | |
| 4 _Very Good | 16 | 47% | | |
| 5_Excellent | 14 | 41% | | |
| **Content- -Relevance** | **34** | **94%** | | |
| 1_Not At All Relevant | 0 | 0% | | |
| 2_Somewhat Relevant | 1 | 3% | | |
| 3_Relevant | 5 | 15% | | |
| 4_Very Relevant | 22 | 65% | | |
| 5_Extremely Relevant | 6 | 18% | | |
| **Handouts -- Quality** | **34** | **94%** | | |
| 1 Poor | 0 | 0% | | |
| 2 Fair | 1 | 3% | | |
| 3 Good | 14 | 41% | | |
| 4 Very Good | 13 | 38% | | |
| 5 Excellent | 6 | 18% | | |
| **Conference Admin** | **33** | **92%** | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | 4 | 12% | | |
| 4_Very Good | 11 | 33% | | |
| 5_Excellent | 18 | 55% | | |
| **Facilities** | **34** | **94%** | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | 2 | 6% | | |
| 4_Very Good | 6 | 18% | | |
| 5_Excellent | 26 | 76% | | |
| **Most Important** | **26** | **72%** | | |
| **Strenthening Connections** | **24** | **67%** | | |
| **Return** | **32** | **89%** | | |
| **Maryland State Budget** | **11** | **31%** | | |
| 1_Poor | 0 | 0% | | |
| 2_Fair | 0 | 0% | | |
| 3_Good | 4 | 36% | | |

000261

| | | |
|---|---|---|
| 4 _Very Good | 2 | 18% |
| 5_Excellent | 5 | 45% |
| **Building Prod. Relations** | **10** | **28%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 5 | 50% |
| 4 _Very Good | 2 | 20% |
| 5_Excellent | 3 | 30% |
| **Project Readiness** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 2 | 50% |
| 4 _Very Good | 1 | 25% |
| 5_Excellent | 1 | 25% |
| **Raising Financial IQ, I** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 2 | 50% |
| 4 _Very Good | 2 | 50% |
| 5_Excellent | 0 | 0% |
| **Raising Financial IQ, II** | **2** | **6%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 50% |
| 4 _Very Good | 1 | 50% |
| 5_Excellent | 0 | 0% |
| **Inside PG County Gov.** | **9** | **25%** |
| 1_Poor | 1 | 11% |
| 2_Fair | 3 | 33% |
| 3_Good | 1 | 11% |
| 4_Very Good | 3 | 33% |
| 5_Excellent | 1 | 11% |
| **Community Based Research** | **12** | **33%** |
| 1_Poor | 1 | 8% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 8% |
| 4 _Very Good | 3 | 25% |
| 5_Excellent | 7 | 58% |
| **Cultivating Partnerships** | **7** | **19%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 14% |
| 4 _Very Good | 3 | 43% |
| 5_Excellent | 3 | 43% |
| **Internet Marketing** | **5** | **14%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 1 | 20% |
| 3_Good | 3 | 60% |
| 4 _Very Good | 0 | 0% |
| 5_Excellent | 1 | 20% |
| **Fundraising Strategies** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 25% |
| 4 _Very Good | 2 | 50% |
| 5_Excellent | 1 | 25% |

000262

| | | |
|---|---|---|
| **Strategic Planning** | **8** | **22%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 3 | 38% |
| 4 _Very Good | 2 | 25% |
| 5_Excellent | 3 | 38% |
| **Flow of Govnt Funds** | **3** | **8%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 1 | 33% |
| 3_Good | 2 | 67% |
| 4 _Very Good | 0 | 0% |
| 5_Excellent | 0 | 0% |
| **Program Evaluation** | **5** | **14%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 1 | 20% |
| 4 _Very Good | 1 | 20% |
| 5_Excellent | 3 | 60% |
| **Winning Proposals** | **10** | **28%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 1 | 10% |
| 3_Good | 3 | 30% |
| 4 _Very Good | 1 | 10% |
| 5_Excellent | 5 | 50% |
| **Telling Your Story** | **5** | **14%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 1 | 20% |
| 3_Good | 2 | 40% |
| 4 _Very Good | 1 | 20% |
| 5_Excellent | 1 | 20% |
| **True Cost of Projects** | **4** | **11%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 1 | 25% |
| 3_Good | 2 | 50% |
| 4 _Very Good | 0 | 0% |
| 5_Excellent | 1 | 25% |
| **Public Private Partners** | **6** | **17%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 2 | 33% |
| 4 _Very Good | 1 | 17% |
| 5_Excellent | 3 | 50% |
| **Funders Roundtable** | **23** | **64%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 7 | 30% |
| 4 _Very Good | 3 | 13% |
| 5_Excellent | 13 | 57% |
| **Town Hall Meeting** | **25** | **69%** |
| 1_Poor | 0 | 0% |
| 2_Fair | 0 | 0% |
| 3_Good | 2 | 8% |
| 4 _Very Good | 11 | 44% |
| 5_Excellent | 12 | 48% |
| **Suggestions** | **11** | **31%** |
| **Additional Comments** | **19** | **53%** |

000263

# Welcome!

    

June 10, 2004

Dear Conference Attendees:

Welcome to the Empowerment Conference! This event, brought to you by the Human Services Coalition of Prince George's County and Washington Council of Agencies, is packed with informative breakout sessions presented by experts in their fields, energizing opening and luncheon keynote addresses, an up-close-and-personal funders roundtable and a town hall meeting with elected officials. The goal of the conference is to Strengthen the Capacity and Voice of Human Services Partnerships in Prince George's County. These partnerships represent nonprofit, for-profit and public sector organizations, working together to make a difference for citizens of Prince George's County.

The Human Services Coalition and Washington Council of Agencies support Prince George's County Executive Jack Johnson's "Livable Communities" initiative, and human services organizations work daily to ensure a "Gorgeous Prince George's County" for all communities. In fact, it has been said that "we are the glue that hold communities together." Yet, many of our member organizations are struggling with limited funding and associated limited resources brought on by the government fiscal crisis and shifting priorities of non-governmental funding organizations. Knowledge is power, and this conference will present information and strategies to help human service organizations achieve their missions and survive the difficult season we are in.

There is something for everyone at this conference, and we encourage you to take advantage of all it has to offer. Make sure you visit the exhibit area to see what's going on in the County and to discover new resources to help you achieve your goals. Also, make sure you examine the benefits of membership in both the Human Services Coalition and Washington Council of Agencies – in fact, why not join today? Membership definitely has its privileges! We are delighted that you have joined us for this event, and we look forward to working with you more in the future.

Sincerely,

Evelyn Kim Rhim, President
Human Services Coalition
kimrhim@aol.com

Betsy Johnson, Executive Director
Washington Council of Agencies
betsyj@wcanonprofits.org

000264

HCA Booklet  6/8/04  3:31 PM  Page 2

---

# CONFERENCE AGENDA

# DAY 1 : Thursday, June 10

**8:00 – 9:00 a.m.**     **REGISTRATION & CONTINENTAL BREAKFAST**

**9:00 – 9:50 a.m.**     **OPENING PLENARY**

## Connecting Human Service Organizations, Business & Government to Create a More Powerful Prince George's County

> **Keynote Speaker:**
> Dorothy F. Bailey
> Board Chair, Community Services Coalition of Prince George's County

**10:00 – 11:20 a.m.**     **BREAKOUT SESSIONS #1**

### Maryland State Budget Crisis: Strategies for Nonprofits - Room 226
*Appropriate for All Skill Levels* (This session will be repeated at 11:30 a.m.)

Maryland could be facing a fiscal train wreck soon. Like neighboring Virginia and virtually every other state, it faces a huge budget problem. For the coming fiscal year, Maryland expects to bring in about $1 billion less than it will cost to provide the current level of services and spending mandated by law. Because costs are expected to grow faster than revenues, the shortfall will approach $2 billion — or $1 for every $7 in state spending — within four years. Join us to learn strategies for preparing for this looming economic crisis.

> **Presenters:**
> Henry Bogdan
> Director of Public Policy & Public Affairs, Maryland Nonprofits
>
> Steve Hill
> Director
> Maryland Budget & Tax Policy Institute

### Building Productive Relationships with Your Elected Officials - Conference Room 2
*Appropriate for Basic to Intermediate Skill Levels*

> *"Even if I were interested in building a relationship with an elected official, I wouldn't know where to begin. I'm not sure what my organization can contribute. I don't even know the players or political process."*

If this *sounds* like you, this session is *for* you. Join us to discuss how you can increase your organization's visibility, profile and impact by investing in political networking.

> **Presenters:**
> Lisa R. Ransom, Director, Public Policy & Community Relations
> Washington Council of Agencies
>
> Michael T.S. Wotorson
> President, Wotorson and Associates

### Assessing Your Organization's Project Readiness: Can You Handle One More Thing? - Room 231
*Appropriate for All Skill Levels*

Is your organization ready to take on a new project or program? Will the new venture take you where you need to go? What are the financial risks? If the project struggles or fails, what are the implications on your core services and operations? This workshop is for those considering taking on a significant new initiative. Participants will learn how to lead their groups through an assessment of their readiness for the new endeavor, what questions to ask and factors to consider, and what steps they can take to help make their groups more "project-ready" in the future.

> **Presenter:**
> Bob Brehm
> Technical Assistance for Community Organizations

---

000265

# DAY 1 : Thursday, June 10

## 10:00 – 11:20 a.m.    BREAKOUT SESSIONS #1 (Continued)

### Raising Your Financial IQ, Part I - Conference Room 1
*Appropriate for Basic to Intermediate Skill Levels*

Delivered in back-to-back sessions, this workshop is for CEOs, managers and other non-accountant staff who must use financial information to manage and govern their organizations and departments. It will help participants build critical skills, systems and practices needed in a healthy business, and take the mystery out of reading financials, planning and designing budgets, managing cash flow, and implementing sound accounting and bookkeeping practices. Special attention will be given to identifying "red flag" issues and defining "reportable conditions" that could jeopardize your organization's ability to attract new revenue and, ultimately, your organization's future. The implications of the Sarbanes-Oxley Act of 2002, which brings calls for increased financial scrutiny and accountability, will also be discussed.

**Presenter:**
Tim Abercrombie, CPA
Principal, Ambercrombie & Associates, LLC

### Inside the Prince George's County Government - Room 233
*Appropriate for All Skill Levels*

How can an organization such as yours work with the County government to create change? What are the challenges and limitations of working with local government? How do you access key players and information that will help you advance your mission and goals? How can you weigh in on the issues of most concern to your clients and community? These questions and more will be addressed in this insider's look at the Prince George's County Government.

**Presenter:**
James A. Dula, Ph.D.
Deputy Chief Administrative Officer for Health and Human Services, Prince George's County Government

### Community-Based Research: A Strategy to Deepen Community Relations, Advance Your Mission and Maximize Funding - Conference Room 3
*Appropriate for All Skill Levels*

The needs of our communities can in many cases be assessed, analyzed and resolved by the community at large. Community-based research (CBR) offers a strategy for individuals and institutions to work together to assess and address local needs. Also known as participatory research, CBR takes place in community settings, engages citizens in the design and implementation of project goals and objectives, and shares in the reward of benefits. Learn how to use CBR as a tool for engaging your community as a valuable resource and partner, while building lasting ties and trust with the people you serve.

**Presenters:**
Lee Mason
Education & Program Manager, Washington Council of Agencies

Jean W. Humphrey
Director of Special Projects, Office of External Relations, Bowie State University

Eleanor A. Walker, Ph.D.
Assistant to the President, Bowie State University

Betty Habershon
Service Learning Program Liaison, Prince George's Community College

Pastor Ella Grimes
President, HJ Heritage Tenants Association
Advisory Board Member, Glenarden Apartments
Nurse Managed Health Center

000266

# DAY 1 : Thursday, June 10

## 11:30 – 12:50 p.m.     BREAKOUT SESSIONS #2

### The Maryland State Budget Crisis: Preparing Your Nonprofit - Room 226
*Appropriate for All Skill Levels  ( This course is a repeat of the earlier session)*

Maryland could be facing a fiscal train wreck soon. Like neighboring Virginia and virtually every other state, it faces a huge budget problem. For the coming fiscal year, Maryland expects to bring in about $1 billion less than it will cost to provide the current level of services and spending mandated by law. Because costs are expected to grow faster than revenues, the shortfall will approach $2 billion — or $1 for every $7 in state spending — within four years. Join us to learn strategies for preparing for this looming economic crisis.

**Presenters:**
Henry Bogdan
Director of Public Policy & Public Affairs, Maryland Nonprofits

Steve Hill
Director, Maryland Budget & Tax Policy Institute

### Cultivating Effective Business Partnerships for Your Organization - Conference Room 3
*Appropriate for All Skill Levels*

How do you assess and leverage the contributions and products of your nonprofit to negotiate a mutually-profitable alliance with a for profit business? What will a business look for? What should you look for? This workshop offers win-win strategies for partnerships between business and nonprofit organizations that advance respective objectives and mutually-valued outcomes.

**Presenter:**
Wendi M. Williams
President & CEO, Prince George's County Chamber of Commerce

### Raising Your Financial IQ, Part II - Conference Room 1
*Appropriate for Basic to Intermediate Skill Levels (Requires participation in Part I)*

Delivered in back-to-back sessions, this workshop is for CEOs, managers and other non-accountant staff who must use financial information to manage and govern their organizations and departments. It will help participants build critical skills, systems and practices needed in a healthy business, and take the mystery out of reading financials, planning and designing budgets, managing cash flow, and implementing sound accounting and bookkeeping practices. Special attention will be given to identifying "red flag" issues and defining "reportable conditions" that could jeopardize your organization's ability to attract new revenue and, ultimately, your organization's future. The implications of the Sarbanes-Oxley Act of 2002, which brings calls for increased financial scrutiny and accountability, will also be discussed

**Presenter:**
Tim Abercrombie, CPA
Principal, Ambercrombie & Associates, LLC

### Using the Internet to Market Your Organization - Room 233
*Appropriate for All Skill Levels*

Does your website support your organization's marketing and communications strategies? Learn how to use your website and the Internet to strengthen your outreach, promotion, branding and community-building efforts. This session will include tips, tricks and hands-on activities aimed at helping you improve your organization's visibility and outreach via your website and other Internet activities. Topics will include online marketing; knowing your audience; getting started; getting noticed; email, listservs and e-newsletters; search engine optimization and other advanced techniques; and best practices.

**Presenter:**
Adam Rasmussen
Senior Project Manager, Interactive Applications Group

# DAY 1 : Thursday, June 10

### 11:30 am–12:50 pm         BREAKOUT SESSIONS #2 (Continued)

### Developing a Successful Fundraising Strategy: Leveraging Your Relationships, Honoring Your Mission - Conference Room 2
*Appropriate for Basic to Intermediate Skill Levels*

This practical workshop offers a plan for developing a fundraising strategy around your mission that maximizes your board and staff resources and external relationships. Central questions this session will address include: How do you know if you are engaging in "mission drift" in pursuit of funding? What are the warning signs? What corrective actions can be taken if your mission has been compromised? How do you identify and leverage internal and external relationships to increase your funding?

**Presenter:**
Lynn Jenkins-English
Director of Development, Latin American Youth Center

### The Essentials of Strategic Planning - Room 231
*Appropriate for Basic to Intermediate Skill Levels*

Why is it that some organizations continue to thrive and prosper, while others struggle to stay afloat? A successful strategic planning process may be the strategy that is needed to help your organization more effectively compete for funding, volunteers and other resources. This session will provide you with the basic knowledge needed to develop a results-oriented approach to successful strategic planning. Topics include the role of the board, staff, clients and the community in the planning process; the importance of SWOTs, OGSMs and SMART concepts that must be incorporated in your planning strategies; and the value of mission, vision and values statements throughout the process.

**Presenter:**
Virginia Savage Callis
President, Axcel Consulting, LLC

### 1:00–2:00 pm              LUNCHEON

### Leveraging the Power of Nonprofits to Transform and Enrich Community

**Welcome**
Cheryl S. Clarke
Director, Foundation Giving, Freddie Mac Foundation

**Keynote Speaker:**
The Honorable Victor L. Hoskins
Secretary of Housing and Community Development
Department of Housing and Community Development, State of Maryland

### 2:15–4:15 pm              BREAKOUT SESSIONS #3

### Understanding the Flow of Government Funds to Your Community - Conference Room 1
*Appropriate for All Skill Levels*

It is critical for leaders and advocates of local community-serving nonprofits to have a comprehensive understanding of the range of government resources available to support vital community enhancing programs and projects. It is equally important to have an understanding of how to effectively position your organization to access these resources.

This workshop offers an overview of several local, state and federal government programs available to nonprofits and where to locate their announcements/RFPs; thorough explanations of application procedures for these programs; and tips and suggestions to aid in securing these government resources.

**Presenter:**
William (Billy) Terry
Community Development Consultant

## The Empowerment Conference         5

# DAY 1 : Thursday, June 10

## 2:15–4:15 pm          BREAKOUT SESSIONS #3 (Continued)

### Program Evaluation: Are You Effectively Measuring the Difference You Are Making? - Room 226
*Appropriate for All Skill Levels*

Program evaluation is the most powerful and, often, underused tool for enhancing the ability of organizations to create lasting change in their communities. It helps you to answer questions about a program—whether it is serving the people it's intended to serve, whether it is reaching its desired outcomes, and where improvements can be made. However, many organizations see evaluation as a punitive process that is "done to" them, rather than as an opportunity. This session will help participants identify ways to use evaluation to meet your mission more effectively, and a chance to gain the ability to measure the difference you are making.

**Presenters:**
Patrick Corvington
Director, Consulting & Training Services, Innovation Network

Monica Heuer
Senior Evaluation Associate, Innovation Network

### Winning Proposals: The Funders' Perspective - Conference Room 3
*Appropriate for All Skill Levels*

Ever wonder why you didn't get that grant? You have a great organization and certainly a "support-worthy" project, but still missed out on the funding. Why? What did the funder want? This session will help answer your questions. Funders from a variety of local foundations and government will candidly share their perspectives on what makes a "winning proposal."

**Presenter:**
Arthur L. Dade
Manager, Community Relations, Freddie Mac Foundation

Gwen Kinney-Ferguson
Regional Director, United Way of Prince George's County

Desiree Griffin-Moore
Executive Director, Prince George's Community Foundation

### Telling Your Story: Effective Communication Strategies to Increase Your Visibility & Funding - Conference Room 2
*Appropriate for All Skill Levels*

This interactive presentation will provide nonprofit and human service organization employees with the necessary strategies and tactics for successful communications programs. Learn how to construct a strategic marketing communications plan, implement a values-based message platform, work with the media, and identify and develop the right partners and strategic alliances. The importance of marketing your message internally, "branding" your organization and understanding the connection between marketing and fundraising will also be discussed. The presentation will use "real world" examples and conduct an exercise in brand message development.

**Presenter:**
Andrew B. Schacht
Vice President, Marketing Strategies, BatesNeimand, Inc.

000269

# DAY 1 : Thursday, June 10

## 2:15–4:15 pm          BREAKOUT SESSIONS #3 (Continued)

### Evaluating the True Cost of Your Projects & Programs - Room 231
*Appropriate for Intermediate to Advanced Skill Levels*

This presentation will provide an overview of the tools necessary to manage effectively the costs of projects and programs. Key concepts covered will include an overview of a project cost accounting system, the importance of preparing budgets to track direct costs and indirect costs, methods to allocate indirect costs (administrative costs) to ensure full cost recovery, an overview of how to develop an indirect cost rate and a brief summary of procedures necessary to meet government compliance requirements for Federal awards and grants.

**Presenters:**
A. Michael Gellman
CPA, Rubino & McGeehin, Certified Public Accountants and Consultants

Paul Calabrese
Senior Manager, Rubino & McGeehin, Certified Public Accountants and Consultants

### Public Private Partnerships: A Success Story - Room 233
*Appropriate for All Skill Levels*

Too often, private sector organizations that work with public sector agencies feel that they are operating in an "Us versus Them" environment – that "the government holds the deck of cards, but isn't willing to show its hand." In reality, government agencies hire, or contract with, private sector organizations to ensure that citizens are served and agency goals are met. The ultimate goal is for all parties to "be on the same page" so that mutual goals can be achieved. This session will present a win-win approach to successful public / private partnerships. Come hear both sides talk about the benefits of real partnering for optimal success.

**Presenters:**
E. Kim Rhim
Executive Director, The Training Source, Inc.

Angela Hull
Program Manager
Maryland Department of Human Resources, Office of Community Initiatives

000070

HCA Booklet  6/8/04  3:31 PM  Page 8

# DAY 2 : Friday, June 11

**8:00–10:00 am**          **FUNDERS ROUNDTABLE / CONTINENTAL BREAKFAST MEETING**

Arthur L. Dade
Manager, Community Relations
Freddie Mac Foundation

Thelma Jones
Community Outreach Coordinator, External Affairs
The World Bank Group

Desiree Griffin-Moore
Executive Director
Prince George's County Community Foundation

Lee Christian Parker
Program Officer
The Community Foundation for the National Capital Region

Kathleen Zeifang
Senior Program Officer
Morris & Gwendolyn Cafritz Foundation

Yolanda Johnny Taylor
Associate Director of Programs
Washington Area Women's Foundation

Roderick Johnson
Vice President, Citibank

Dorthera (Rita) M. Yorkshire
Program Analyst
Office of Departmental Grants Management and Oversight
U.S. Department of Housing and Urban Development

Bryna Helfer
Transportation Services Advisor, Federal Transit Administration
U.S. Department of Transportation

Willie Harris
Grants Officer, U.S. Department of Labor

Andrea L. Brandon
Director, Division of Grants Policy
U.S. Department of Health and Human Services

Floyd E. Wilson, Jr.
Executive Director, Minority Business Development
Prince George's County Office of Central Services

Tawana Waugh
Senior Liaison Specialist,
Intergovernmental and Public Liaison Division
U.S. Department of Justice

Prince George's County Department of Social Services

Thomas M. Thompson
Director of Housing and Community Development
Prince George's County

**10:15 am – 12:15 pm**          **TOWN HALL MEETING WITH ELECTED OFFICIALS**

**Moderator:**
Renee Nash
Commentator
WHUR - Howard University Radio

**Elected Officials:**
Honorable Douglas J.J. Peters (District 4)
Member
Prince George's County Council

Honorable David Harrington (District 5)
Member
Prince George's County Council

Honorable Marilynn M. Bland (District 9)
Member
Prince George's County Council

Honorable Joanne Benson
24th Legislative District
Maryland General Assembly

Jacqui Steele-McCall
Office of the Honorable Senator Barbara A. Mikulski
United States Senate

**12:15 pm**          **CLOSING REMARKS**

E. Kim Rhim
Executive Director, The Training Source, Inc. & President, Human Services Coalition of Prince George's County

HCA Booklet  6/8/04  3:31 PM  Page 9

# ACKNOWLEDGMENTS

On behalf of the Empowerment Conference Planning Committee, we say thank you to the Executive Board of the Human Services Coalition of Prince George's County and the Washington Council of Agencies for entrusting us with the planning of this exciting conference. Kudos are extended to the Washington Council of Agencies for allowing three of their staff to dedicate numerous hours to conference planning. We say thank you to all our sponsors, especially Freddie Mac Foundation and the Community Services Coalition of Prince George's County, presenters, keynote speakers, exhibitors and attendees. To this great committee of movers and shakers who worked a multitude of hours with commitment and enthusiasm, we salute you.

**Lisa R. Ransom**
Washington Council of Agencies

**Arminda Valles-Hall**
Washington Council of Agencies

**Lee Mason**
Washington Council of Agencies

**Michael Young**
United Communities Against Poverty, Inc.(UCAP)

**Virginia S. Callis**
Axcel Consulting, LLC

**Ann Brady**
Human Services Coalition

**Terrance Taylor**
Honorable Steny H. Hoyer's Office

**Freddie Maguire**
Independent Consultant

**Kathy Friedman**
Hospice of the Chesapeake

**Delora Shedrick (Conference Vice-chair)**
Westover Consultants, Inc.

**Rev. Cynthia P. Bolden (Conference Chair)**
SHABACH! Ministries, Inc.

000272



**HOUSE OF REPRESENTATIVES**
**WASHINGTON, D. C. 20515**

ALBERT R. WYNN
Fourth District
Maryland

June 10, 11, 2004

The Empowerment Conference
c/o Human Service Coalition of Prince
    George's County
Washington Council of Agencies
1401 McCormick Drive
Largo, Maryland 20774

Dear Friends:

It is with great pleasure that I send greetings to all participating in the
Empowerment Conference, planned and organized by the Human Service
Coalition of Prince George's County and the Washington Council of Agencies.
I congratulate all who have worked so diligently to put this Conference together.

The many sponsors are to be congratulated for their contributions to the
success of this endeavor. Their gifts enable the Empowerment Conference to
highlight the many workshops, funders' roundtable breakfast and town hall
meeting. I greatly appreciate their involvement and assistance here today.

Again, my best wishes for a most successful Conference. You are
making our community and society better and Prince George's County is
grateful. If I can be of assistance to you, please do not hesitate to contact me.

Sincerely,

Albert R. Wynn
Member of Congress

HCA Booklet 6/8/04 3:31 PM Page 11

# THE PRINCE GEORGE'S COUNTY GOVERNMENT

(301) 952-3820

**MARILYNN M. BLAND**
Council Member, 9th District

June 6, 2004

Human Services Coalition of Prince George's County
and The Washington Council of Agencies
1401 McCormick Drive
Largo, MD 20774

Dear Empowerment Conference Participants:

I offer you my most sincere congratulations for a successful Prince George's Empowerment Conference on June 10-11, 2004.

The excellent work done by the Human Services Coalition of Prince George's County and the Washington Council of Agencies to strengthen and recognize the voices of our nonprofit groups warrants recognition. As a member of the Prince George's County Council, I am happy to be included among your supporters and participants. I am privileged to join other leaders who, on this occasion, are paying a small homage, indeed, compared to your outstanding contributions to the citizens of the County.

I congratulate the members of the Coalition on the wise choice they have made in sponsoring this conference. Under the wise, fearless, caring, and strong-hearted leadership, the nonprofit organizations will be strengthened. I know the community will benefit, and we thank you.

Sincerely,

*Marilynn M. Bland*

Marilynn M. Bland
Council Member
District 9

## The Empowerment Conference 11

# *The Training Source, Inc.*

*"The Source for Your Training & Development Needs"*



| 59 Yost Place | Seat Pleasant, MD 20743 | (301) 499-8872 Office | (301) 499-3997 Fax |

# Congratulations

## Human Services Coalition
## And
## Washington Council of Agencies!

## May This 1st Empowerment Conference
## Be the Beginning of Many
## Collaborative Endeavors!

---

### *The Training Source, Inc.* Wants to Know…

### How May We Serve You?

- ❀ Training Needs Assessments
- ❀ Curriculum Development
- ❀ Management Development Training
- ❀ Employee Development Training
- ❀ Computer Applications Training
- ❀ Job Placement / Staffing Assistance

- ❀ Employment Training for the Unemployed
- ❀ Tax Deductions for Corporate Contributions
- ❀ Tax Credits for Hiring Eligible Citizens
- ❀ State-of-the-Art Training Facility
- ❀ Staff Retreats, Planning Sessions, Facilitators
- ❀ Superior Quality at Below Market Prices

Let us help you to achieve your goals. We are *the source for your training & development needs.*

**Evelyn Kim Rhim, Executive Director**
www.thetrainingsource.org

---

000275

# The Empowerment Conference

## Strengthening the Capacity & Voice of Human Service Partnerships in Prince George's County

Nonprofit, For Profit, and Public Sectors

### Thursday and Friday, June 10 – 11, 2004



**Presented By**

HUMAN SERVICES COALITION OF PRINCE GEORGE'S COUNTY

Washington Council of Agencies

25 YEARS

**Conference Site**

SHABACH! Ministries, Inc.
First Baptist Church of Glenarden
3600 Brightseat Road
Landover, MD 20785

600273

---



# The Empowerment Conference

- **The Empowerment Conference** focuses on strengthening the ability of Prince George's County human service organizations to access funding; manage funds effectively; skillfully evaluate, market, and communicate the value of their organizations' work and contributions; and gain greater knowledge of the public policy arena, including building relationships with elected officials. Highlights include 17 capacity-building workshops, a funders' roundtable breakfast and a nonprofit town hall meeting with County and Congressional elected officials.

HUMAN SERVICES COALITION OF PRINCE GEORGE'S COUNTY

Washington Council of Agencies

25 YEARS

- **This groundbreaking conference** is presented by the **Human Services Coalition of Prince George's County (HSC)** and the **Washington Council of Agencies (WCA)**.

- **The HSC** enables agencies to share ideas, strategies, and resources. Working in concert to create solutions, HSC will benefit the county by maximizing the efficient use of both public and private dollars.

- **Better utilization of resources** through shared information, training, and expertise leading to better service delivery.

- **Increase the number of collaborative partnerships** among Prince George's County human services providers.

- **Significantly expand and improve** the vision of human services within Prince George's County.

- **The WCA** strengthens and empowers nonprofit organizations by serving as an information clearinghouse, coalition builder, advocate, education and training facilitator, and networking entity for all nonprofits in the Washington region. Its member organizations - close to 1,100 - also enjoy group-buying benefits that help them

uman Services Coalition
)1 McCormick Drive
go, MD 20774

# Registration Form

Register online at www.nonprofitlearning.org.
Register online until June 7.

Registrant _____

Title _____

Organization (full name) _____

Mailing Address _____

City _____

State _____ Zip _____ Telephone _____

Email _____

## REGISTRATION FEES

☐ $75, HSC / WCA Member ($125 onsite)

☐ $60, HSC / WCA Member – Third and additional registrants from the same organization ($125 onsite)

☐ $100 General Registration ($150 onsite)

☐ Please register additional staff from my organization. (Complete a separate registration form for each registrant.)

## BREAKOUT SESSIONS

Please check (✓) the breakout session you are MOST LIKELY to attend from each of the three breakout periods.

## PAYMENT METHODS

☐ Check or money order enclosed. Make payable to "HSC / WCA Conference."

☐ Credit Card (MasterCard, VISA, AMEX, Diner's Club or Discover)

Account # _____

Expiration Date (mo/yr) _____

Signature (required) _____

## Mail or fax registration form by June 1 to:

HSC / WCA Conference
c/o Washington Council of Agencies
1666 K Street, NW, Suite 440
Washington, DC 20006
202.457.0549 (fax)

Direct questions to Mr. Lee Mason at 202.457.0540.

# The Empowerment Conference

Strengthening the Capacity & Voice of Human Service Partnerships in Prince George's County

## CONFERENCE SCHEDULE

### DAY 1

**THURSDAY, JUNE 10**

**8:00–9:00am**  REGISTRATION & CONTINENTAL BREAKFAST

**9:00–9:50am**  OPENING PLENARY SESSION

**10:00–11:20am**  BREAKOUT SESSIONS #1 (Please check the session you are MOST LIKELY to attend.)

☐ Maryland State Budget Crisis: Strategies for Nonprofits
☐ Building Productive Relationships with Your Elected Officials
☐ Assessing Your Organization's Project Readiness: Can You Handle One More Thing?
☐ Raising Your Financial IQ, Part I
☐ Inside Prince George's County Government
☐ Community-Based Research: A Strategy to Deepen Community Relations, Advance Your Mission and Maximize Your Funding

**11:30am–12:50pm**  BREAKOUT SESSIONS #2 (Please check the session you are MOST LIKELY to attend.)

☐ Maryland State Budget Crisis: Strategies for Nonprofits (REPEAT)
☐ Cultivating Effective Business Partnerships for Your Organization
☐ Raising Your Financial IQ, Part II
☐ Using the Internet to Market Your Organization
☐ Developing a Successful Fundraising Strategy: Leveraging Your Relationships, Honoring Your Mission
☐ The Essentials of Strategic Planning

**1:00–2:00pm**  LUNCHEON

**2:15–4:15pm**  BREAKOUT SESSIONS #3 (Please check the session you are MOST LIKELY to attend.)

☐ Understanding the Flow of Government Funds to Your Community
☐ Program Evaluation: Are You Effectively Measuring the Difference You Are Making?
☐ Winning Proposals: The Funders' Perspective
☐ Telling Your Story with Impact: Effective Communication Strategies to Increase Your Visibility & Funding
☐ Evaluating the True Cost of Your Projects & Programs
☐ Public / Private Partnerships: A Success Story

### DAY 2

**FRIDAY, JUNE 11**

**8:00–10:00am**  FUNDERS ROUNDTABLE & CONTINENTAL BREAKFAST

**10:15am–12:15pm**  TOWN HALL MEETING WITH ELECTED OFFICIALS

**12:15pm**  CLOSING REMARKS