# September 2003

| | September 2003 | | | | | |
|---|---|---|---|---|---|---|
| | S | M | T | W | T | F | S |

| | October 2003 | | | | | |

LRS 04 E-6.
10/26/06

Lisa Ransom Brown

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| **September 1** 9:30am Check MC/DC/PG/VA Agendas | **2** 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | **3** 9:30am Check MC/DC/PG/VA Agendas | **4** 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | **5** 9:30am Check MC/DC/PG/VA Agendas 12:00pm DC Politics Hour | **6** / **7** |
| **8** LRB's First Day at WCA 9:30am Check MC/DC/PG/VA Agendas | **9** 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | **10** 7:30am Bowie Economic Development Meeting 9:30am Check MC/DC/PG/VA Agendas 10:00am Meet with Jeremy re: Membership 2:00pm Meet with Susan re: | **11** 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 4:00pm Got to settlement closing - Legacy Financial (Rockville, Maryland) | **12** 9:30am Check MC/DC/PG/VA Agendas 12:00pm DC Politics Hour | **13** |
| **15** 8:00am Heritage Foundation - 9:30am Check MC/DC/PG/VA Agendas | **16** 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | **17** Reminder: Jeremy's Birthday Cale 9:30am DC Action for Children Meeting 9:30am Check MC/DC/PG/VA Agendas 3:00pm Introductory Coffee 4:30pm DC Mayor's Office of | **18** 9:30am WCA Board Meeting 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | **19** 1:00pm Mail Birthday card to grandma 9:30am Earned Income Tax Credit Meeting (DC 9:30am Check MC/DC/PG/VA Agendas 12:00pm DC Politics Hour | **20** |
| **22** 7:00am Grand's Birthday - Call her in the mor 9:30am Fundraising Software Class (Part of CFRE) 9:30am Check MC/DC/PG/VA Agendas 1:00pm Meeting about 1N | **23** 8:30am Ideal to Dialouge: A Nonprofit Leadders 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 4:00pm DC ACT Child 6:00pm Meeting at DC Cable | **24** 9:30am Check MC/DC/PG/VA Agendas 2:00pm Meeting with Michael Wotorson, Anit Defamation League (LRB's Office) | **25** 9:30am Maximizing Your visibility in the CFC (CFRE) (WCA) 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | **26** 9:30am Check MC/DC/PG/VA Agendas 12:00pm Black Women's Agenda Workshops and Luncheon (During CBC weeke 12:00pm DC Politics Hour | **27** |
| **29** 9:30am Check MC/DC/PG/VA Agendas 11:00am Introductory Meeting with Counciman Adri 2:00pm Introductory Meeting with PG Council Chair 7:00pm Patriot Meeting | **30** 9:30am Creating an Effective Fundraising Board ( 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 12:45pm Lunch Meeting with Butch Hopkins, Ex. | | | | |

000233

4/8/04

1

# October 2003

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | **1** 9:00am All About WCA (WCA) Agendas; 9:30am Check MC/DC/PG/VA Agendas; 12:00pm CANCELLLED Heritage Foundation; 3:30pm Meeting with Council member George Lev | **2** 9:30am Check MC/DC/PG/VA Agendas; 9:30am WCA Board Meeting; 10:00am MC Council meeting; 11:00am Families USA (1334 G Street, NW - 3rd Floo Street, NW - 3rd Flo; 4:30pm Meeting with Jeff at | **3** 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **4** |
| **6** 9:30am Check MC/DC/PG/VA Agendas; 7:00pm Patriot - Gala Committee Planning Meeting | **7** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Coffee Meeting with Cheryl Parham re: O; 10:00am MC Council meeting; 2:00pm Conference Call with; 4:00pm DC ACT Child | **8** 7:00am Bowie Economic Development Meeting - City Hall; 9:00am WCA Review of Strategic Plan for; 9:30am Check MC/DC/PG/VA Agendas | **9** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 10:30am Meeting with Sheri Brady (1030 15th Street, NW - 8th Floor) | **10** 12:00am Lauren's Birthday (goddaught), Kobie comes to town for Howard's homecom; 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **11** |
| **13** 9:30am Check MC/DC/PG/VA Agendas | **14** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 2:30pm Council member Douglas JJ Peters -; 7:00pm Dinner with Eric Wilson at Fran | **15** 9:30am Check MC/DC/PG/VA Agendas | **16** Prevent Child Abuse Maryland Ch; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **17** 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **18** |
| **20** 9:00am Meeting with Patriot Planner (Elizabeth Iversen) at La Fountain Bleu (7963 Annapolis Road, Lan; 9:30am Check MC/DC/PG/VA Agendas | **21** 5th Annual Public Private Partners; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 4:00pm DC ACT Child Advocacy Institute - Advocacy 202: Budg | **22** 9:30am Check MC/DC/PG/VA Agendas; 3:00pm Meeting with Arminda re: Prince Georges County Nonprofit For; 4:00pm Meeting with Erik Johnson in DC | **23** Maryland Statewide Ethics Comm; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **24** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Meeting with TJ Sudcliff at SOME (71; 12:00pm DC Politics Hour; 1:30pm Meeting with (Ms) Terceiro re: Nonprofit | **25** |
| **27** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 10:00am Call Alexandria Mayor Bill Euille's Office reg; 12:00pm Lunch with Peter Shapiro - Prince; 6:00pm Clinton/Pelosi/McAuliff | **28** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 1:00pm Meeting with Pat Thompson - Nonprofit Roundtable regarding Advocacy | **29** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Public Policy Meeting with Betsy and Jeff (Betsy's Office); 2:00pm Staff Meeting re: New Staff Benefit | **30** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **31** 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | |

October 2003

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

November 2003

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

Lisa  Ransom Brown

4/8/04

000235

# November 2003

November 2003 / December 2003 (mini calendars)

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | **1** November 1 |
| | | | | | **2** |
| **3** 9:30am Check MC/DC/PG/VA Agendas; 3:00pm Tea with Mia Scott about internship/employmer; 7:00pm Jewish Community of Greater DC 65th Ann | **4** 8:00am Breakfast Meeting with Thurman Jones; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 10:30am Meeting with Cheryl; 12:30pm WCA Session -; 3:00pm Call from Beverly | **5** 9:30am Briefing- Fair Budget Coalition Meeting (W; 10:00am; 1:00pm Planning Meeting with Arminda re: PG; 2:00pm Public Policy Meeting; 3:30pm Michelle Francis, | **6** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 1:00pm Lunch with Susie Cambria (1616 P Street, NW) | **7** 9:30am Meeting with Karalyn Mulligan - Prevent Ch; 12:00pm DC Politics Hour; 12:30pm Lunch with Desiree Griffin-Moore - Prince; 1:00pm TO BE; 3:00pm Dan Driscoll and | **8** 3:00pm Joe and Glori's Wedding (Reception at the Best Western |
| | | | | | **9** |
| **10** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **11** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **12** 7:00am Bowie Economic Development Co; 9:30am Check MC/DC/PG/VA Agendas; 10:00am Policy Meeting with Jeff and Betsy; 1:00pm Mustafa | **13** 9:30am Check MC/DC/PG/VA Agendas; 10:00am CANCELLED: Sharon Friedman - Mont. County Mental Health Association (1000 Tw; 10:00am MC Council meeting | **14** 9:30am Check MC/DC/PG/VA Agendas; 10:00am DC Kids Count Collaborative Kids; 12:00pm DC Politics Hour; 12:00pm Joyce Hemmon -; 2:00pm Blythe Joy | **15** 8:00am City of Bowie Strategic Planning Meeting (Bowie Town |
| | | | | | **16** 5:00pm Prevent Child Abuse Maryland - Fundraiser Board Volunteer (Ann |
| **17** 9:30am Check MC/DC/PG/VA Agendas; 11:00am Meeting with Prince Georges County Vice; 12:00pm Meeting with Prince Georges Council me; 4:30pm Tea with LeKedra | **18** 8:00am Citibank's Commercial Markets Group - Invite's you to a Presentation on Frau; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **19** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Jeff and Betsy; 3:30pm EITC Meeting (w/Jeff Kost) (Room 317 -; 5:00pm Pick up Bio/Photo from Wendi in Jack | **20** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Meeting with Terrance Taylor -; 10:00am; 12:00pm Lunch at Deborah Meyers - Breaking | **21** 9:30am Check MC/DC/PG/VA Agendas; 11:00am Meeting with Joyce McClain - Kids in Need (301) 341-6430 (7221 East Ridge Dri; 12:00pm DC Politics Hour | **22** |
| | | | | | **23** |
| **24** 9:30am Check MC/DC/PG/VA Agendas; 1:00pm Meeting with Pamela Luckett - Hope Worldwide, MidAtlant; 3:30pm REMINDER: NFTE Meeting with Julie | **25** 9:30am Coffee with Tommy Wells with Child Welfare (Channel Inn); 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **26** 9:30am Check MC/DC/PG/VA Agendas | **27** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **28** 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **29** |
| | | | | | **30** |

Lisa Ransom Brown

2

000237  4/8/04

# December 2003

|  | December 2003 | | | |
|---|---|---|---|---|
| | S M T W T F S<br>7 8 9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 31 | | | January 2004<br>S M T W T F S<br>1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 31 | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| **1**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am WCA Annual Meeting<br>12:30pm Lunch with Desiree Griffin-Moore - (TBA)<br>6:00pm Board Meeting - | **2**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>3:00pm Bobbi Blok -<br>Endowment to Promote Early Childhood Education | **3**<br>7:00am Washington Council of Agencies Annual<br>9:30am Check MC/DC/PG/VA Agendas<br>12:00pm EITC Kick Off (Thurgood Marshall<br>12:30pm | **4**<br>8:00am Greater Washington Society of Association<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>1:00pm Meeting with Council<br>6:00pm Human Rights | **5**<br>9:30am Check MC/DC/PG/VA Agendas<br>12:00pm DC Politics Hour | **6** |
| **8**<br>9:30am Check MC/DC/PG/VA Agendas | **9**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting | **10**<br>7:00am Bowie Economic Development Co<br>9:30am Check MC/DC/PG/VA Agendas<br>10:30am Dr. Appointment - Dr. Spriggs (Spring Stree<br>1:00pm Meeting with Rosa | **11**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>11:00am WCA Holiday Luncheon (Morton's Steak House – Connecticut and L St | **12**<br>9:30am Check MC/DC/PG/VA Agendas<br>12:00pm DC Politics Hour | **13** |
| **15**<br>9:30am Check MC/DC/PG/VA Agendas | **16**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>12:30pm Meeting with Tommy Wells –Child Welfare (<br>2:30pm Martha Schumacher - internal | **17**<br>9:30am Check MC/DC/PG/VA Agendas<br>11:00am LRB Meeting with Michael Young -<br>Communities Against Poverty – Capital Hgts, MD (1400 Doe | **18**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>2:00pm Meeting with Jackie Buckley - in WCA of<br>7:00pm Dinner Event with Senator Gloria Lawiah | **19**<br>9:30am Check MC/DC/PG/VA Agendas<br>12:00pm DC Politics Hour | **20** |
| **22**<br>9:30am Check MC/DC/PG/VA Agendas | **23**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>3:00pm Telephone meeting with Sharon Friedman - Mental Health Association of | **24**<br>9:30am Check MC/DC/PG/VA Agendas | **25**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting | **26**<br>9:30am Check MC/DC/PG/VA Agendas<br>12:00pm DC Politics Hour | **27** |
| **29**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am WCA Annual Work Plan Meeting with Betsy, Jeff and Ar<br>2:30pm LRB Therapy (8380 Colesville Road) | **30**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am MC Council meeting<br>12:00pm Lunch with Becky Wagner (LRB) (1104 West Montgomery Avenue, Rockville - T | **31**<br>9:30am Check MC/DC/PG/VA Agendas<br>10:00am LRB Therapy (8380 Colesville Road, Silver Spring) | | | |

Lisa Ransom Brown

1

000233

4/8/04

# January 2004

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | **1** January 1, 04 — 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **2** 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **3 / 4** |
| **5** 9:30am Check MC/DC/PG/VA Agendas; 10:00am WCA Advocacy article draft/website update/clean up (WCA) | **6** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 11:00am LRB Meeting with Carolyn Colvin -; 2:00pm Pick up Examination; 3:00pm WCA Advocacy article | **7** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Telephone Meeting with Desiree Griffin; 11:00am WCA Advocacy article draft/website update; 1:00pm Meeting with Karalyn | **8** 9:30am Check MC/DC/PG/VA Agendas; 10:00am WCA Annual Prep - Betsy, Jeff and Arm; 10:00am MC Council meeting; 4:00pm Montgomery County; 6:00pm Meeting with | **9** 8:00am Rescheduled- Breakfast with; 9:30am Meeting with April Latimore (A Leading; 9:30am Check MC/DC/PG/VA; 12:00pm DC Politics Hour; 2:00pm Meeting with Michael | **10 / 11** |
| **12** 9:30am Check MC/DC/PG/VA Agendas; 4:00pm Physical Therapy and Sports Assessment C | **13** 9:00am In late to have work done on the car - Lisa; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 5:00pm Grant Conference (Martin's Crosswinds) | **14** 7:00am Bowie Economic Development Co; 8:30am CENTER FOR STRATEGIC AND; 9:30am Check MC/DC/PG/VA Agendas; 4:00pm Physical Therapy and | **15** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 3:00pm Meeting with Montgomery County Council member Phil Andrews re: Resoluti | **16** 9:30am Check MC/DC/PG/VA Agendas; 10:00am WCA Annual Prep (WCA); 12:00pm DC Politics Hour; 2:30pm Phone Meeting with; 3:30pm Physical Therapy and | **17 / 18** |
| **19** 9:30am Check MC/DC/PG/VA Agendas | **20** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 12:00pm Prince Georges County Human; 7:00pm Hearing on Andrews Praiser Resolution 15 | **21** US Conference of Mayors at the C; 9:30am Citywide Networking Meeting  East River; 9:30am Check MC/DC/PG/VA Agendas; 3:30pm Physical Therapy and Sports Assessment C | **22** 8:30am LRB is a panelist for the Montgomery County Council Business Roundtable; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **23** 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour; 3:30pm Physical Therapy and Sports Assessment Center (8380 Colesville Road, Suite | **24** Bowie Economic Development Co |
| **26** 9:30am Check MC/DC/PG/VA Agendas; 11:00am Luncheon Meeting with Eric Hensal -; 1:30pm Arminda and Me - Advocacy Training; 4:00pm Physical Therapy and | **27** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting | **28** 9:30am Check MC/DC/PG/VA Agendas; 3:30pm Physical Therapy in Silver Spring | **29** 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 10:30am Meeting at NCNA re: Nonprofit Agenda for Voter Engagement - Sherry Brady and Ab | **30** 9:30am Check MC/DC/PG/VA Agendas; 10:00am Reschedule for Friday; The Training; 12:00pm DC Politics Hour; 1:00pm Meeting on Ambrose; 2:00pm Meeting with Eric | **31** |

Lisa Ransom Brown

000023
2/3/04

# February 2004

February 2004 — S M T W T F S / 1 2 3 4 5 6 7 / 8 9 10 11 12 13 14 / 15 16 17 18 19 20 21 / 22 23 24 25 26 27 28 / 29

March 2004 — S M T W T F S / 1 2 3 4 5 6 / 7 8 9 10 11 12 13 / 14 15 16 17 18 19 20 / 21 22 23 24 25 26 27 / 28 29 30 31

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| **2** 9:30am Check MC/DC/PG/VA Agendas | **3** 9:00am Breakfast meeting with Terrance Taylor - Cong. Steny Hoyer's Staff - re: possible fu / 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting | **4** 9:30am DC Council Meeting with the Comprehe / 9:30am Check MC/DC/PG/VA Agendas / 1:30pm Meeting with April Latimore - ALL Or / 4:00pm Physical Therapy in | **5** 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 1:00pm Meeting with Melanie Green - The Joshua / 6:30pm 2004 State of the District of Columbia | **6** 9:30am Check MC/DC/PG/VA Agendas / 10:30am Physical Therapy Session (Silver S / 12:00pm DC Politics Hour / 1:30pm Lunch Meeting with Les Davis - House F | **7** February 1 |
| **9** 9:30am Check MC/DC/PG/VA Agendas / 1:30pm Meeting with Billy Terry and Aminda re: Advocacy Training / 5:00pm Prevent Child Abuse Board Meeting (Ritva | **10** 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 3:00pm Senior Staff Meeting (WCA Conference Room) | **11** 7:00am Bowie Economic Development Meeting / 9:30am Check MC/DC/PG/VA Agendas / 10:00am Staff Team Meeting - Aminda / 2:00pm Physical Therapy - | **12** 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 11:00am UCAP - Meeting with / 12:30pm Office Shower / 1:00pm Possible reschedule: / 2:00pm NCNA Conference / 2:30pm Senior Staff Meeting | **13** 9:30am Check MC/DC/PG/VA Agendas / 10:00am Meeting with Kim Rhim for Prince Georges Human Services Coalition / 12:00pm DC Politics Hour | **14** |
| **16** 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 12:00pm Prince Georges / 2:30pm Meeting with Carlottia / 4:00pm Contact Esther / 7:00pm Lauren's Musical | **17** 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 3:00pm Senior Staff Meeting (WCA) | **18** 9:30am Check MC/DC/PG/VA Agendas / 10:00am Advocacy Meeting / 12:30pm Coffee with TJ / 1:30pm Revision of WCA- / 2:30pm Reading time - FEC / 3:00pm Tea with Sheri Brady | **19** 9:30am Check MC/DC/PG/VA Agendas / 10:00am Prep time - with Susie Cambria for / 10:00am Review of DC Budget / 1:00pm Review of DC Budget / 7:00pm Mayor Williams Ward | **20** 9:30am Check MC/DC/PG/VA Agendas / 10:00am Review of DC Budget / 12:00pm DC Politics Hour | **21** |
| **23** 9:30am Check MC/DC/PG/VA Agendas / 11:00am What's In Store - Moderator for Susie Cambria | **24** 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 3:00pm Senior Staff Meeting (WCA) | **25** 9:30am Check MC/DC/PG/VA Agendas / 11:00am Prince Georges State of the County Lunch / 3:00pm Center Catalog review with Aminda / 6:00pm Housing Production | **26** 7:30am Bowie EDC Meeting - Writing Task Force (Bowie City Hall) / 9:30am Check MC/DC/PG/VA Agendas / 10:00am MC Council meeting / 3:00pm Staff Meeting | **27** 9:00am Conference committee Meeting - Pmce Georges Human Services Coal / 9:30am Check MC/DC/PG/VA Agendas / 12:00pm DC Politics Hour | **28** 8:00am Congressman Steny Hoyer's Annual Black History Breakfast (JC / 5:00pm Trouth Event in Woodmore - Bowie City Council |

Lisa Ransom Brown

2

4/8/04

000240

# March 2004

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| **March 1** — Amir's Birthday; 9:30am Check MC/DC/PG/VA Agendas; 10:00am Meeting with Sheri on FEC Advisory Opinion (NCNA) | **2** — 9:30am Postponed: Coffee meeting with Michael; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 12:00pm Lunch with Donna McDaniels, Director | **3** — 9:30am All About WCA (Member Benefits Overview) (WCA; 9:30am Check MC/DC/PG/VA Agendas; 12:00pm Work on WCA Work Plan Presentation wi | **4** — 8:00am National Community for Responsible Phila; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 12:00pm Meeting with Susie; 5:00pm Bowie City Council | **5** — National League of Cities Confere; 9:00am Human Service Coaliton Conference Meeting with Armin; 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **6** / **7** — 9:00am Mentor for the 2003 - 2004 Stengthening Partners Initiative (C |
| **8** — 9:30am Check MC/DC/PG/VA Agendas; 12:00pm Washington Government Relations Group; 3:00pm Dr. Appointment with Dr. Sprggs (1400 Spr | **9** — 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 11:00am WCA New Board; 11:30am NCCED Family; 2:00pm Dr. Appointment with; 2:30pm Meeting with Rod | **10** — 7:30am Bowie Economic Development Co; 9:30am Check MC/DC/PG/VA Agendas; 11:00am Banker's Financial Group - Meeting with; 6:00pm ACLU Briefing re: the | **11** — 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 10:30am Staff Team Meeting (WCA) | **12** — 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour; 2:00pm Sunshine Committee Meeting with Jeremy | **13** / **14** — 10:00am Notice of Performance Oversight Hearing - |
| **15** — 9:30am Check MC/DC/PG/VA Agendas | **16** — 9:30am Check MC/DC/PG/VA Agendas; 10:00am Meeting with Valerie Ervin - Council mem; 10:00am Microsoft Urban; 11:30am Microsoft Urban; 2:00pm Meeting with | **17** — 9:30am Check MC/DC/PG/VA Agendas; 3:00pm NCNA Conference Call re: FEC | **18** — 8:00am WCA Board of Directors Meeting; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 3:00pm Meeting with Barbara Flack-Darko - MC Co | **19** — 9:00am Town Hall on Naveigating the New; 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour; 2:00pm Professional Staff Assistance - Bio D | **20** / **21** |
| **22** — 9:30am Check MC/DC/PG/VA Agendas; 11:00am Human Services Coalition Conference; 3:00pm Meeting with Pat Henry - Mayor's; 7:00pm Education Town Hall | **23** — 9:30am Check MC/DC/PG/VA Agendas; 9:30am Phone meeting Eleanor Blackford -; 10:00am MC Council meeting; 10:00am MC Council meeting; 6:00pm Dinner Meeting with | **24** — 9:30am Coffee Meeting with Brigitte Rosen- Alliance for Nonprofit Management (Caribou Coffee on 1; 9:30am Check MC/DC/PG/VA Agendas | **25** — 7:30am Bowie Economic Development Meeting; 9:30am Check MC/DC/PG/VA Agendas; 10:00am MC Council meeting; 12:30pm WCA Staff Meeting; 6:00pm ACLU NCA Bill of | **26** — Attending Funeral/Memorial Servi; 9:30am Check MC/DC/PG/VA Agendas; 12:00pm DC Politics Hour | **27** / **28** |
| **29** — 9:30am Check MC/DC/PG/VA Agendas; 2:00pm Prince Georges Human Services; 3:00pm Prevent Child Abuse Board Retreat (Anna; 7:00pm Town Hall Meeting on | **30** — 9:30am Check MC/DC/PG/VA Agendas; 10:00am Prince Georges Human Services; 10:00am MC Council meeting; 7:00pm Arts Advocacy Day Reception (Jury's | **31** — 9:30am Check MC/DC/PG/VA Agendas; 10:00am Site Visit with Thomas Harr - Family; 12:30pm Corporation for National Service and; 2:30pm Meeting with Pat | | | |

Lisa  Ransom Brown

1

000241

4/8/04

# April 2004

April 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

May 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | 1 | 2 9:30am Check MC/DC/PG/VA Agendas 12:00pm Lunch meeting with Pat Henry - Mayor's 12:00pm DC Politics Hour 12:30pm RESCHEDULED: 4:00pm Empowerment | 3 |
| 5 9:30am Check MC/DC/PG/VA Agendas 10:00am What's in the FY 2005 budget for kids? (1616 P Street, NW) | 6 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 12:30pm Lunch with Angela Jones (Chair, WCA 3:00pm Senior Staff Meeting (Conference Room) | 7 9:00am DC Mentors's Program - Mentor for 9:30am Check MC/DC/PG/VA Agendas 11:00am Meeting with Desiree 12:00pm LIUNA Lunch with 6:00pm Meeting with T. Perry | 8 8:00am Meeting with WHUR Diana Penn - Re: HS 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 10:30am Staff Team Meeting 2:00pm NCNA Public Policy | 9 9:30am Check MC/DC/PG/VA Agendas 10:00am RESCHEDULED (DUE TO SHERI'S ILLNESS) 12:00pm DC Politics Hour 1:00pm FEC Overview with Sheri (NCNA) | 10 |
| 12 9:30am Check MC/DC/PG/VA Agendas 10:00am Meeting with Dr. Sheryl Brissett-Chapman 9:30am Check MC/DC/PG/VA 10:00am MC Council meeting 1:00pm Meeting with Vernetta Walker, | 13 9:00am NCNA, WCA, Alliance for Justice, OMB Wat 9:30am All About WCA (WCA Conference Room) 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 2:00pm Dr. Appointment | 14 9:30am Check MC/DC/PG/VA Agendas 10:00am FEC Hearing on the Advisory Opinion (Federal Election Co 12:30pm Lunch with Ramona Edelin, Vice Preside | 15 9:30am Check MC/DC/PG/VA Agendas 10:00am Possible Dentist Appointment with Dr. 10:00am MC Council meeting 2:00pm HSC Conference Meeting (First Baptist | 16 9:30am Check MC/DC/PG/VA Agendas 12:00pm Luncheon Meeting with Butch Hopkins, 12:00pm DC Politics Hour 4:00pm Monthly Meeting with Pat Henry | 17 |
| 19 9:30am Check MC/DC/PG/VA Agendas | 20 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 11:00am HSC Monthly Meeting (The ARC of Prince Georges County) | 21 8:00am Georgetown Public Policy Institute - Behind the Headlines: The Media's Coverage of 9:30am Check MC/DC/PG/VA Agendas | 22 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | 23 9:30am Check MC/DC/PG/VA Agendas 12:00pm DC Politics Hour | 24 |
| 26 9:30am Check MC/DC/PG/VA Agendas 11:00am WGRG Members will meet with House Minority Leader Nancy Pelosi (H 204 of the Capitol) | 27 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting | 28 9:30am Check MC/DC/PG/VA Agendas | 29 8:00am The Mental Health Association of Mon 9:30am Check MC/DC/PG/VA Agendas 10:00am MC Council meeting 6:00pm George Leventhal Event in Potomac | 30 9:30am Check MC/DC/PG/VA Agendas 12:00pm DC Politics Hour | |

Lisa Ransom Brown

2

00024 2