Lisa Ransom Brown
13035 Silver Maple Court, Bowie, Maryland 20715
(301) 464-1494 (Home)
(301) 464- 6382 (Office)
E-mail: lrb@theransomgroup.biz

## EXECUTIVE PROFILE

Organizational Driver and Team Leader with strong track record of performance in directing a wide variety of administrative and operational programs, services and management initiatives including budgets and financial controls, staff relations and development. Driven to succeed in challenging situations. Able to make difficult decisions and effectively manage relationships. Extensive experience in community development, public policy, communications and public relations, faith-based community development and resource development.

*QUALIFICATIONS PROFILE:*

**ASSOCIATION MANAGEMENT**
Cross-functional range of association management experience in the internal functions of nonprofit organizations, which include developing new program innovations, fostering strategic alliances, fund development, conference planning, membership and management of information systems, strategic planning, curriculum development, training, program implementation, board restructuring and public policy advocacy.

**GRANT ADMINISTRATION AND FINANCIAL MANAGEMENT**
Manage annual preparation, operating and program budgets for both internal congressional and external political, philanthropic, corporate/community partnerships. Administered federal and private grants and campaign funds specific projects (as noted above) for candidates and political committees. Demonstrated grant writing and grant development expertise.

**PROJECT PLANNING AND MANAGEMENT**
Skilled at leading cross-functional teams in visioning, execution of strategic project planning, implementation and community development mobilization. Able to critically evaluate project requirements and coordinate the delivery of appropriate resources to meet operating demands. Managed programs from initial concept and proposal preparation through design, implementation and evaluation. Developed training curriculum and provided technical assistance, participated in project presentations and contract negotiations. Managed relationships with on-site project managers nation-wide.

**Public Sector Professional Experience**

*President and Chief Executive Officer*, The Ransom Group*, Bowie, Maryland
*(An economic development, government and public relations consulting firm)*
November 2001 to Present

♦ Oversee client recruitment, marketing and promotion and the day-to-day operations of an economic development, government and public relations consulting firm dedicated to advancing progressive social, economic and civic change for nonprofit organizations, faith-based associations, small to mid-size businesses and select political candidates. * Member: U.S. Chamber of Commerce.

*External Relations Manager*, The National Congress for Community Economic Development
(NCCED, a national trade association representing 3,600 community based and faith based organizations)
Washington, DC

October 1997 to February 2002

Grant Development Responsibilities
- A federally registered lobbyist reporting to the president and CEO, duties include the development of collaborative alliances with corporations, financial institutions, federal agencies, congressional and White House officials, private and public sector organizations, universities, nonprofit and faith-based group on behalf of funding efforts for NCCED programs.
- Arrange technical assistance support for NCCED national members, including the evaluation of selected community economic development program.

Project Coordination Responsibilities
- NCCED liaison to the Congressional Black Caucus, the CBCF and the Congressional Hispanic Caucus Institute. Projects include the CBCF With Ownership, Wealth (WOW) Initiative National Partnership, with leader partnership for the state of Missouri expediting in excess of $6 million is pre-approved mortgage; Congressional Black Caucus Legislative Weekend Braintrust on Smart Home Development for the Honorable William Lacy Clay; collaborative and outreach efforts with the Honorable Jesse L. Jackson, Jr.
- NCCED liaison for: The White House Initiative for Empowerment Zones/Enterprise Communities (EZ/EC) Champion Communities; the President's Council of Year 2000 Conversion; and the National Y2K Civic Leadership Initiative and Coalition 2000.
- NCCED coordinator of: Campaign 2000 Presidential Candidates Forum for the National Housing and Community Development Coalition; the National Community Economic Development (CED) Day activities; the 30th NCCED Anniversary Conference (October 2000, New Orleans, LA).
- NCCED advisor on: The NCCED national telecommunications and capital development project; partnership development with the U.S. Department of Transportation and the U.S. Department of Agriculture.

*Executive Assistant to the President*, The National Congress for Community Economic Development (NCCED) Washington, DC
October 1995 to October 1997

Administrative Responsibilities
- Provided legislative and administrative support to the President of NCCED and the Board of Directors.
- Secured Administration officials, congressional and local elected officials, prominent celebrities and noted community development experts to participate in NCCED annual conferences, summits and seminars.
- Expanded the direct involvement of NCCED's Board of Directors with members of the U.S. Congress.
- Coordinated logistical details for meetings, retreats, and conference activities for the Board of Directors, including vendor, hotel, and transportation and registration activities.

**Legislative Management Experience:**

*Executive Assistant,* The Honorable John W. Olver (D-MA), U.S. House of Representatives, Washington, DC
July 1993 to January 1995

Executive Responsibilities:
- Scheduled staff meetings, appointments, and committee activity for the Washington office
- Coordinated the Member's media and campaign schedule with Press Secretary and Campaign Manager.
- Handled VIP requests for special events
- Served as the White House, State Department and Smithsonian liaison
- Coordinated the Massachusetts Chamber of Commerce Business Summit with the White House and Cabinet officials.
- Served as congressional liaison for the 1992 Democratic National Convention and Presidential Inauguration. 1990

*Office Manager*, The Honorable John W. Olver (D-MA), U.S. House of Representatives, Washington, DC
April 1992 to July 1993

Management Responsibilities
- Conducted general office administration duties: managed accounts/budget; vendor contracts; office logistics, filing and supply systems.
- Managed annual congressional Office Expense/Franked Mail Budgets of $330,000+; purchased, leased and reviewed maintenance of equipment and furniture for three district offices in Massachusetts and the Washington office; ensured compliance of congressional regulations regarding the use of capital funds.

*Legislative Assistant*, The Honorable Maxine Waters, (D-CA), U.S. House of Representatives, Washington, DC
January 1991 to March 1992

Legislative Responsibilities:

- Advised Member on issues related to Education, Child Care, Civil Rights/Judiciary, Transportation, Agriculture/Nutrition, Women's Issue, Health Care, Social Security, Medicare/Medicaid, and Cultural Expression.
- Prepared Floor statements, speeches and Congressional Record inserts, coordinated briefings on AIDS epidemic in the African American community.
- Coordinated activities in conjunction with the Congressional Black Caucus and the Congressional Black Caucus Foundation Annual Legislative Weekend of special events, seminars, luncheons and dinner gala.

*Legislative Assistant/Scheduler*, The Honorable Augustus F. Hawkins (D-CA)
U.S. House of Representatives, Chairman, House Committee on Education and Labor, Washington, DC
June 1983 to January 1991

Office Management and Legislative Management Responsibilities:
- Served as congressional liaison for the 1990 Congressional Black Caucus' Nelson Mandela Visit; 1989 Secretary of Unemployment for the United Kingdom (UK) Luncheon; and the 1989 United Negro College Fund Awards Dinner.
- Advised Member of issues related to Banking and Urban Affairs, Housing and Community Development, Small and Minority Business, Federal Emergency Management Agency (FEMA), Women's issues and Government Operations.
- Authored the health segment of the Chairman' Report on Children, Youth and Families, under the House Education and Labor Committee, 1986-87.
- Staff liaison for the White House Conference on Small Business, the Congressional Black Caucus, the
- Congressional Hispanic Caucus, and the Caucus for Women's Issues.

**Public Offices Held (elected and appointed):**

*Bowie Ethics Commission*, commissioner City of Bowie, Maryland - March 2001
*Democratic National Committee*, community economic advisor - September 2000
    Missouri State Team Leader for African American Outreach (Gore/Lieberman) October/November 2000
*Montgomery County Democratic Central Committee - at large*, Montgomery County, MD - September 1994
    (Elected to serve a four-year term)
*Maryland State Executive Committee*, assistant secretary; and vice chair
*Democratic National Committee*, Maryland State director, Women's Outreach - March 1996-98
*Montgomery County Ethnic Affairs Committee*, Montgomery County, Maryland - April 1995
(Appointed to serve a four-year term) Budget and Legislative Committee, chair.

## Boards and Advisory Councils

Board of Directors – Prevent Child Abuse Maryland - July 2002

Board of Directors – Washington Metropolitan Women's Democratic Club, Chair Issues Committee – June 2002

First vice chair - National Black Women's Political Caucus (Montgomery County, Maryland chapter)
    Silver Spring, Maryland - April 2000

Board of Directors - Patriot Technology Training Center, Seat Pleasant, MD - November 1998

Board of Directors - Lincoln Park Historical Foundation, Rockville, MD - October 1998

Board of Directors/vice chair - Contemporary Management Community Development Corporation,
    Silver Spring, MD - March 1998

Advisory Council - Bowie State University Institute for the Development of Entrepreneurial Advancement
Bowie, MD - January 1998

Board of Directors /columnist - The Montgomery Times/African American Times Foundation and Newspaper

Board of Directors/ secretary and executive director, The Hawkins Family Memorial Foundation for Education Research and Development, Washington, DC and Los Angeles, CA - January 1990 to December 1994

## Academic Background

**University of Maryland, University College**         2002 - Present
College Park, Maryland
Major Field: Legal Studies
Minor: Government and Politics
**University of the District of Columbia, Washington, DC**
Major Field: Political Science              1983-1985
**Howard University, Washington, DC**
Major Field: Business Administration/Accounting     1979-1981

**Library of Congress, Washington, DC**
Congressional Research Institute Legislative Graduate Program
- ♦ A two-year, legislative training program.

**Brown Tully Institute, Democratic National Committee, George Washington University, Washington, DC**
- ♦ Inaugural national GOTV training program founded by DNC Chair Ronald Brown

## **Lisa Brown**

1. Bill Zavarello, (202) 328-1373; (formerly w/Congressman Waters)
   - *Has known her for 13 years; He was her supervisor when they worked for Maxine Waters*
   - *She is Enthusiastic*
   - *Would you rehire her? "Depends on the job"*
   - *She has a lot of valuable relationship with people in politics and the community; she has been doing this kind of work for a long time; she has a good understanding of the process*
   - *He has not worked directly with her in 10 years - From what he remembers, she is not as organized as she could be and her follow-up was sometimes less than stellar*
   - *Her strengths are in convening & motivating and less on policy specifics & writing*

2. Steve Pruitt, (202) 639-4977; (Former Chief of Staff, House Budget Committee)
   - *He has known her for about 17 years*
   - *He worked with her on Capital Hill & NCCED*
   - *He would hire her if he could*
   - *She is an excellent communicator, she writes well, she is a team player who needs little supervision; she is a self starter and a strategic thinker*
   - *Weakness: She will to take on more work than there are hours in the day; she has a hard time saying no when it comes to work*
   - *You would do yourself well to hire Lisa*
   - *She knows this position and can move smoothly through the community*

3. Dr. Joann Anderson, (301) 897-9655
   - *I worked with her at NCCED; she interaction with Congress & planned conferences*
   - *I was very impressed with her; I later hired her to do workshops; We needed someone to work on things from A to Z and she was the best person*
   - *She is very smart; I enjoyed working with her*
   - *She is an independent worker; when given a task, she will do more than you expect*
   - *She has many very helpful contacts that she can bring to the job; Lots of contacts in community development arena; she also has Congressional contacts*
   - *She is smart about finding all the right people*
   - *Weakness: Sometimes takes on too many projects at once.*
   - *She is very good at prioritizing; Intuitive; a quick learner*
   - *Very straight forward and tells you exactly what is going on; She is very good at asking for what she wants/needs*
   - *Will go as far as she can by herself & knows when to stop and get others involved*
   - *She is great at Public Policy*