# Washington Council of Agencies
WASHINGTON AREA NONPROFITS WORKING TOGETHER

August 13, 2003

Lisa Ransom Brown
13035 Silver Maple Court
Bowie, MD 20715

Dear Ms. Brown:

The Washington Council of Agencies is pleased to offer you the full-time, permanent position of Director of Public Policy and Community Relations with our organization, beginning September 8, 2003. Please accept this letter as an official offer of employment. This letter of employment replaces any previous agreements.

As discussed earlier, the following will apply to this position:

**Position:** Director of Public Policy and Community Relations
**Supervisor:** Jeff Kost, Deputy Director for External Affairs
**Type:** Full-Time Exempt
**Salary:** $56,000/annually, payable on the 15th and the last day of each month

This position includes all benefits as indicated in the enclosed employee handbook. The job description and duties for this position are attached. The probationary period for this position is 3 months from your first day of employment. Please let me know if you have any questions regarding this letter.

Sincerely,

*[signature]*

Betsy Johnson
Executive Director

Signed and Accepted by Lisa Ransom Brown:

*[signature]*  15 August 2003
Signature        Date

CNA #0080

1666 K Street, NW • Suite 440 • Washington, DC 20006
tel: 202.457.0540 • fax: 202.457.0549 • wca@wcanonprofits.org • www.wcanonprofits.org

## Director of Public Policy and Community Relations

The Washington Council of Agencies, a membership organization with more than 1,000 nonprofit organizational members in the metropolitan Washington region, is seeking a candidate for its Director of Public Policy and Community Relations position.

The person will play an active role with WCA in supporting and communicating with local nonprofits on local issues and will have the following responsibilities:

- Analyze and evaluate issues for the local nonprofit sector;
- Monitor policy and legislation relevant to nonprofits in the District of Columbia, Montgomery County, MD, Prince Georges County, MD, Arlington, VA, Alexandria, VA, Fairfax County, VA. And other local jurisdictions as necessary;
- Develop and maintain strong relationships with policy makers in all local jurisdictions;
- Establish, develop and maintain strong constituent relations with community members and organizations in order to: 1) solicit information from members of the nonprofit community in preparing issues for advocacy; and 2) coordinate nonprofit participation on issues.
- Work with nonprofits to craft messages and strategies so they can work with their local policy makers;
- Provide guidance for advocacy workshops and trainings sponsored by WCA;
- Work with other collaborating organizations as necessary, including national organizations.

**Skills Desired:**
- Political analytical ability;
- Ability to work with people, both organizing and guiding;
- College degree necessary, post-graduate work may be helpful;
- Strong communications skills, both written and oral.

**Salary Range:**
Mid 50's, depending on experience.

**Deadline for Applications:**
March 10, 2003

**Send resume and cover letter to:**
    The Washington Council of Agencies
    Attn: Public Policy Position
    1666 K Street, N.W., Suite 440
    Washington, DC 20006