| | |
|---|---|
| **From:** | Lisa Ransom Brown [lisar@wcanonprofits.org] |
| **Sent:** | Tuesday, October 07, 2003 4:28 PM |
| **To:** | jeffk@wcanonprofits.org; betsyj@wcanonprofits.org |
| **Subject:** | FYI -LRB Activity |
| **Attachments:** | LRB First 30.doc |



LRB First 30.doc

Jeff and Betsy,

I thought that it might be helpful to put together a brief overview of my first 30 days at WCA. It was very helpful at least. In reviewing this, I've learned that I've divided my time among plugging into local political folks, organizational outreach and recruitment, reviewing local and national policy and seeking potential WCA resources.

I don't know if this has any relevancy to tomorrow morning's meeting on budget, but it gives a snapshot of the fabric I'm trying to weave in public policy and community relations.

Hope that it is helpful.

LRB

# LRB First 30-Day Review and Goals for the 2004 Advocacy Plan

*WCA materials requested for review* – Copy of the organization's strategic plan.

**WCA Strategic Plan: 2.1 Empowering Nonprofits through Advocacy**
**November 5-** First working meeting to create an advocacy education track with The Center for Nonprofits and Learning Leadership with Arminda.

**December -** Constitute a board + community Advocacy Committee (Committee will create an annual, pro-active advocacy plan for the nonprofit sector, based on the needs assessment and other input).

*Elected Official Meetings:*

September 29 –

**DC Council member Adrian Fenty**
*Outcomes*: Fenty wanted more access to information regarding economic development nonprofit activity in Ward 4. Fenty is not clear as to the number of nonprofits located in Ward 4. I'd like to provide him with a list. Fenty has also forwarded a resume for consideration for the public policy associate candidate. Fenty is willing to serve as a presenter/trainer for WCA advocacy workshops.

**Prince Georges County Council President Peter Shapiro**
*Outcomes:* Shapiro focuses on the community-based organization in the county. Interested in hosting a nonprofit information forum for all Prince Georges County nonprofits to familiarize them with capacity building, organizational management, fundraising processes and advocacy training. Location of activity: Prince Georges County Community College – late January/early February. *With written invitation, has agreed to be recognized as a WCA Public Policy Awards Honoree. Shapiro is willing to serve as a presenter/trainer for WCA advocacy workshops.

October 1 -
**Montgomery County Council Member George Leventhal**
*Outcomes:* Leventhal has been trying without success to establish funding assessment processes for Montgomery County nonprofits at the council level. He has requested that WCA provide him with tools to incorporate in the county's grant application and assessment process to create reporting mechanisms in an effort establish 'best practices' among nonprofits, in order to create a 'merit based' set of criteria for nonprofits that repeatedly access county funds without measurable performance standards. Leventhal has also requested WCA's input in encouraging county recruitment of nonprofit tenants to the county. Finally, Leventhal is interested in hosting a nonprofit information forum in Montgomery County; similar to the event Shapiro wants in Prince Georges County nonprofits. Leventhal is willing to serve as a presenter/trainer for WCA advocacy workshops.

*(Informal discussion with **Montgomery County Council Chair, Mike Subin**. Subin as agreed, with written invitation to be recognized as a WCA Public Policy Honoree). Subin is willing to serve as a presenter/trainer for WCA advocacy workshops.

**October 14 -    Prince Georges County member Douglass JJ Peters**

*\* Letters of invitation have been sent to:*

Cong. Albert Wynn (award to be presented by Seat Pleasant Council member and Patriots TTC Ex. Director Thurman Jones)
MC Chair Michael Subin (award presentation to be determined),
PGC Chair Peter Shapiro (award to be presented by Gateway CDC Ex. Director Nick Frances),
DC City Council member Jack Evans (tentatively to be presented by Bo Newsome)

requesting them to be our special guests and honorees for the Public Policy Awards as part of the WCA annual meeting on December 3.

### DC Legislative Activities

*DC Health Care Ombudsmen Legislation* – The legislation proposes a 'one-stop' consumer advocacy and protection agency to assist DC residents in securing health care services and treatment as prescribed by their physicians, without denial from Medicaid or private health insurance providers.

*Funding required:* $500,000 with $300,000 coming from a tax on smokeless tobacco products and the remaining $200,000 provided by Medicaid.

*Preferred Oversight*: DC Department of Health.   Alternative Oversight: DC Department of Insurance.

*LRB's View*:   While generally speaking, I believe WCA supports the concept behind this legislation, I have concerns about how that support would impact WCA's standing with HMOs providers in our group buying programs. Thus far, Families USA has obtained witnesses from DC residents to testify at the October 27 hearing on Medicaid payment denial policies and procedures. (*Families USA will meet with the new administrator for the DC Department of Health on October 17, which will give us better insight as toward their position on the bill.*)

WCA was asked, among other things to provide complimentary witnesses on private health insurance providers like Kaiser, Care-First, Aetna, etc. I believe that by doing this, WCA would be in conflict with our group buying health care providers, thereby jeopardizing valuable, long-term services dependent upon by our members.

I do however think that we can support the legislation with members of the DC City Council by recognizing the cost-effective and constituent service benefit of pro-active 'filtering' of procedural obstacles that could in fact be handled by an umbrella service provider, which is the role of the agency established in the legislation.

*Families USA* has sent the following message out on various Listservs and would like something similar sent out on WCA's E-Agenda (see my Email of October 2)

Know anyone who has had problems getting health care? Or had problems with their health insurance - finding out what it covers, being denied care, uninsured, etc? They'll be glad to know that help may be on the way.

A bill coming up in the District Council on October 27 (Bill 15-137) will, if passed, set up a health care ombudsman for DC. This ombudsman will offer "one-stop shopping" for consumers who need help understanding their rights, finding out how to appeal decisions by their insurers, and getting help with problems related to Medicaid, the Alliance, private insurance, or being uninsured. (For more information about health care ombudsmen, contact Cheryl Fish-Parcham, Health Assistance Partnership, Families USA, 737-6340.)

You can see the text of the bill on the Council's Web site (http://www.dccouncil.washington.dc.us/lims/getleg1.asp?legno=b15-0137). Those who want more information about the hearings, including information on how to submit testimony, should call Eric Goulet at the Council, 724-8170.

### DC Council Positions on the DC Health Care Ombudsmen Bill (per Families USA)

1. **Mendelson** - supports. He introduced it.

2. **Allen** - it has taken a while to get her support, but I think we have it now. Initially, her office was concerned about duplication with the Insurance Department's duties. Now, partly because of the Insurance Commissioner's stand on Care-First's proposed conversion to a for-profit, they do feel that a separate ombudsman is needed. Staff has said remaining concerns are whether Council should earmark tobacco tax for this (generally Council opposes earmarking) or pay it out of general revenues (my own fear is that in hard budget years, it may never get funded.)

3. **Catania's staff** - generally supportive, particularly given their concern about the Alliance. However, mistrusts DOH either to run an ombudsman directly or to contract for it.

4. **Ambrose** - though she is listed as a cosponsor, is more likely to be swayed by the Insurance Department's position against the bill as duplicative of it's services

5. **Cropp** - staff supportive

6. **Schwartz** - staff supportive and had personal good experience with Maryland's ombudsman; have not talked to her directly or approached her for a year.

000086