Ex. 27

**Expense Reimbursement Request for Lisa Ransom Brown**      **Dates: 9/23 – 1/23 - 2003**
(Mileage rate is $.36 per mile; Mileage provided by Map Quest; * Receipt provided)

| Date | Activity | Expense | Amount |
|---|---|---|---|
| 09/23 | Ideal to Dialogue: A Nonprofit Leaders Discussion Series - Creating and Changing Social Policy: How Big is the Role of the Nonprofit Sector? | Cab Fare to Cafritz Center from WCA Metro back to office (Foggy Bottom to Farragut North) | $6.00* $1.20 |
| 09/26 | Black Women's Agenda Workshops and Luncheon (During CBC weekend) with Stacey Davis Stewart – Grand Hyatt Hotel, 1000 H Street, NW Washington, DC | Parking Mileage (RT): 39.34 | $10.00* $14.16 |
| 09/29 | Introductory Meeting with Councilman Adrian Fenty (Betsy Follow up) – 1350 Penn. Avenue | Metro RT | $2.40 |
|  | Introductory Meeting with PG Council Chair Peter Shapiro | Mileage to County Ex. Bldg – 19.34 from WCA | $6.96 |
|  | Patriots Technology Training Center Planning Committee Meeting | Mileage from County Ex Bldg – Patriot-TTC-13.61 | $4.90 |
| 10/01 | Meeting with Montgomery County Council member George Leventhal | Mileage from WCA to County Ex. Bldg – 21.17 one way/ 50% mileage for return: 10.59 | $11.43 |
| 10/02 | Meeting with Jeff at Wilson Building – EITC ACLU-NCA Amicus Meeting | Metro RT Mileage from WCA to 1650 Kalmia Rd, NW, WDC: 6.33 | $2.40 $2.28 |
| 10/06 | Patriots TTC Planning Meeting | Mileage from WCA to Patriots: 8.4 | $3.02 |
| 10/14 | Council member Douglas JJ Peters - 4th District – Prince Georges County Council | Mileage to County Ex. Bldg – 19.34 from WCA | $6.96 |
| 10/16 | Prevent Child Abuse Annual Golf Event in Queenstown, Maryland | Mileage RT: 74.96 | $26.99 |
| 10/20 | Patriots TTC Planning Meeting | Mileage from WCA to Patriots: 8.4 | $ 3.02 |
| 10/21 | WCA Public Private Partnership Conference at GWU Cafritz Center | Parking – All day | $13.00* |
| 10/23 | Maryland State Ethics Commission Conference at the Maryland State Assembly, Annapolis Maryland | Mileage RT: 36.54 | $13.15 |

**Total Reimbursement: $127.88**

000244

**Expense Reimbursement Request for Lisa Ransom Brown**          **Dates: 10/23 – 11/04 - 2003**

(Mileage rate is $.36 per mile; Mileage provided by Map Quest; * Receipt provided)

| Date | Activity | Expense | Amount |
|---|---|---|---|
| 10/23 | Maryland State Ethics Commission Conference at the Maryland State Assembly, Annapolis Maryland | Lunch<br>Parking | $16.13*<br>$ 6.00* |
| 10/24 | Morning Meeting/Tour with TJ Sutcliffe @ SOME 710 O Street, NW | Mileage to SOME: (18.56) ;from SOME to WCA: 1.77: 20.33 | $7.32 |
| 10/27 | Luncheon Meeting with PG Council Chair Peter Shapiro at Franklin's 5123 Baltimore Avenue, Hyattsville, MD | Parking:<br>Mileage RT: 14.3 | $ .50*<br>$ 5.15 |
| 11/3 | Jewish Community of Greater DC 65th Annual Meeting honoring MC Council Chair Subin (w/other members of the council and County Executive Duncan @ OHR Kodesh Congregation 8402 Freyman Drive **Chevy Chase**, MD 20815 | Mileage RT – from WCA (7.61) to destination to home (23.62): 31.23 | $11.24 |
| 11/4 | Meeting with Carol Thomas, Exec. Director of Metropolitan Community Development Corp @ 96 Harry S. Truman Drive, Largo Maryland | Mileage RT – from home (11.03) to MCDC to WCA (13.77): 24.8 | $8.92 |
| 11/4 | Patriot Planning Committee Meeting @ 5800 Martin Luther King Highway, Seat Pleasant, MD | Mileage from WCA to Patriots: 8.4 | $ 3.02 |

**Total Reimbursement: $58.28**

Date submitted: November 4, 2004

Approved: _____

000245

Expense Reimbursement Request for Lisa Ransom Brown         Dates: 12/06/03 – 01/27/04
(Mileage rate is $.36 per mile; Mileage provided by Map Quest; * Receipts provided)

| Date | Activity | Expense | Amount |
|---|---|---|---|
| 11/7 | Meeting at Easter Seals - 4041 Powder Mill Road, Suite 100, Calverton, MD | Mileage: home to Easter Seals – RT: 41.20 | $14.83 |
| 11/12 | Meeting with For Love of Children – Thurgood Marshall Building – 1816 12th Street. | *Cab Fare: $6.00 Metro return: $1.20 | $7.20 |
| 11/14 | DC Kids Count Annual Facts Book Kick-Off at City Club at Franklin Square 1300 I Street, NW; Meeting with Blthye Joy Pantedaude – Pharmacy Coalition –9016 Doris Drive, Ft. Washington, MD | Mileage: home to Franklin Square: 19.68 Meter Parking$ 2.50 Mileage: Franklin Square to Ft. Washington, MD: 16.46 | $15.51 |
| 11/17 | Meeting with PG Council member (Vice Chair) Tony Knotts – Upper Marlboro; | Mileage to County Ex. Bldg – 19.34 from WCA: to home: 13.85 Meter Parking: $2.00 | $13.95 |
| 11/20 | Meeting with Terrance Taylor – Office of Congressman Steny Hoyer – Greenbelt Office – 6500 Cherrywood Lane, #310, Greenbelt, MD 20770; Lunch meeting with Rev. Deborah Meyers, Break the Chain Foundation at UNO's /Union Station | Mileage: home to Hoyer Office: 14.45 Mileage: Hoyer Office to Union Station: 13.18 Meter Parking: $2.00 Mileage: Union Station to WCA: 1.68 *Lunch receipt: $25.60 | $40.15 |
| 11/21 | Site visit with Joyce McClain and the staff of Kids in Need –7221 East Ridge Drive, Landover, MD – Lunch at Olive Garden – Bowie Town Center | Mileage (RT w/Lunch): 40.04 *Lunch receipt: $40.47 | $54.88 |
| 11/25 | (1st) Meeting with Tommy Wells at Channel Inn 600 Water Street, SW, WDC | Mileage: home to Channel Inn: 21.49 Channel Inn to WCA: 2.54 *Breakfast receipt$ 7.15 *Parking: $3.00 | $18.80 |
| 12/1 | Lunch with Desiree Griffin Moore @ 4th Estate Grill on 17th and L Streets | Lunch receipt: $22.90 | $22.90 |
| 12/2 | Award Pick up from Prince Georges Engraving on 7932 Old Branch Avenue, Clinton, Maryland | Mileage: WCA to PG Engraving: 14.68 PG Engraving to home: 24.27 (*Award Invoice to PG Engraving attached) | $14.00 |
| 12/3 | IMF to Thurgood Marshall Building 700 19th St – 1816 12th St. | Mileage: 2.07 | $.75 |
| 12/4 | Meeting with PG Council member Harrington in Upper Marlboro; Prince Georges County Human Relations Banquet – guest of Cong. Steny Hoyer – Martin's Crosswinds, 7400 Greenway Center Drive, Greenbelt, MD | Mileage to County Ex. Bldg – 19.34 from WCA; to home: 13.85 Meter Parking: $1.50 Mileage: home to Martin's to home (RT): 19.5 | $20.47 |

**Total Reimbursement: $ 223.44**

Date submitted: November 4, 2004

Approved: _____

000246

Expense Reimbursement Request for Lisa Ransom Brown  Dates: 12/06/03 – 04/04/04
(Mileage rate is $.36 per mile for 2003 and $.37.5 for 2004. Mileage provided by Map Quest; * Receipts provided)

| Date | Activity | Expense | Amount |
|---|---|---|---|
| 12/10 PG | Meeting with Rosa Amo- Prince Georges Hispanic Chamber of Commerce – 6505 Belcrest Road, Adelphi, MD | Mileage: home to Belcrest to WCA – 25.74 | $ 9.27 |
| 12/16 DC | Lunch Meeting with Tommy Well – Child Welfare at Turncliffs/Eastern Market-Capitol. | *Cab Fare RT: $13.00 | $13.00 |
| 12/17 PC | Meeting with Lloyd Forrester for Michael Young for UCAP-1400 Doewood Lane, Capital Hgts, Md. | Mileage: home to UCAP to WCA- 24.7 | $ 8.90 |
| 12/30 MC | Lunch Meeting with Becky Wagner – Community Ministries of Montgomery County – 1104 West Montgomery Avenue, Rockville, MD | Mileage from WCA to Community Ministries to home. - 52.13 | $18.77 |
| 01/06 (new mileage calculation) MC | Meeting with Carolyn Colvin – MC Department of Social Services –401 Hungerford Drive, Rockville, MD to Brookings Institute –1775 Mass Ave, NW 20036 to WCA | Mileage: home to Rockville to Brookings to WCA – 51.55<br>Meter Parking: $1.00 | $15.33<br>$ 1.00 |
| 01/07 AC | Prevent Child Abuse Meeting – 25230 Riva Road, Annapolis, MD 21401 (New WCA member) | Mileage from WCA to PCAM to WCA- 56.50 | $21.19 |
| 01/08 MC | Caring Alliance Meeting at JCC in Rockville re: Resolution 15 – 6125 Montrose Road, Rockville, Maryland | Mileage: from WCA to Rockville to home-47.03 | $17.64 |
| 01/15 MC | Meeting with MC Council member Phil Andrews re: resolution 15 – 100 Monroe Avenue, Rockville | *Mileage*: WCA to Rockville to home-51.97<br>Parking $1.00 | $15.49<br>$ 1.00 |
| 01/20 MC | Prince Georges Human Service Coalition Meeting with Betsy - 1401 McCormick Dr. Largo, MD 20774<br><br>Montgomery County Hearing re: Resolution 15<br>100 Monroe Avenue, Rockville, Maryland | Mileage: home to New Carrollton Metro to ARC to WCA – 23.54<br>Mileage: WCA to Rockville to home- 51.97 | $ 8.83<br><br>$15.49 |
| 01/22 MC | Montgomery County Roundtable on Nonprofits via MC Council chair Steve Silverman - 100 Monroe Avenue, Rockville, MD | Mileage: home to Rockville to WCA- 51.97<br>(Parking receipt misplaced and not included) | $15.49 |
| 01/30 PG | Meeting with Kim Rhim, President of the Prince Georges County Humans Coalition and Exec. Director of the Training Source – 59 Yost Place, Seat Pleasant, Maryland | Mileage: home Yost Place to WCA 26.45 | $9.92 |
| 02/03 PG | Breakfast meeting with Terrance Taylor – Cong. Hoyer's office at the Greenbelt Marriott – 6400 Ivy Lane, Greenbelt, Maryland | Mileage: home – Marriott to WCA – 25.78 | $ 9.97 |
| 02/04 DC | DC City Council CAFR Report (Audit) – 1350 Pennsylvania Avenue, NW | Cab fare: WCA to City Hall<br>Metro: City Hall to WCA | $7.00<br>$1.20 |
| 02/05 DC | Mayor Williams State of the District of Columbia Address Lincoln Theater- 1215 U Street, NW Washington DC 20009 | Mileage: WCA to Lincoln Theatre to home- 23.27 | $8.73 |

000247

| Date | Description | Details | Amount |
|---|---|---|---|
| 02/06 DC | Lunch meeting with Les Davis – House Financial Svcs Committee (Sarbanes-Oxley) Capitol Hill | Mileage: Silver Spring base (8380 Colesville Rd) to Capitol Hill to WCA – 11.12 | $4.17 |
| 02/0? | TCC in work for Caring Alliance Website Contribution | To be paid directly to JCC (see attached invoice) | $100 |
| 02/12 PG | Meeting with Michael Young for UCAP-1400 Doewood Lane, Capital Hgts, MD | Mileage: Home to UCAP to WCA – 24.7 | $9.26 |
| 02/13 PG | Meeting with K. Rhim of the PG Human Svc. Coal and Arminda (PG Conference) 59 Yost Place, Seat Pleasant, Maryland | Mileage: Home – Addison Road Metro/59 Yost – Seat Pleasant (1 block. difference) to WCA. - 26.45 | $9.92 |
| 02/16 PG | Prince Georges Human Services Coalition Monthly Luncheon Meeting – 3501 Moylan Drive, Bowie, Maryland 20715 | Mileage: Home to Moylan to WCA<br>Luncheon (receipt attached) – 21.14 | $7.93<br>$10.00 |
| 02/16 PG | Prince Georges Human Services Coalition Membership Application | WCA membership application attached: | $100.00 |
| 02/18 DC | Luncheon Meeting with TJ Sutcliffe of SOME re: Required Notification of Community Act at Union Station | Lunch receipt<br>Metro: RT | $28.40<br>$ 2.40 |
| 02/18 DC | Afternoon Meeting with Sheri Brady of NCNA re: Lobby Day prep in August 2004 – WCA is assisting in the congressional member coordination and on-site activity at US Capitol | Afternoon Meal: | $30.35 |
| 02/18 (for 02/25) PG | Luncheon reservation for the Prince Georges County State of the County Event w/Jack Johnson and Doug Peters – (*Check to see if Jeff Arrinda and/or Jeremy wish to attend) | Luncheon Reservation made payable to the Greater Bowie Chamber of Commerce (see attached registration form) | $25.00 (per person) |
| 02/19 (for 04/29) MC | Mental Health Association of Montgomery County Business Conference Registration Form | Conference Registration Form attached | $65.00 |
| 02/19 Annual Membership Fee | Washington Government Relations Group (African American nonprofit lobbyist organization) annual membership application | Membership Form attached | $75.00 |

**Total Reimbursement to LRB: $ 300.65**

Total Payouts for activities and membership: $365.00

*Payment to JCC $100 – 6101 Montrose Road, Suite 205, Rockville, Maryland 20852 Attn: Ari Grossman*
*Payment to the Greater Bowie Chamber of Commerce $25.00 – 6770 Race Track Road, Bowie, Maryland 20715*
*Payment to the Mont. County Mental Health Assoc $65.00 – MHA Attn: Dept of Ed and Community Relations- 1000 Twinbrook Pkwy, Rockville, MD 20851*
*Membership Payment to the PGHSC $100 – Human Service Coalition of Prince Georges County, 1401 McCormick Drive, Largo, MD 20774*
*Membership Payment to WGRG $75 – WGRG c/o Ben Franklin Station, Post Office Box 732, Washington, DC 20044*

Date submitted: February 19, 2004

Approved: _____

000243

Expense Reimbursement Request for Lisa Ransom Brown    Dates: -02/18/04 – 04/23/04
(Mileage rate is $.37.5 for 2004. Mileage provided by Map Quest; * Receipts provided)

| Date | Activity | Expense | Amount |
|---|---|---|---|
| 02/18 DC | Lunch meeting with TJ Sutcliffe re: IDA and DC Budget | Metro RT<br>Receipt | $ 2.80<br>$25.40 |
| 02/25 PGC | Prince George's State of the County Brunch with County Executive Jack Johnson, Bowie Maryland, MD- 4101 NE Crain Highway Bowie, MD 20716 | Mileage: home to Prince George's Stadium to WCA: 4.33 + 19.74= 24.07 | $ 9.03 |
| DC | Housing Production Trust Fund Celebration at Shiloh Baptist Church at 9th and P Streets, NW | Mileage: WCA to Shiloh to home: 1.09+ 19.74= 21.64 | $ 8.11 |
| 02/27 PGC | Human Service Coalition (HSC) Committee Meeting at the First Baptist Church of Glenarden – 3600 Brightseat Road, Landover, Md – to conference site visit at Comfort Inn Conference Center in Bowie – 4500 Crain Highway, Bowie, Maryland then to Greenbelt Marriott – 6400 Ivy Lane, Greenbelt, Maryland | Mileage: home to First Baptist to Comfort Inn to Greenbelt Marriott to WCA:<br>8.51+9.20+13.70+13.64= 45.05 | $16.89 |
| 02/28 PGC | Congressman Steny Hoyer's African American History Month Annual Breakfast - Route 301 - North 3090 Crain Highway Waldorf, MD  20601 | Mileage:  RT – home –Waldorf: 61.70 | $ 23.14 |
| 03/04 DC | Press Event: National Community for Responsible Philanthropy and Public Policy at the National Press Club w/ Betsy – 529 14th St NW, Washington, DC 20045 | Mileage: home to Press Club to WCA 20.29+.075= 21.04<br>Parking at the National Press Club: | $ 7.89<br>$12.00 |
| | Luncheon  Meeting with Susie Cambria on the DC Baseline Budget | Receipt | $25.45 |
| 03/05 PGC | Human Service Coalition (HSC) Committee Meeting with Arminda at the First Baptist Church of Glenarden – 3600 Brightseat Road, Landover, Md – to conference site visit at Comfort Inn Conference Center in Bowie – 4500 Crain Highway, Bowie, Maryland | Mileage: home to HSC to WCA: 8.51+9.20+19.01+ 36.72 | $13.77 |
| 03/10 PGC | Fundraising Meeting with Banker's Financial Group for HSC Conference 6404 Ivy Lane, Greenbelt, MD | Mileage:  home to BFG to WCA: 14.39+13.6428.03 | $10.51 |
| DC | ACLU Briefing on the Patriots Act – Hogan and Hartson – 555 13th Street, NW | Mileage: WCA to H&H to home .91+20.15=21.06 | $ 7.90 |
| 03/16 MC | Meeting with Valerie Ervin, Office of MC Council member George Leventhal 100 Monroe Avenue, Rockville, MD | Mileage: home to Rockville to WCA- 51.97<br>Parking $1.00 | $15.49<br>$ 1.00 |
| DC | Meeting with Lafayette Barnes -- Office of the Mayor | Metro RT: | $2.40 |
| 03/18 MC | Meeting with Barbara Flack-Darko, MC Council member Tom Perez, 100 Monroe Avenue, Rockville | Mileage: WCA to Rockville to home-51.97<br>Parking $1.00 | $15.49<br>$ 1.00 |
| 03/19 PGC | Community Town Meeting on Prescription Drug Legislation and Medicare – 701 Montgomery Street, Laurel, MD | Mileage: home to Laurel to WCA: 13.24+24.71= 37.97 | $14.23 |
| 03/22 PGC | Human Service Coalition (HSC) Committee Meeting at the First Baptist Church of Glenarden – 3600 Brightseat Road, Landover, Md | Mileage:  home to HSC to WCA: 8.51+11.40= 19.91 | $ 7.47 |

000122

| | | Receipt: | |
|---|---|---|---|
| DC | Meeting with Pat Henry at Café Promenade | | $20.85 |
| 03/25 DC | ACLU-NCA – Bill of Rights Dinner at the Omni Shoreham – 2500 Calvert Street, NW, Washington, DC | Mileage: WCA to the Omni to home: 2.14+23.71=25.84 | $ 9.69 |
| 03/29 PGC | Prince Georges Human Service Coalition Meeting with Betsy and Arminda -1401 McCormick Dr. Largo, MD 20774 | Mileage: WCA to the ARC to New Carrollton Metro to home: 23.54 | $ 8.83 |
| 03/30 PGC | Human Service Coalition (HSC) Committee Meeting with Arminda and Lee at the First Baptist Church of Glenarden – 3600 Brightseat Road, Landover, MD | Mileage: home to HSC to WCA: 8.51+11.40=19.91 | $ 7.47 |
| 03/31 MC | Site visit with Thomas Harr, Family Service Agency, 610 E. Diamond Avenue, Gaithersburg, Maryland | Mileage: home to Gaithersburg to WCA: 37.27+25.50= 62.77 | $23.54 |
| 04/02 DC | Lunch meeting with Pat Henry re: SPI and agency head meetings – Olives – 16th and K Streets. | Receipt: | $ 38.82 |
| 04/12 MC (3) | Site visit with Dr. Sheryl Brissett-Chapman, National Center for Children and Families – 6301 Greentree Road, Bethesda, MD; Meeting with Vernetta Walker and Steve Hill with MANA – 8720 Georgia Avenue, Silver Spring, Maryland; Lunch Meeting with Anita Neal Powell, Lincoln Park Historical Foundation, Anchor Inn - 2509 University Blvd W, Silver Spring, MD | Mileage: home to Bethesda to Silver Spring to Wheaton to home: 29.03+7.63+3.70+22.41= 62.77 | $23.54 |
| 04/13 DC | FEC Congressional Staff Briefing – 121 Cannon House Office Building, WDC | Metro RT | $3.20 |
| -4/15 PGC | Human Service Coalition (HSC) Committee Meeting with Arminda and Lee at the First Baptist Church of Glenarden – 3600 Brightseat Road, Landover, MD – then at the committee request – second site visit to Greenbelt Marriott- 6400 Ivy Lane, Greenbelt, Maryland | Mileage: WCA to HSC to Greenbelt Marriott to WCA: 8.51+7.8-+13.64= 29.95 | $11.23 |
| 04/16 DC (3) | Lunch meeting with Butch Hopkins, Anacostia EDC and Donna McDaniel, LIUNA (new WCA member); Meeting with Crystal Simons – DC Commission on National and Community Service at Judiciary Square; Introductory meeting with Pat Henry and Donna McDaniel at Hotel Monaco | Metro RT: $3.75 *Once on the initial site, all meetings were within walking distance from one another. | $ 3.75 |
| 04/20 PGC | Monthly Prince Georges Human Service Coalition Meeting with Arminda and Lee-1401 McCormick Dr. Largo, MD 20774 | Mileage: WCA to the ARC to WCA RT: 25.10 Office in & out Parking | $ 9.41 $12.00 |
| 04/21 DC | Georgetown Public Policy Institute – Nonprofits and the Media, 37th and O Streets, NW, Washington, DC 20057 | Mileage: home to Georgetown to WCA 22.26+2.43= 24.69 | $ 9.26 |
| | Meeting with Rev. Dr. Susan Newman, Mayor's Office on Religious Affairs | Metro RT: | $ 2.40 |
| 04/22 DC | DC Human Service Department Hearing – Wilson Building Site Visit/Lunch: Deborah Harris Sims, DC Foster and Adoptive Parent Advocacy Center- 1438 Rhode Island Avenue, NE | Mileage- home to DC City Council to RI Ave to home: 20.42+4.20+19.68= 44.30 Parking: Receipt | $16.61 $18.00 $14.84 |
| 04/23 | Grand Opening Celebration of the Magic Johnson / HP | Mileage: WCA to Autumn Woods to home: | |

| PGC | | |
|---|---|---|
| | Inventor Center at Autumn Woods Apartments in Bladensburg, Maryland as the guest of Pam Luckett, HOPE worldwide, Mid-Atlantic -5033 57th Avenue, Bladensburg, Maryland 20710 | 8.80+14.03= 22.83 $8.56 |

**Total Reimbursement to LRB: $ 435.13**

Date submitted: April 26, 2004

Approved: _____

000124