| | |
|---|---|
| From: | Lisa Ransom Brown [lisar@wcanonprofits.org] |
| Sent: | Tuesday, December 09, 2003 6:39 PM |
| To: | jeffk@wcanonprofits.org |
| Subject: | This is what I plan to give Betsy. Does this work? |
| Attachments: | Public Policy and Community Relations Interim Report.doc |



Public Policy and
Community Re...

Jeff,

In response to Betsy's request for a bullet activities report update, this is what I plan to forward to her. Please let me know if this works or if I need to elaborate. Thanks much.

LRB

PS - If my 1 pm does not run long (a Steny Hoyer contact), I will see you later in the afternoon. If it does, I'll see you on Wednesday morning.

# Public Policy and Community Relations
## Interim Report (mid Sept. – early Dec. 2003)
### December 9, 2003

### *Nonprofit Meetings/Site Visits for Collaboration and Coalition Building*
So Others Might Eat – *TJ Sutcliffe* (DC)
Metropolitan Community Development Corporation – *Carol Thompson* (PGC)
Anti Defamation League – *Michael Wotorson* (DC)
Anacostia Economic Development Corporation – *Albert "Butch" Hopkins* (DC)
For Love of Children- *Mustafa Abdul-Salaam* (DC)
Pharmacy Coalition- *Blythe Joy Pautedaude* (PGC)
NCNA- *Sheri Brady* and *Abbey Levine* (DC)
Nonprofit Roundtable - *Patricia Thompson*, consultant (DC)
National Foundation for Teaching Entrepreneurship - *Julie Silard Kantor* (DC)
Kids in Need – *Joyce McClain* (PG)
Hemmons Works – *Joyce Hemmons* (Nonprofit Technology Consultant) (DC)
Breaking the Chain Foundation – *Rev. Deborah Meyers* (DC/PGC)
Prince Georges Community Foundation – *Desiree Griffin-Moore* (DC-PGC)
Prince Georges County Hispanic Chamber of Commerce – *Rosa Amo* (PGC)

### *Elected Officials Meetings/Engagement (Introduction and Project Involvement)*
Council member Adrian Fenty (DC)
Council member George Leventhal (MC) – Requested: Grants assessment benchmarks
Council member Mike Subin (MC) – Opposition of the Andrews-Praisner Resolution re: grant funding restrictions
Council member Steve Silverman (MC) – general outreach
Council member Nancy Floreen (MC) – general outreach
Council member Douglas JJ Peters (PGC) – Nonprofit forum/Nonprofit Angel Network
Council member Peter Shapiro (PGC) – Nonprofit forum
Council member Tony Knotts (PGC) – Nonprofit forum/ Angel Network/Econ. Dev.
Council member David Harrington (PGC) – Nonprofit forum
Office of Congressman Albert Wynn – *Mike Rious* (MC/PGC)
Office of Congresswoman Eleanor Holmes Norton – *Julia Hudson* (DC)
Office of Congressman Chris Van Hollen – *Marcus Jackson* (MC/PGC)
Office of Congressman Steny Hoyer – *Terrance Taylor/Betty Richardson* (PGC/Anne Arundel/Calvert)

### *Project Activity*
- Prevent Child Abuse Annual Golf Tournament
- Patriots Technology Training Center US Patent Competition Planning Committee Chair (Kick-off-Oct. 2003, Award Event – April 2004)
- Earned Income Tax Credit Kick-Off/Information Contact (On-going)
- WCA Annual Meeting/PCN Public Policy Awards Program (Subin [MC], Shapiro[PGC], Evans [DC], Euille[Alexandria] and Wynn [MD])

- Prince Georges County Nonprofit Forum (in formation w/Shapiro, Knotts, Peters, Harrington, Wynn and Hoyer as well as targeted PGC nonprofits and the PG Community Foundation. Proposed event time: April 2004)
- Bowie Economic Development Committee (on-going)

### *Event Activity*
- Ideas to Dialogue (WCA) (DC)
- Black Women's Agenda Forum and Luncheon – Congressional Black Caucus Annual Legislative Weekend (DC)
- WCA Public Private Partnership Conference (DC)
- Maryland Ethics Commission Conference (Annapolis)
- Jewish Community of Greater Washington Meeting honoring MC Council member Mike Subin (Chevy Chase)
- DC Kids Count Collaborative Kids Count (DC)
- Citibank's Commercial Markets Group Invite's you to a Presentation on Fraud and How it Impacts the Cash Disbursement Process Flow.

### *New Member Recruitment*

American Civil Liberties Union – National Capital Area
Patriots Technology Training Center
Prevent Child Abuse Maryland