
Advocacy briefing for Betsy.do...

----- Original Message -----
From: "Lisa Ransom Brown" <lisar@wcanonprofits.org>
To: <betsyj@wcanonprofits.org>
Cc: <jeffk@wcanonprofits.org>
Sent: Friday, March 05, 2004 6:24 PM
Subject: Advocacy Activities for your report


> Betsy,
>
> Per your request, this is an update on what's being done in the
> department of Advocacy, Public Policy and Community Relations.  I've
> given you some background on each jurisdiction, comments on national
> nonprofit issues, information about the Prince Georges Conference, the
> development of the Advocacy Committee, a comment on the survey and the
> proposed creation of
the
> Metropolitan Advocacy League.
>
> I realize that a good amount of this may not make it to your report,
> but I hope that I've provided you with sufficient content to give a
> thorough overview of Advocacy activities for the quarter.
>
> Have a great weekend.
>
> Lisa
>

1

**Advocacy/Public Policy and Community Relations Activities- December 2003-March 2004**
March 5, 2004
Prepared by Lisa Ransom Brown, Director of Public Policy and Community Relations

(*Note: We are beginning the review of base line budgets in the District of Columbia and Montgomery County and awaiting the budgets for review in all jurisdictions.)

## Activities in Prince Georges County

WCA- Advocacy and Community Relations (A/CR) has opened *untapped gateways* into Prince Georges County's nonprofit industry and among local elected officials and county agencies through consistent outreach and information exchange.

Since the hire of a full-time director of public policy and community relations in September 2004 has accomplished the following:

- A/CR conducted 12 Prince Georges nonprofit organization site visits within the director's first four months of hire.
- A/CR has met with and garnered nonprofit support from more than half of the Prince Georges County Council including the past and current council chairs as well as all three congressional members representing the county (*please note that Prince Georges County is the *only* jurisdiction within WCA's purview that has three congressional representatives).

These efforts focus attention on evaluating the policy landscape of county nonprofit organizations (selected by their participation in WCA's Private Public Partnership Conference, WCA's existing membership, recommendations from county officials and members of the county's nonprofit coalitions), increasing membership and building support for the first in a series of collaborative nonprofit forums in Prince Georges County.

**Strategy:** The **first** of these **Prince Georges County forums/conferences is targeted for June 3 –4, 2004** at the **Comfort Inn Hotel and Conference Center in Bowie, Maryland** in conjunction with the *Prince Georges Human Services Coalition* (which WCA has joined), members of the County Council and the county's three Members of Congress.

## Montgomery County Activities

A/CR's collaborative activities include: primary sponsorship of the Caring Alliance an ad-hoc coalition established to defeat the **Andrew-Praisner Resolution 15** legislation, **which was defeated on February 3 after active opposition to the measure to eliminate $3.4 million from the county council's discretionary funds.** *WCA was a primary sponsor* of the Caring Alliance and assisted in both the establishment of the Alliance website the pre-hearing rally of support opposing the resolution.

However with the defeat of Resolution 15, nonprofits are still left wondering how they will manage to provide quality services for county residents when the county faces a minimum estimated shortfall of no less than $100 million. With County Executive Duncan's budget expected out on March 15, WCA-A/CR will continue to monitor the county's budget to assess with our members a collective course of action to address anticipated budget shortfalls

## District of Columbia Activities

Although the department engagement time has been short, WCA A/CR actively and successfully engaged in:

- Promotion of the Earned **Income Tax Credit Campaign** in the District of Columbia.

- Endorser of **Interim Disability Assistance (IDA) for DC residents with disabilities.** IDA provides temporary income to low-income DC residents with disabilities who are applying to get federal Supplemental Security Income (SSI). IDA benefits help recipients secure housing, food, medical care and transportation during a time when they would otherwise be at immediate risk of homelessness and severe hardship. Nearly 1,000 DC residents are currently receiving IDA, but 2,100 to 2,600 are in need of benefits at any given time. IDA caseloads have been capped for the past 2 years due to limited funding. In 2004, funding is being expanded to $4.5 million. Supporters are urging the Mayor and Council to fully fund IDA with between $5.5 and $7.3 million in 2005.

- Supporter of full funding of the **Housing Production Trust Fund.** Under the Housing Act of 2002, the Housing Production Trust Fund receives 15% of the recordation and transfer taxes collected annually by the D.C. government to produce and preserve affordable housing. This *'dedicated revenue'* is targeted toward District residents with the greatest housing needs. The Trust Fund leverages other available affordable housing vehicles, like tax credits and private financing to build or rehabilitate affordable housing for rent or homeownership

    Unfortunately the Mayor's FY 2004 budget proposed cutting the Trust Fund in half. However strong community support and action by the City Council garnered full funding of The Trust Fund, making $21.5 million available for affordable housing.

    WCA plans to I participate in CNED's Advocacy Day on Thursday, March 11, 2004 at the Wilson Building – 1350 Pennsylvania Avenue, NW at 9:00 am

- **Monitoring legislation introduced by** DC Council member Sharon Ambrose **and Cosponsored by Sandra Allen** (Ward 8), **Harold Brazil** (At Large), **David Catania** (At Large), **Kevin Chavous** (Ward 7), **Linda Cropp** (At Large), **Jack Evans** (Ward 2), **Adrian Fenty** (Ward 4), **Jim Graham** (Ward 1), and **Carol Schwartz** (At Large). The bill requires that all applications for building, occupancy, or licensing permits for community based residential facilities **must undergo a 60 day notice and review period by the Advisory Neighborhood Commission (ANC) and affected Council member in the neighborhood in which the facility plans to be sited.** Among other restrictions, the Required Notice to the Community Act of 2003 significantly limits the ability of community organizations to site Community Residential Facilities and other housing for persons with disabilities.

    **Strategy:** Based on the preliminary information available at this time WCA proposes the preparation of a 'community inclusive' agenda (one that incorporates the concerns of the community at large as well as our nonprofits - that also allows the council members - especially those up for re-election to 'save face'), with a reasonable compromise, so that no matter when the hearing is held, be it early summer or in the fall at the height of election season, the developing coalition addressing this matter will be in a positive, pro-active/responsive position rather than a last-minute, reactive position.

## *Policy Matters at the National Level*

WCA-A/CR is currently monitoring federal policy matters that directly impact the nonprofit industry. The first is regarding the Federal Election Commission's draft Advisory Opinion (DAO). Federal Election Commission recently issued a draft advisory opinion that threatened to severely restrict advocacy and fundraising efforts by all tax-exempt organizations, including 501c3, c4, c5, c6, and 527 groups.

Because of the anticipated impact on 501c3 nonprofit advocacy activity (the initial draft could have potentially prohibited 501c3 nonprofits from engaging in the education and advocacy of legislative and policy issues relevant to their charitable missions; possibly unless funds were raised and spent in

accordance with the source and contribution limits set forth by the Federal Election Campaign Act - FECA), a coalition of national organizations to include: **People for the American Way, NAACP, League of Conservation Voters, NARAL Pro-Choice America, Sierra Club, Leadership Conference on Civil Rights, Alliance for Justice, and Planned Parenthood Federation of America** via the **National Council of Nonprofit Associations** drafted a 24-hour response letter expressing their concerns on the potential impact to 501c3s and sent it to the FEC.

FEC Chair Bradley Smith was flooded with so many comments in response to the DAO, that the FEC **postponed the hearing and decision on the draft advisory opinion until February 18. Since then, The FEC ruling as** stated goes as follows: Code Sec. 501(c)(4), (c)(5), and (c)(6) organizations may, consistent with their exempt purpose, engage in publicly advocating policy positions, such as through legislative lobbying efforts. However, often discussions of public policy positions involve the policy-makers themselves. In election years, this raises problems because advocating a policy and discussing an official may fall within Code Sec. 527(e)(2) and subject the organization to certain taxes under Code Sec. 527(f) if the organization conducts the activity with its own funds. WCA, along with the national coalition is very concerned about this ruling because it gives a foothold toward limited advocacy activity among nonprofit organizations.

**On March 4** the **Federal Election Commission** approved issuance of a proposed rule that would establish a new threshold for when an organization becomes a regulated federal political committee. While several Commissioners and the General Counsel made it clear they do not necessarily recommend the proposal, _it still has the potential to negatively impact nonpartisan advocacy_. The effect of the rule would be to greatly expand the scope of regulation. The proposal contains several alternatives and a host of questions for comment.

In preparation for this rulemaking, the **Alliance for Justice, Charity Lobbying in the Public Interest** (CLIPI), the **National Council of Nonprofit Associations**, the **National Committee for Responsive Philanthropy,** and **OMB Watch** developed **four principles that we believe must be incorporated into any rule the FEC adopts.** The principles are available at www.nonprofitadvocacy.org.


WCA-A/CR has begun review of the **Program Assessment Rating Tools (PART)** used by the Office of Management and Budget in their efforts to determine funding levels for federal programs, including those programs funding nonprofits. *(An Administration brief was forwarded to your attention for review)* The PART was developed in 2002 with counsel from President Bush's Management Council subgroup on Budget and Performance Integration. In the Administration's 2004 Budget, approximately 20 percent of all programs were assessed using PART. The 2005 Budget will see an additional 20 percent of programs (totaling 40 percent) assessed under PART.

As stated in May 3, 2003 OMB Budget Procedures Memo #861 RE: PART Review Process: "This year's guidance includes clarification encouraging the use of PART to focus on outcome performance measures as 'ultimate results of interests' although outputs can be appropriated practical measures in some cases. Program selection will reflect activities that are 'important and meaningful' operationally, in terms of the President's Budget"

The general concern are potential funding cuts, subject to the success rate of federal programs dependent on unstable, inaccurate or restricted tracking procedures and benchmarking of nonprofit organizations. The PART will determine future funding allocations of such programs.

### *Advocacy Workshops/Trainings*

WCA-A/CR, in working with the Nonprofit Learning and Leadership Division of WCA has created _its first five workshops within a progressive Advocacy training curriculum._ We've recruit corporate/executive caliber trainers pro-bono for both the Leadership Institute (targeting 3 to 5 workshops per training

session) and for the proposed conferences and forums WCA is sponsoring and/or co-sponsoring throughout the region. Trainers for the summer session are already being recruited.

### Advocacy Needs Assessment – Regional and Targeted Jurisdictions

A/CR is preparing a regional survey template in accordance with 2.1 of WCA Strategic Plan. Jurisdiction surveys will be developed under the collective guidance of WCA's Advocacy Committee.

### WCA Advocacy Committee

The A/CR department has recently created an Advocacy Committee consisting of jurisdictional members from the District of Columbia, Montgomery County and Prince Georges County Maryland. The plan is to have representatives from DC, MC and PGC (I'll cover VA once I have additional staff) to help WCA formulate public policy activities in each jurisdiction and collectively. In addition the committee will serve as the _nominating vehicle_ in determining recipients for the **Phyllis Campbell Newsome Public Policy Leadership Award.** Subject to the committee's discretion, the group will meet monthly in person or by conference call. So far, the committee looks like this:

**District of Columbia**
Ed Lazere, DC Fiscal Policy Institute
Susie Cambria, DC Action for Kids
TJ Sutcliffe, SOME
Albert 'Butch' Hopkins, Anacostia EDC
Bob Moore, Columbia Hgts CDC

**Montgomery County**
Becky Wagner, Community Ministries of MC
Hon. Cheryl Kagan, Carl Freeman Foundation
Ron Halber, JCC of Greater Washington

**Prince Georges County**
Desiree Griffin Moore, Prince Georges Community Foundation
Kim Rhim, President - Prince Georges Human Services Coalition and ED of The Training Source
Michael E. Young, United Communities Against Poverty (UCAP)

**Government liaisons include:**
Valerie Ervin - Office of MC Council member George Leventhal
Terrance Taylor - Office of Congressman Steny Hoyer
Lafayette A. Barnes, DC Office of Partnerships and Grants Development _(Invited)_


**The Metropolitan Advocacy League – Come Join Our Team!**

Because a major part of Advocacy's goal is to encourage nonprofits organizations to become actively and comfortably engaged in the political process at every level, it is essential for nonprofits to build an appropriate comfort level when interacting with elected officials and agencies. In order to make this process easier, A/CR proposes the launching of a team-oriented advocacy league designed to 'coach' small groups of WCA member nonprofit organization staff on the small but significant technical practices such as:

- Accessing officials and agency heads with more political savvy and less red tape
- Giving 'receptive' testimony before a governing body
- Assessing the 'players' in the room (media, activists, funders, etc.)
- Giving impromptu 'elevator' presentations when opportunities present themselves
- Interacting with Advocacy Team members to form 'instant issue' coalitions

Each team is comprised of no more than 10-members, meeting one morning per week for an eight weeks period. With a 'core coaching staff' comprised of WCA Advisory Committee members, team members exchange dialogue, role-play, and develop strategic advocacy outreach techniques for coalition building, legislative and policy creation and promotion. A/CR will occasionally invite officials, economists, funder, etc. to coaching sessions to foster positive esteem-building exchange. Teams will be encouraged to maintain their coaches and team contact beyond their 8-week training season to share ideas create internal resource networks and establish coalition-building foundations.

| Jan/Feb | Apr/May | July/Aug | Oct/Nov | Collective Team Event – December. |
|---|---|---|---|---|
| Team I | Team II | Team III | Team IV | All Teams |