UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**                               )<br>                                                            )<br>                          Plaintiff              )<br>                                                            )<br>v.                                                        )    Case No. 1:06-CV-843 RMC<br>                                                            )<br>**CENTER FOR NONPROFIT ADVANCEMENT**  )<br>                                                            )<br>                          Defendant           )<br>                                                            ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant Center for Nonprofit Advancement (the "Center"), by its attorneys, moves for an enlargement of time within which to file its reply in support of the Center's motion for summary judgment. The Center requests that, should the Court grant plaintiff's pending motion for late filing of her opposition, the Center's reply be due no later than five days following the Court's ruling.

As grounds for this motion, the Center states as follows:

1. By Minute Entry Order entered March 8, 2007, the Court set March 19 as the deadline for plaintiff to file her opposition to the Center's summary judgment motion and set April 2 as the deadline for the Center's reply.

2. Plaintiff did not file her opposition on March 19. Instead, on March 24 she filed a motion for leave to file the opposition late, attaching to that motion her proposed opposition.

3. The Court has not yet ruled on plaintiff's motion for late filing and the Center is uncertain whether a reply should be filed by the current, April 2 deadline.

> Respectfully submitted,
>
> OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.
>
> By   /s/ Charles H. Fleischer
>       Charles H. Fleischer, D.C. Bar No. 4341
>
> 7700 Old Georgetown Road, Suite 800
> Bethesda, MD 20814
> tel: (301) 986-4056 / fax: (301) 951-0555
> e-mail: cfleischer@ofqlaw.com
>
> *Attorneys for defendant*

## POINTS AND AUTHORITIES

1. Fed.R.Civ.P. 6.