UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-843 RMC |
| ) | |
| **CENTER FOR NONPROFIT ADVANCEMENT** ) | |
| ) | |
| Defendant ) | |

ORDER GRANTING DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

Upon consideration of the motion of defendant Center for Nonprofit Advancement (the "Center") for an enlargement of time within which to file its reply to plaintiff's opposition to the Center's motion for summary judgment, and it appearing to the Court that the motion should be granted, it is, therefore, by the Court, this _____ day of _____, 2007,

ORDERED, that the motion is GRANTED, and the Center may file its reply no later than five days following the Court's ruling on plaintiff's pending motion for late filing of her opposition.

_____
Rosemary M. Collyer
United States District Judge