# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA  [ ] EEOC

CHARGE NUMBER: 04-274-P(CN) / 10CA400236

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Lisa R. Ransom Brown
**HOME TELEPHONE** (Include Area Code): (301) 464-1494
**STREET ADDRESS**: 13035 Silver Maple Court
**CITY, STATE AND ZIP CODE**: Bowie, MD 20715
**DATE OF BIRTH**: 09/06/1961

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Washington Council Of Agencies
**NUMBER OF EMPLOYEES, MEMBERS**: Cat A (15-100)
**TELEPHONE** (Include Area Code): (202) 457-0540
**STREET ADDRESS**: 1666 K Street, N.W., Suite 440
**CITY, STATE AND ZIP CODE**: Washington, DC 20006
**COUNTY**: 001

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [X] OTHER (Specify) Employment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 03/12/2004   LATEST: 05/31/2004
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe I have been discriminated against and subjected to disparate treatment and a hostile work environment in the terms, conditions and privileges of employment on the bases of my race (Black) and sexual orientation (hetereosexual) because:

I was hired by Respondent as the Director, Public Policy and Community Relations on Septemebr 8, 2003. The Respondent has not conducted an annual performance evaluation, but I have been advised that my work meets with if not exceeds expectations.

During meetings on March 12, 2004, April 8, 2004, April 27 and April 28, 2004, Respondent's Executive Director (White, homosexual) and Deputy Director for External Affairs (White, homosexual) told me that I was not adequately reaching out to nonprofit organizations. Yet, I consistently provided evidence to the contrary. Respondent subjected me to hostile Emails which ridiculed the quality of my work. Respondent's Deputy Director also made racially insensitive remarks and exhibited inappropriate behavior relative to African-Americans.

I am the only African-American heterosexual Director on staff. Respondent subjected me to disparate treatment by singling me out among its Directors by a separate evaluation process from my similarly situated co-workers (non-Black, homosexual, heterosexual). Among other things, Respondent complained that my keeping my office door closed and

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)
Haydn Demas
Notary Public, District of Columbia
My Commission Expires 12-14-2008

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year) 6/4/04

Date _____ Charging Party (Signature)

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**

EXHIBIT

Jun 04 16:18 2004  CP Initials  [signature]  Chg # , Attachment Page 1

---
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
---

frequent use of Emails were not practiced by my colleagues. However, at least four (4) of my co-workers share the same practices, but they are not subject to similar harassment. My complaints to Respondent's Executive Director were glossed over and ignored. This has created a hostile work environment for me.

I charge Respondent with an unlawful discriminatory practice, on the bases of my race and sexual orientation, in violation of the D.C. Human Rights Act of 1977, as amended, and Title VII of the Civil Rights Act of 1964, as amended. I have not commenced any action, civil, criminal or administrative, based on the above allegations, other than the following: CROSS FILED WITH THE EEOC.