UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LISA RANSOM**           )<br>                                          )<br>           Plaintiff             )<br>                                          )<br>    v.                                 )   Case No. 1:06-CV-843 RMC<br>                                          )<br>**CENTER FOR NONPROFIT ADVANCEMENT**  )<br>                                          )<br>           Defendant           )<br>                                          ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Center for Nonprofit Advancement, by its attorneys, calls the Court's attention to *Griffin v. Acacia Life Ins. Co.*, __ A.2d __, 2007 WL 1498320 (D.C. No. 02-CV-1451, decided May 24, 2007). Part III of the opinion considers whether the tort of negligent supervision may be predicated on an alleged violation of the District of Columbia Human Rights Act, D.C. Code § 2-1401.01, *et seq.* (2001).

        Respectfully submitted,

        OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

        By   /s/ Charles H. Fleischer
             Charles H. Fleischer, D.C. Bar No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendant*