**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **LISA RANSOM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-843 (RMC)** |
| | ) | |
| **CENTER FOR NONPROFIT** | ) | |
| **ADVANCEMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this

Order, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. #10] is

**GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is

closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: September 25, 2007          _____/s/_____
                                 ROSEMARY M. COLLYER
                                 United States District Judge