# SLR REPORTING

## 12208 SELINE WAY

## POTOMAC, MARYLAND 20854

### (301) 340-0042

CHARLES H. FLEISCHER, ESQUIRE
OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.
77 OLD GEORGETOWN ROAD, SUITE 800
BETHESDA, MARYLAND 20814-6100
 986-4056

DATE:     11/6/06
INVOICE:  26390

s.s. # 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

ON BEHALF OF:    DEFENDANT

| DEPOSITION DATE | NO. OF COPIES | CASE DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | CASE NO. 1:06-CV-843 RMC<br><br>LISA RANSOM<br>VS.<br>CENTER FOR NONPROFIT ADVANCEMENT | | | |
| 10/25/06 | ORIG | DEPONENT: LISA RANSOM<br>E-TRANSCRIPT<br>MINISCRIPT AND INDEX | 196 | $3.95 | $774.20<br>N/C<br>N/C |
| | | SHIPPING AND HANDLING - COURIER | | | $15.00 |
| | | TOTAL | | | $789.20 |

Date: 11/15/06
Check #: 5114
Amount: 789.20

OK to pay
CHF

**SLR REPORTING**

**12208 SELINE WAY**

**POTOMAC, MARYLAND 20854**

**(301) 340-0042**

CHARLES H. FLEISCHER, ESQUIRE
OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.
77 OLD GEORGETOWN ROAD, SUITE 800
BETHESDA, MARYLAND 20814-6100
986-4056

DATE: 1/3/07
INVOICE: 27012

s.s. # 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

**ON BEHALF OF:** DEFENDANT

| DEPOSITION DATE | NO. OF COPIES | CASE DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/21/07 | ORIG | CASE NO. 1:06-CV-843 RMC<br><br>LISA RANSOM<br>VS.<br>CENTER FOR NONPROFIT ADVANCEMENT<br><br>DEPONENT: LISA RANSOM<br>E-TRANSCRIPT<br>MINISCRIPT AND INDEX | 82 | $3.95 | $323.90<br>N/C<br>N/C |
| | | SHIPPING AND HANDLING - COURIER | | | $15.00 |
| | | TOTAL | | | $338.90 |

*Handwritten stamp: Date: 1/16/08  Check #: ___  Amount: 338.90*