# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LISA RANSOM

v.

CENTER FOR NONPROFIT ADVANCEMENT

**BILL OF COSTS**

Case Number: 06-843 RMC

Judgment having been entered in the above entitled action on 9/25/07 (date) against plaintiff Lisa Ransom, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk.......................................................................................... | $ |
| Fees for service of summons and subpoena........................................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (see attached) | 1,128.10 |
| Fees and disbursements for printing................................................................. | |
| Fees for witnesses (itemize on reverse side)...................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.................. | |
| Docket fees under 28 U.S.C. 1923..................................................................... | |
| Costs as shown on Mandate of Court of Appeals............................................... | |
| Compensation of court-appointed experts......................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize).............................................................................. | |
| **TOTAL** | **$ 1,128.10** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Donald Temple, Esq., 1229 15th Street, N.W., Washington, DC 20005 and served electronicallly via ECF.

Signature of Attorney: /s/ Charles H. Fleischer

Name of Attorney: Charles H. Fleischer, D.C. Bar No. 4341

For: defendant Center for Nonprofit Advancement      Date: 9/28/07
      Name of Claiming Party

Costs are taxed in the amount of $1,098.10 and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk    By: Jeffrey Blanchard    1/2/08
                                      Deputy Clerk            Date

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

# MEMORANDUM

TO:     CHARLES FLEISCHER
FROM:   JEFFREY BLANCHARD
CASE:   RANSOM v. CENTER FOR NONPROFIT ADVANCEMENT
           CASE NO. 06-843
DATE:   JANUARY 2, 2008

The taxing of costs has been completed in the above-referenced case. The full amount was not awarded for the following reasons:

| Category | Amount Requested | Amount Allowed |
| --- | --- | --- |
| Court Reporter Fees | $1128.10 | $1098.10 |

**Reason: Shipping and handling charges are not allowed and were deducted.**

cc: Opposing counsel